IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>        Plaintiff and<br>        Counter- Defendant,<br><br>v.<br><br>APPLERA CORPORATION,<br>        Defendant and<br>        Counter-Plaintiff | Civil Action No. 04-1505-GMS |

## NOTICE OF RULE 16.2(a) CONFERENCE

PLEASE TAKE NOTICE that the Court has scheduled a Rule 16.2(a) teleconference in the above-captioned case for Thursday, March 24, 2005 at 11:00 am.

March 22, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
*Attorneys for Defendant Applera Corporation*

WP3:1096074.1

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

William G. James, II
Fred T. Grasso
KENYON & KENYON
1500 K Street N.W., Suite 700
Washington, D.C. 20036
(202) 220-4200

## CERTIFICATE OF SERVICE

I, Adam W. Poff hereby certify that on March 22, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Steve Fineman, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899

I further certify that on March 22, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Wayne L. Stoner, Esquire
>Wilmer Cutler Pickering Hale and Door LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com
>
>Attorneys for Defendant