IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | Civil Action No. 04-1505 |
| v. | ) | |
| | ) | |
| APPLERA CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 6, 2005, copies of the (i) Plaintiff Thermo Finnigan LLC's First Set of Document Requests (Nos. 1-44) and (ii) Plaintiff Thermo Finnigan LLC's First Set of Interrogatories (Nos. 1-26) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
James Galbraith, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

-1-

*Kelly E. Farnan* (signature)

Frederick L. Cottrell, III  (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan  (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Thermo Finnigan LLC

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:  April 7, 2005

RLF1-2861160-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following:

>Josy W. Ingersoll, Esquire
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19899

I hereby certify that on April 7, 2005, I sent the foregoing document by telecopy to the following non-registered participant:

>James Galbraith, Esquire
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

*Kelly E. Farnan* (#4395)
(Farnan@RLF.com)

DATED: April 7, 2005