IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>　　　　Plaintiff and<br>　　　　Counter- Defendant,<br><br>　v.<br><br>APPLERA CORPORATION,<br>　　　　Defendant and<br>　　　　Counter-Plaintiff | Civil Action No. 04-1505-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, caused copies of (1) First Set of Document Requests Directed to Plaintiff (Nos. 1 – 104) and (2) First Set of Interrogatories (Nos. 1 – 16), to be served on May 4, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

　　　　Frederick L. Cottrell, III, Esquire
　　　　Steve Fineman, Esquire
　　　　RICHARDS, LAYTON & FINGER
　　　　One Rodney Square
　　　　P.O. Box 551
　　　　Wilmington, Delaware  19899

**BY FEDERAL EXPRESS**

　　　　Wayne L. Stoner, Esquire
　　　　WILMER CUTLER PICKERING HALE and DORR LLP
　　　　60 State Street
　　　　Boston, MA 02109

WP3:1109896.1

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 6, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Frederick L. Cottrell, III, Esquire
>Steve Fineman, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899

**BY FEDERAL EXPRESS**

>Wayne L. Stoner, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/
>Josy W. Ingersoll (#1088)
>Adam W. Poff (#3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6672
>apoff@ycst.com
>*Attorneys for Defendant Applera Corporation*

OF COUNSEL:

Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

WP3:1109896.1

William G. James, II
Fred T. Grasso
KENYON & KENYON
1500 K Street N.W., Suite 700
Washington, D.C. 20036
(202) 220-4200

Dated: May 6, 2005

## CERTIFICATE OF SERVICE

I, Adam W. Poff hereby certify that on May 6, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Steve Fineman, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899

I further certify that on May 6, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Wayne L. Stoner, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Attorneys for Defendant