# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

May 6, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King St.
Wilmington, DE 19801

        Re:    <u>Thermo Finningan LLC v. Applera Corporation, C.A. No. 04-1505</u>

Dear Judge Sleet:

        Enclosed is a proposed form of scheduling order reflecting the dates agreed upon by the parties and discussed with Your Honor during the scheduling conference conducted in this matter on April 27, 2005.

        If Your Honor has any questions regarding the proposed form of order, counsel remains available at the Court's convenience.

        Respectfully,

        /s/ Kelly E. Farnan

        Kelly E. Farnan

KEF:kef
cc:    Clerk of the Court (via e-filing and hand delivery)
        Josy W. Ingersoll, Esq. (via hand delivery)

RLF1-2873064-1