IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>        Plaintiff and<br>        Counter- Defendant,<br><br>    v.<br><br>APPLERA CORPORATION,<br>        Defendant and<br>        Counter-Plaintiff | Civil Action No. 04-1505-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, caused copies of Applera's (1) Response to Thermo Finnigan LLC's First Set of Document Requests (Nos. 1 – 44), (2) Response to Thermo Finnigan LLC's First Set of Interrogatories (Nos. 1 – 26), and (3) Applera's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) to be served on May 6, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

    Frederick L. Cottrell, III, Esquire
    Steve Fineman, Esquire
    RICHARDS, LAYTON & FINGER
    One Rodney Square
    Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

    Wayne L. Stoner, Esquire
    WILMER CUTLER PICKERING HALE and DORR LLP
    60 State Street
    Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 6, 2005 upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING AND HAND DELIVERY

>Frederick L. Cottrell, III, Esquire
>Steve Fineman, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, Delaware 19801

### BY FEDERAL EXPRESS

>Wayne L. Stoner, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Josy W. Ingersoll (#1088)
>Adam W. Poff (#3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6672
>jingersoll@ycst.com
>*Attorneys for Defendant Applera Corporation*

OF COUNSEL:

Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

2

William G. James, II
Fred T. Grasso
KENYON & KENYON
1500 K Street N.W., Suite 700
Washington, D.C. 20036
(202) 220-4200

Dated: May 6, 2005

WP3:1110098.1

63533.1002