IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | Civil Action No. 04-1505 |
| v. | ) | |
| | ) | |
| APPLERA CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff, | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 3, 2005, copies of (i) Plaintiff Thermo Finnigan LLC's Responses to Defendant Applera Corporation's First Set of Document Requests (Nos. 1-104) and (ii) Plaintiff Thermo Finnigan LLC's Responses to Defendant Applera Corporation's First Set of Interrogatories (Nos 1-16) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr., Esquire
James Galbraith, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

William G. James, II, Esquire
Fred T. Grasso, Esquire
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC  20036

_Kelly E. Farnan_ (signature)
Frederick L. Cottrell, III  (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan  (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Thermo Finnigan LLC

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:  June 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

> Josy W. Ingersoll
> Adam W. Poff
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

I hereby certify that on June 3, 2005 I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Walter E. Hanley, Jr.
> James Galbraith
> Huiya Wu
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

> William G. James, II
> Fred T. Grasso
> Kenyon & Kenyon
> 1500 K Street N.W., Suite 700
> Washington, DC 20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com

RLF1-2850239-1