IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>      Plaintiff and<br>      Counter- Defendant,<br><br>   v.<br><br>APPLERA CORPORATION,<br>      Defendant and<br>      Counter-Plaintiff | Civil Action No. 04-1505-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, caused copies of (1) Defendant Applera Corporation's Second Set of Interrogatories (Nos. 17-24) and (2) Defendant Applera Corporation's Second Set of Document Requests Directed to Plaintiff (Nos. 105-110) to be served on July 1, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

> Frederick L. Cottrell, III, Esquire
> Steve Fineman, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

> Wayne L. Stoner, Esquire
> WILMER CUTLER PICKERING HALE and DORR LLP
> 60 State Street
> Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on July 1, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Frederick L. Cottrell, III, Esquire
>Steve Fineman, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, Delaware  19801

**BY FEDERAL EXPRESS**

>Wayne L. Stoner, Esquire
>WILMER CUTLER PICKERING HALE AND DORR LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Karen Keller
>Josy W. Ingersoll (#1088)
>Adam W. Poff (#3990)
>Karen E. Keller (#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6672
>jingersoll@ycst.com
>*Attorneys for Defendant Applera Corporation*

OF COUNSEL:

Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

2

William G. James, II
Fred T. Grasso
KENYON & KENYON
1500 K Street N.W., Suite 700
Washington, D.C. 20036
(202) 220-4200

Dated: July 1, 2005