-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, )<br>)<br>Plaintiff and )<br>Counterclaim Defendant, )<br>)<br>v. )<br>)<br>APPLERA CORPORATION, )<br>)<br>Defendant and )<br>Counterclaim Plaintiff. ) | Civil Action No. 04-1505-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 22, 2005, copies of (i) Plaintiff Thermo Finnigan LLC's Responses to Defendant Applera Corporation's Second Set of Document Requests (Nos. 105-110) and (ii) Plaintiff Thermo Finnigan LLC's Responses to Defendant Applera Corporation's Second Set of Interrogatories (Nos. 17-24) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr., Esquire
James Galbraith, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

-1-

-2-

William G. James, II, Esquire
Fred T. Grasso, Esquire
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

 

*Kelly E. Farnan* (signature)

Frederick L. Cottrell, III (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Thermo Finnigan LLC

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:   August 22, 2005

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

>   Josy W. Ingersoll
>   Adam W. Poff
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, DE  19899-0391

I hereby certify that on August 22, 2005 I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

>   Walter E. Hanley, Jr.
>   James Galbraith
>   Huiya Wu
>   Kenyon & Kenyon
>   One Broadway
>   New York, NY  10004

>   William G. James, II
>   Fred T. Grasso
>   Kenyon & Kenyon
>   1500 K Street N.W., Suite 700
>   Washington, DC  20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com

RLF1-2850239-1