IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | Civil Action No. 04-1505-GMS |
| v. | ) | |
| | ) | |
| APPLERA CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 22, 2005, copies of (i) Plaintiff Thermo Finnigan LLC's First Supplemental Responses to Defendant Applera Corporation's First Set of Interrogatories (Nos. 1-16) and (ii) Plaintiff Thermo Finnigan LLC's First Supplemental Responses to Defendant Applera Corporation's Second Set of Interrogatories (Nos. 17-24) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr., Esquire
James Galbraith, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

-1-

-2-

William G. James, II, Esquire
Fred T. Grasso, Esquire
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Thermo Finnigan LLC

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: December 5, 2005

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, copies of the foregoing document were served on the following attorneys at the addresses and in the manner indicated:

**BY HAND DELIVERY**
Josy W. Ingersoll
Adam W. Poff
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
Kenyon & Kenyon
One Broadway
New York, NY 10004

William G. James, II
Fred T. Grasso
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

_Kelly E. Farnan_
Kelly E. Farnan (#4395)
Farnan@RLF.com

RLF1-2872448-1