IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, )<br>)<br>Plaintiff and )<br>Counterclaim Defendant, )<br>)<br>v. )<br>)<br>APPLERA CORPORATION, )<br>)<br>Defendant and )<br>Counterclaim Plaintiff. ) | Civil Action No. 04-1505-GMS |

## PARTIES' JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Scheduling Order, attached hereto as Exhibit A is the parties' Joint Claim Construction Chart.

| | |
|---|---|
| /s/ Kelly E. Farnan<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@RLF.com<br>Kelly E. Farnan (#4395)<br>Farnan@RLF.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Telephone: (302) 651-7700<br>Attorneys for Thermo Finnigan LLC | /s/ Karen E. Keller<br>Josy W. Ingersoll (#1088)<br>jingersoll@ycst.com<br>Adam W. Poff (#3990)<br>apoff@ycst.com<br>Karen E. Keller (#4489)<br>kkeller@ycst.com<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19899<br>Telephone: (302) 571-6672<br>Attorneys for Applera Corporation |
| Dated: December 22, 2005 | Dated: December 22, 2005 |

RLF1-2960960-1