IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>    Plaintiff and<br>    Counterclaim<br>    Defendant,<br><br>    v.<br><br>APPLERA CORPORATION,<br>    Defendant and<br>    Counterclaim Plaintiff. | Civil Action No. 04-1505-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, caused copies of Defendant Applera Corporation's Third Set of Document Requests Directed to Plaintiff (Nos. 111-126) to be served on December 30, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Steve Fineman, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

Wayne L. Stoner, Esquire
WILMER CUTLER PICKERING HALE and DORR LLP
60 State Street
Boston, MA 02109

DB01:1610098.1

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 30, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Steve Fineman, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

Wayne L. Stoner, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
apoff@ycst.com
*Attorneys for Defendant Applera Corporation*

OF COUNSEL:

Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

William G. James, II
Fred T. Grasso
KENYON & KENYON
1500 K Street N.W., Suite 700
Washington, D.C. 20036
(202) 220-4200

Dated: December 30, 2005