# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THERMO FINNIGAN LLC,

       Plaintiff and
       Counterclaim-Defendant,

   v.

APPLERA CORPORATION,

       Defendant and
       Counterclaim-Plaintiff.

Civil Action No. 04-1505-GMS

## NOTICE OF DEPOSITION OF THERMO FINNIGAN LLC
## PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Applera Corporation ("Applera"), through their attorneys, will take deposition upon

oral examination of Thermo Finnigan LLC ("Thermo"), commencing on January 25, 2006,

beginning at 9:00 a.m., and continuing from day to day thereafter until completed, at the at the

law offices of Kenyon & Kenyon, One Broadway, New York, NY 10004, or at such other time

and place as may be mutually agreed upon by the parties.  The deposition will be taken before a

notary public or other officer duly authorized to administer oaths and take testimony, and will be

recorded by stenographic means.  The deposition may be audiotaped and/or videotaped.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Thermo is

hereby notified of its obligation to designate one or more officers, directors, or managing agents,

or other persons who consent to testify on Thermo's behalf with respect to the matters set forth

on the attached Schedule A.  The person(s) so designated shall be required to testify as to each of those matters known or reasonably available to Thermo.

The Definitions and Instructions set forth in Applera's *First Set of Requests of Documents Requests Directed to Plaintiff (Nos. 1-104)* shall apply to this notice as if fully set forth herein.

January 5, 2006

_____

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

William G. James
Fred T. Grasso
KENYON & KENYON
1500 K Street N.W., Suite 700
Washington, D.C.  20036
(202) 220-4200

*Attorneys for Defendant and Counter-Plaintiff*
*Applera Corporation*

## SCHEDULE A

## MATTERS ON WHICH EXAMINATION IS REQUESTED

1.      The business/corporate relationships (past and present) between or among

Plaintiff and (a) Thermo Separation Products, (b) Spectra-Physics, Inc., (c) Spectra-Physics

Analytical, or (d) Spectra-Physics GmbH.

2.      The acquisition, custody, and maintainance of documents relating to capillary

electrophoresis or capillary electrophoresis instruments prepared for or by each of the following

companies: (a) Thermo Separation Products, (b) Thermo Electron Corporation, (c) Spectra-

Physics, Inc., (d) Spectra-Physics Analytical, or (e) Spectra-Physics GmbH, including but not

limited to laboratory notebooks, research- and development-related documents, and sales- and

marketing-related documents.

3.      The identity of three Thermo employees or former employees most

knowledgeable about the subject matter of the foregoing categories.

4.      The nature, existence, and location of documents (including electronic

documents) relating to the subject matter of the foregoing categories.

5.      The Bates number of documents sufficient to corroborate the testimony on Topic

Nos. 1-2.

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on January 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Steve Fineman, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, Delaware 19801

I further certify that on January 5, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Wayne L. Stoner, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> Josy W. Ingersoll (No. 1088)
> Adam W. Poff (No. 3990)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> jingersoll@ycst.com

> Attorneys for Defendant

DB01:1592468.1