IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>　　　Plaintiff and<br>　　　Counter-Defendant,<br><br>　v.<br><br>APPLERA CORPORATION,<br><br>　　　Defendant and<br>　　　Counter-Plaintiff. | Civil Action No. 04-1505 GMS |

## NOTICE OF DEPOSITION OF TIMOTHY HAGAN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Applera Corporation through their attorneys, will take deposition upon oral examination of Timothy Hagan, commencing on February 21, 2006, beginning at 9:00 a.m., and continuing from day to day thereafter until completed, at the law offices of Kenyon & Kenyon, One Broadway, New York, NY 10004, or at such other time and place as may be mutually agreed upon by the parties. The deposition will be taken before a notary public or other office authorized to administer oaths and take testimony, and will be recorded by stenographic means. The deposition may be audiotaped and/or videotaped.

You are invited to attend and cross-examine.

January 5, 2006

                                                
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Mark A. Chapman
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

*Attorneys for Defendant and Counter-Plaintiff Applera Corporation*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on January 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Steve Fineman, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, Delaware 19801

I further certify that on January 5, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Wayne L. Stoner, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for Defendant

DB01:1592468.1