IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, )<br>)<br>Plaintiff and )<br>Counterclaim Defendant, )<br>)<br>v. )<br>)<br>APPLERA CORPORATION, )<br>)<br>Defendant and )<br>Counterclaim Plaintiff. ) | C.A. No. 04-1505-GMS |

**PARTIES' AMENDED JOINT CLAIM CONSTRUCTION CHART**

Attached hereto as Exhibit A is the parties' Amended Joint Claim Construction Chart which, with the approval of the Court, replaces the Joint Claim Construction Chart (D.I. 40) filed on December 22, 2005.

_Kelly E. Farnan_
Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Thermo Finnigan LLC

Dated: January 19, 2006

_/s/ Karen E. Keller_
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
Adam W. Poff (#3990)
apoff@ycst.com
Karen E. Keller (#4489)
kkeller@ycst.com
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899
Telephone: (302) 571-6672
Attorneys for Applera Corporation

Dated: January 19, 2006