# EXHIBIT A

**THERMO FINNIGAN LLC v. APPLERA CORPORATION**
**CIVIL ACTION NO. 04-1505-GMS (D. DEL.)**

**JOINT CLAIM CONSTRUCTION CHART**

| U.S. Patent No. 5,385,654 Claim Term | Claims at Issue | THERMO | | APPLERA | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| anions | 11 | Negatively charged ions. | '654 patent: 1:1-2, 1:7-9, 2:25-26, 4:31-35.<br><br>Prosecution history: Amendment, 1/17/94, p. 4. | Low molecular weight monomeric negatively charged ions. | '654 patent: 1: 18-22, 1: 38-49; 2: 16-20, 2: 24-25, 2: 57-62, 3: 5-15, 3: 41-53; 4: 31-34; 5: 22-32, 5: 44-66; 6: 8-11, 6: 29-31, 6: 47-54, 7: 11-15, 7: 47-52; 8: 17-21, 8: 40-45<br><br>Kelly, August 1992, Research Disclosure August 10, 1993, "Separation of Organic Acids using Phthalate for Indirect UV Detection." |
| capillary electrophoresis | 11 | Electrophoresis, or the movement of ions under the influence of an electric field, that takes place in a capillary tube. | '654 patent: 1:18-22, 1:13-2:20. | A chemistry technique which utilizes the differences in solute electrophoretic velocity to isolate the various components of a sample | '654 patent: 1: 13-23, 1: 50-65<br><br>Weinberger '382 patent (incorporated by reference): |

RLF1-2971250-1

| U.S. Patent No. 5,385,654 Claim Term | Claims at Issue | THERMO | | APPLERA | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | | | in a capillary. | 1: 12-15, 1: 42-46<br><br>Morin et al., Fresenius J. Anal. Chem. (1992) 342: 357 – 362, p. 357-358. |
| capillary | 11 | A tube with a very small internal diameter. | '654 patent: 1:23-25, 4:45-51. | Agreed. | '654 patent: 1: 23-25, 4: 48-51, 6: 64-67, 7: 58-61, 8: 25-27 |
| carrier electrolyte | 11 | An electrically conductive fluid medium that carries or transports ions. | '654 patent: 1:25-27, 2:29-32, 2:56-57.<br><br>Prosecution history: Amendment, 1/17/94, p. 4. | Any electrically conductive fluid medium. | '654 patent: 2: 56-57<br><br>Jones, '506 patent: 1: 18-23 |
| target temperature | 11 | A selected temperature. | '654 patent: 3:21-32, 6:14-16.<br><br>Prosecution history: Amendment, 1/17/94, p. 5, 6. | A preselected temperature of the fluid in the capillary prior to introducing the sample into the capillary and applying an electrical current to the capillary. | '654 patent: Abstract: 4-5, 2: 26-29, 2: 36-46, 3: 21-32, 5: 7-14, 6: 3-5, 6: 17-19, 7: 22-24<br><br>'654 prosecution history: |

| U.S. Patent No. 5,385,654 Claim Term | Claims at Issue | THERMO | | APPLERA | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | | | | Amendment dated January 17, 1994, paper no. 4, p. 6, 2nd paragraph.<br><br>Morin et al., Fresenius J. Anal. Chem. (1992) 342: 357 – 362, p. 362. |
| detecting said anions by simultaneously monitoring said sample at two different wavelengths | 11 | Detecting the anions by monitoring the sample at two different wavelengths at the same time. | '654 patent: 3:41-44, 7:24-26.<br><br>Prosecution history: Amendment, 1/17/94, p. 7. | Detecting the anions in the sample by simultaneously monitoring the absorption of two different wavelengths of light, one of which is not absorbed by the anions. | '654 patent: 1: 45-49, 2: 48-51, 2: 57-62, 3: 41-53 4: 35-43, 4: 65-68, 5: 15-17, 5: 44-50, 6: 26-43, 7: 24-40, Figs 1A-E<br><br>Weinberger '382 patent (incorporated by reference): 2: 50-64, 9: 19 – 11: 26, 14: 11-47<br><br>'654 prosecution history: Amendment dated January 17, 1994, paper no. 4, p. 6, 2nd and 3rd paragraphs and |

| U.S. Patent No. 5,385,654 Claim Term | Claims at Issue | THERMO | | APPLERA | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | | | | carryover to p. 7.<br>Notice of Allowability dated July 14, 1994, paper no. 9, pp. 3-4.<br>Foret et al. J. Chrom. (1989) 470: 299-308, pp. 299, 300<br>Kelly and Burgi, August 1992, Research Disclosure 34016, “Separation of Small anions using Dichromate for Indirect UV Detection.”<br>Kelly and Nelson, J. Chrom (1993) 16: 2103-2122, copy of submitted paper.<br>Jones, ’506 patent: 3: 12-22, 4: 34-36, 5: 62-64 |

| U.S. Patent No. 5,385,654 Claim Term | Claims at Issue | THERMO | | APPLERA | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| maintaining the temperature in said capillary to within +/-0.5°C of said target temperature | 11 | Maintaining the temperature in the capillary to within +/- 0.5°C of the target temperature. | '654 patent: 3:23-25, 3:65-4:1, 4:59-62, 6:17-19. | Maintaining the temperature throughout the fluid in the capillary to within +/- 0.5°C of the target temperature by monitoring electrical resistance in the capillary and maintaining the resistance at a constant level. | '654 patent: Abstract: 3-5, 2: 26-30, 2: 40-47, 3: 21-26, 4: 59-62, 5: 1-14, 6: 3-5, 6: 17-19, 7: 22-24<br><br>Weinberger '382 patent (incorporated by reference): 8: 4-9, 11: 29 – 12: 34<br><br>Kurosu et al. J. High Res. Chrom. (1991) 14: 200-203, pp. 201-202. |
| electroosmotic flow | 15 | Flow in a capillary under the influence of an electric field. | '654 patent: 2:63-67, 5:33-43. | The bulk flow of liquid due to the effect of an electric field on cations adjacent to anionic groups immobilized on the capillary wall. | Weinberger '382 patent (incorporated by reference): 1: 27-32, 3: 50-65 |
| electroosmotic flow modifier | 15 | Substance that modifies the electroosmotic flow. | '654 patent: 2:63-67, 5:33-43. | A small cationic molecule that neutralizes the charge on the capillary wall. | '654 patent: 2: 13-15, 2: 63 – 3: 4, 5: 33-44, 5: 51-53, 6: 48-49, 7: 1-9, 7: 47-52, 8: 10-17, 8: 35-36 |

| U.S. Patent No. 5,385,654 Claim Term | Claims at Issue | THERMO | | APPLERA | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | | | | Morin et al., Fresenius J. Anal Chem. (1992) 342: 357 – 362, p. 359.<br><br>Kelly, Research Disclosure August 10, 1993, "Separation of Organic Acids using Phthalate for Indirect UV Detection."<br><br>Kelly and Burgi, August 1992, Research Disclosure 34016, "Separation of Small Anions using Dichromate for Indirect UV Detection."<br><br>Kelly and Nelson, J. Chrom. (1993) 16: 2103-2122, copy of submitted paper.<br><br>Jones, '506 patent: 3: 61 – 4: 8 |