IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>      v.<br><br>APPLERA CORPORATION,<br><br>      Defendant and<br>      Counter-Plaintiff. | Civil Action No. 04-1505-GMS |

## STIPULATION AMENDING THE SCHEDULING ORDER

The parties hereby stipulate, subject to the approval of the Court, that the May 9, 2005 Scheduling Order (D.I. 21) shall be modified as indicated below:

The parties shall exchange opening claim construction briefs on **January 20, 2006,** and answering claim construction briefs on **February 10, 2006**.

The one-day extension to file the opening claim construction brief is necessary to provide Defendant's in-house counsel, who has been out of the office the past few days, an adequate opportunity to review the briefing. The answering brief date has been changed to keep the time period between the opening and answering briefs the same as set forth in the Scheduling Order. The requested modifications do not impact the Markman hearing scheduled for March 16, 2006.

The remaining provisions of the May 9, 2005 Scheduling Order (D.I. 21) shall remain in full force and effect.

DATED: January 19, 2006

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| *(signature)* | /s/ Kelly E. Farnan |
| Josy W. Ingersoll (ID No. 1088) | Frederick L. Cottrell, III (ID No. 2555) |
| Adam W. Poff (ID No. 3990) | Kelly E. Farnan (ID No. 4395) |
| Karen E. Keller (ID No. 4489) | One Rodney Square |
| The Brandywine Building | 920 North King Street |
| 1000 West Street, 17th Floor | Wilmington, Delaware 19801 |
| P.O. Box 391 | 302-651-7701 |
| Wilmington, DE 19899-0391 | cottrell@rlf.com |
| (302) 571-6600 | farnan@rlf.com |
| jingersoll@ycst.com | *Attorneys for Thermo Finnigan LLC* |
| apoff@ycst.com | |
| kkeller@ycst.com | |
| *Attorneys for Applera Corporation* | |

SO ORDERED this ____ day of _____, 2006.

_____
U.S.D.J.