IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | Civil Action No. 04-1505-GMS |
| v. | ) | |
| | ) | |
| APPLERA CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

### THERMO'S MOTION FOR CLAIM CONSTRUCTION

Thermo Finnigan, LLC, by and through its undersigned counsel, hereby moves pursuant to *Markman v. Westview Instruments*, 517 U.S. 370 (1996) for an order construing the disputed claim terms found in the patent in suit (U.S. Patent No. 5,385,654) in a form substantially similar to the attached Order. The grounds for this motion are set forth in the Thermo's Opening Markman Brief and Appendix filed contemporaneously herewith.

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
Telephone (302) 651-7700
Attorneys for Thermo Election Corp.

OF COUNSEL:
William F. Lee
Wayne L. Stoner
Richard Goldenberg
Stephen M. Muller
Mary Rose Scozzafava
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

January 20, 2006

RLF1-2972311-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

> Josy W. Ingersoll
> Karen L. Pascale
> Adam W. Poff
> Karen E. Keller
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

I hereby certify that on January 20, 2006 I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Walter E. Hanley, Jr.
> James Galbraith
> Huiya Wu
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

> William G. James, II
> Fred T. Grasso
> Kenyon & Kenyon
> 1500 K Street N.W., Suite 700
> Washington, DC 20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com

RLF1-2850239-1