IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, )<br>)<br>Plaintiff-Counterclaim Defendant, )<br>)<br>v. )<br>)<br>APPLERA CORPORATION, )<br>)<br>Defendant-Counterclaim Plaintiff. )<br>) | Civil Action No.: 04-1505-GMS |

**PROPOSED MARKMAN ORDER**

This _____ day of _____ 2006, the Court having considered the parties' claim construction briefing and having conducted a *Markman* hearing on March 16, 2006;

IT IS ORDERED that:

The disputed claim terms of U.S. Patent No. 5,385,654 are construed as follows:

1. <u>Anions</u> means negatively charged ions.

2. <u>Capillary electrophoresis</u> means electrophoresis, or the movement of ions under the influence of an electric field, that takes place in a capillary tube.

3. <u>Capillary</u> means a tube with a very small internal diameter.

4. <u>Carrier electrolyte</u> means an electrically conductive fluid medium that carriers or transports ions.

5. <u>Target temperature</u> means a selected temperature.

1

6. <u>Detecting said anions by simultaneously monitoring said sample at two different wavelengths</u> means detecting the anions by monitoring the sample at two different wavelengths at the same time.

7. <u>Maintaining the temperature in said capillary to within ±0.5° C. of said target temperature</u> means maintaining the temperature in the capillary to within ±0.5° C. of the target temperature.

8. <u>Electroosmotic flow</u> means flow in a capillary under the influence of an electric field.

9. <u>Electroosmotic flow modifier</u> means substance that modifies the electroosmotic flow.

_____
The Honorable Gregory M. Sleet
United States District Judge