## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THERMO FINNIGAN LLC, )
)
        Plaintiff and )
        Counterclaim Defendant, )
)     Civil Action No. 04-1505-GMS
    v. )
)
APPLERA CORPORATION, )
)
        Defendant and )
        Counterclaim Plaintiff. )

## THERMO'S APPENDIX TO CLAIM CONSTRUCTION FOR
## U.S. PATENT NO. 5,385,654

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000


Frederick L. Cottrell, III (#2555)
cottrell@RLF.com
Kelly E. Farnan (#4395)
farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Thermo Finnigan LLC


Dated:  January 20, 2006

TABLE OF CONTENTS

TAB 1    Excerpts from Yan Xu, "Tutorial: Capillary Electrophoresis, "*The Chemical Educator,*" Vol. 1, No. 2 (1996) ........................................................... TA 1

TAB 2    Excerpts from *Webster's Third New International Dictionary* (1993)............. TA 3

TAB 3    Excerpts from *American Heritage Collegiate Dictionary* (3d ed. 1993) ......... TA 7

TAB 4    Excerpts from *Merriam Webster's Collegiate Dictionary* (10th ed. 1993) ..... TA 14

TAB 5    Excerpts from *McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989)........................................................................................ TA 21

TAB 6    Excerpts from *Oxford Dictionary of Biochemistry and Molecular Biology* (rev. ed. 2000)...................................................................................... TA 25

TAB 7    Excerpts from *Grant & Hackh's Chemical Dictionary* (5th ed. 1987)........... TA 28

TAB 8    Excerpts from *The Penguin Dictionary of Chemistry* (2d ed. 1990) .............. TA 32

# EXHIBIT 1

1 / VOL. 1. NO. 2
THE CHEMICAL EDUCATOR
© 1996 SPRINGER-VERLAG NEW YORK INC

ISSN 1430-4171
http://journals.springer-ny.com/chedr
10.1007/s00897960023a

**In the Classroom**

# Tutorial: Capillary Electrophoresis[*]

**YAN XU**
Cleveland State University
Cleveland, Ohio 44115
y.xu@csu-e.csuohio.edu

*Capillary electrophoresis is the most efficient separation technique available for the analysis of both large and small molecules.*

Capillary electrophoresis (CE) is electrophoresis performed in a capillary tube [1–3]. It is the most efficient separation technique available for the analysis of both large and small molecules. The transformation of conventional electrophoresis to modern CE was spurred by the production of inexpensive narrow-bore capillaries for gas chromatography (GC) and the development of highly sensitive on-line detection methods for high performance liquid chromatography (HPLC).

The basic instrumental set-up, which is illustrated in Figure 1, consists of a high voltage power supply (0 to 30 kV), a fused silica ($SiO_2$) capillary, two buffer reservoirs, two electrodes, and an on-column detector. Sample injection is accomplished by temporarily replacing one of the buffer reservoirs with a

[*]In the past 20 years, the number of instrumental techniques available to the chemist has grown exponentially. In order to help our readers keep up with this rapidly growing field, tutorial articles on chemical instrumentation will be a regular feature of *The Chemical Educator*. The articles are designed to serve as a brief introduction to emerging instrumental techniques, with an outline of the underlying principles and major applications.

—Martin Schimpf, Series Editor

2 / VOL. 1, NO. 2                                          ISSN 1430-4171
THE CHEMICAL EDUCATOR                          http://journals.springer-ny.com/chedr
© 1996 SPRINGER-VERLAG NEW YORK, INC            S 1430-4171 (96) 02023-7



**FIGURE 1**. THE INSRUMENTAL SET-UP OF A CE SYSTEM.

sample vial. A specific amount of sample is introduced by controlling either the injection voltage or the injection pressure.

The unprecedented resolution of CE is a consequence of the technique's extremely high efficiency. The separation efficiency of CE and other high-resolution techniques such as chromatography and field-flow fractionation is modeled by the van Deemter equation, which relates the plate height, $H$, to the velocity, $v_x$, of the carrier gas or liquid along the separation axis, $x$.

$$H = A + \frac{B}{v_x} + Cv_x \qquad (1)$$

Here, $A$, $B$ and $C$ are constants. A lower value of $H$ corresponds to a higher separation efficiency — when the plate height is reduced, more theoretical plates ($N$) can be packed into a given length along the separation axis. The resolution of two components in the separations device is proportional to $N^{1/2}$. In CE, two of the three contributing plate

# EXHIBIT 2

RECEIVED

APR 2 3 2004

HALE AND DORR
LIBRARY

# Webster's Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

*A Merriam-Webster*

REG. U S PAT OFF

## WITH SEVEN LANGUAGE

## DICTIONARY

---

## VOLUME I

# A to G



ENCYCLOPÆDIA BRITANNICA, INC.

*Chicago*
*Auckland, Geneva. London, Manila. Paris, Rome*
*Seoul. Sydney, Tokyo. Toronto*

TA 3

Preface . . .
Editorial Staf
Outside Cons
Explanatory
Explanatory
Divisions in I
Spelling . . .
Plurals . . . .
Capitalizatio
Italicization



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff
p.      cm.
ISBN 0-87779-201-1 (blue sturdite) —ISBN 0-87779-202-X
(carrying case). — ISBN 0-87779-206-2 (imperial buckram)
I. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                    93-10630
                                            CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
29QPH95

cgs electron
*Afro-Asiatic*
*alphabet* tal
*anthracite* c
*architecture*
common *ar*
*Beaufort* sc
ship's *bells*
*book* sizes .
*Braille* alp
*constellatio*
chief *crusa*
principal (
*executive*
*dye* tables
*Easter* dat
chemical (
four *syllo*
principal
common
*geologic* t
*gestation*
*glacial* ep
*incubatio*
*Indo-Eur*
*measures*

Color:
    Two
Constell
Constell

TA   4

animated

ankyloston

Case 1:04-cv-01505-GMS   Document 58   Filed 01/20/2006   Page 10 of 26

TA 6

# EXHIBIT 3

# THE
# AMERICAN
# HERITAGE
# COLLEGE
# DICTIONARY

### THIRD EDITION



HOUGHTON MIFFLIN COMPANY

*Boston • New York*

TA 7

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
    p.   cm.
    ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
    1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227  1993
423—dc20                                92-42124
                                            CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at (http://www.hmco.com/trade/)

54

animated

Anniston



Anne of Cleves



annual ring
Cross section from the
trunk of a white pine
*Pinus strobus*

an·i·mat·ed (ăn′ə-mā′tĭd) *adj* 1. Having life; alive 2. Filled with activity, vigor, or spirit; lively. 3. Made in the form of an animated cartoon — **an′i·mat′ed·ly** *adv*

animated cartoon *n.* A motion picture consisting of a photographed series of drawings that simulates motion with very slight, continuous changes in the drawings

an·i·ma·tion (ăn′ə-mā′shən) *n* 1. The act, process, or result of imparting life, interest, spirit, motion, or activity 2. The quality or condition of being alive, active, spirited, or vigorous 3a. The preparation of animated cartoons b. An animated cartoon

a·ni·ma·to (ä′nē-mä′tō) *adv & adj Mus.* In an animated or lively manner [Ital. < *animare*, to animate < Lat *animāre*. See ANIMATE.]

an·i·ma·tor (ăn′ə-mā′tər) *n* 1. One that provides or imparts life, interest, spirit, or vitality 2. One who designs, develops, or produces an animated cartoon.

an·i·mism (ăn′ə-mĭz′əm) *n.* 1. The attribution of conscious life to nature 2. The belief in the existence of spiritual beings that are separate from bodies 3 The theory that an immaterial force animates the universe [< Lat. *anima*, soul. See *ana*-*.] — **an′i·mist** *n.* — **an′i·mis′tic** *adj.*

an·i·mos·i·ty (ăn′ə-mŏs′ĭ-tē) *n., pl* -ties. Bitter hostility or open enmity; active hatred [ME *animosite* < OFr. < LLat. *animōsitās*, courage < Lat *animōsus*, bold < *animus*, soul, spirit. See ANIM-*.]

an·i·mus (ăn′ə-məs) *n* 1. An attitude that informs one's actions; disposition. 2. A feeling of animosity; ill will 3. In Jungian psychology, the masculine inner personality, as present in women [Lat. See *ana*-*]

an·i·on (ăn′ī′ən) *n.* A negatively charged ion, esp. the ion that migrates to an anode in electrolysis [< Gk , neut. pr.part of *anienai*, to go up : *ana*-, ana- + *ienai*, to go; see ei-*] — **an′-i·on′ic** (-ŏn′ĭk) *adj.* — **an′i·on′i·cal·ly** *adv*

an·ise (ăn′ĭs) *n* 1. An annual Mediterranean herb (*Pimpinella anisum*) in the parsley family, cultivated for its seedlike fruits and oil. 2. Anise seed. [ME *anis* < OFr. < Lat *anīsum* < Gk. *anison*.]

an·i·sel·ko·ni·a (ăn-ī′sĭ-kō′nē-ə) *n* A condition in which the shape and size of the ocular image differ in each eye. [< ANIS(O)- + Gk. *eikōn*, image ] — **an·i′sei·kon′ic** (-kŏn′ĭk) *adj*

anise seed or an·i·seed (ăn′ĭ-sēd′) *n* The seedlike fruit of the anise.

an·i·sette (ăn′ĭ-sĕt′, -zĕt′) *n.* A liqueur flavored with anise. [Fr., dim. of *anis*, anise < OFr See ANISE.]

aniso- or anis- *pref.* Unequal; dissimilar: *anisogamy*. [< Gk. *anisos*: *an*-, not; see ɴ-* + *isos*, equal.]

an·i·so·gam·ete (ăn-ī′sō-găm′ēt, -gə-mēt′, ăn′ī-) *n.* See heterogamete.

an·i·sog·a·my (ăn′ī-sŏg′ə-mē) *n* A union between two gametes that differ in size or form — **an′i·so·gam′ic** (-sō-găm′-ĭk) *adj.*

an·i·so·me·tro·pi·a (ăn-ī′sə-mĭ-trō′pē-ə) *n.* A condition in which the refractive power of one eye differs from that of the other [ANISO- + Gk. *metron*, measure; see METER¹ + -OPIA ] — **an·i′so·me·trop′ic** (-trŏp′ĭk, -trō′pĭk) *adj.*

an·i·so·trop·ic (ăn-ī′sə-trŏp′ĭk, -trō′pĭk) *adj* 1. Not isotropic 2. *Phys.* Having different properties in different directions. — **an·i′so·trop′i·cal·ly** *adv.* — **an·i′·sot′ro·py** (-sŏt′rə-pē) *n*

An·jou (ăn′jōō′, ăn-zhōō′). 1. A historical region and former province of NW France; annexed to the French crown lands in the 1480's 2. A town of S Quebec, Canada, a suburb of Montreal. Pop. 37,346

An·jou² (ăn′zhōō, -jōō) *n* A variety of pear with green skin and firm, smooth flesh

An·ka·ra (ăng′kər-ə, äng′-) Formerly An·go·ra (ăn-sî′rə) and An·go·ra (ăng-gôr′ə, -gôr′ə, äng′gər-ə) The capital of Turkey, in the W-central part; replaced Istanbul as the cap. in 1923. Pop. 1,877,755

an·ker·ite (ăng′kə-rīt′) *n.* A white, gray, or red iron-rich dolomitic or carbonate mineral, Ca(Fe,Mg,Mn)(CO₃)₂. [After Matthias Joseph *Anker* (1771–1843), Austrian mineralogist ]

ankh (ăngk) *n.* An ansate cross. [Egypt. ′ḥ, life.]

an·kle (ăng′kəl) *n.* 1. The joint formed by the articulation of the lower leg bones with the talus. 2. The slender section of the leg immediately above the foot [ME *ancle, ankel*, partly < OE *anclēow*, and partly of Scand. orig.]

an·kle·bone (ăng′kəl-bōn′) *n* See talus¹ 1

an·klet (ăng′klĭt) *n* 1. An ornament worn around the ankle 2. A sock that reaches just above the ankle.

an·ky·lose also an·chy·lose (ăng′kə-lōs′, -lōz′) — *v.* -losed, -los·ing, -los·es. — *tr.* To join or consolidate by ankylosis. — *intr.* To become joined or consolidated by ankylosis. [Backformation < ANKYLOSIS.]

an·ky·lo·sis also an·chy·lo·sis (ăng′kə-lō′sĭs) *n* 1. *Anat.* The consolidation of bones to form a single unit 2. *Pathol.* The stiffening and immobility of a joint as the result of disease, trauma, surgery, or abnormal bone fusion. [NLat. < Gk. *ankulōsis*, stiffening of the joints < *ankuloun*, to crook, bend < *ankulos*, crooked, bent ] — **an′ky·lot′ic** (-lŏt′ĭk) *adj*

an·i·age also An·la·ge (än′lä′gə) *n., pl.* -ges or -gen (-gən) 1. *Biol* The initial clustering of embryonic cells from which a part or an organ develops; a primordium 2. A fundamental principle; the foundation for a future development [Ger., foundamental principle < MHGer. *anlige*, request : *ane*-, on [< OHGer *ana*-; see an-*] + *läge*, act of laying (< OHGer *läga*; see legh-*) ]

Ann (ăn), Cape. A peninsula of NE MA NE of Gloucester

ann. *abbr.* 1. Annals. 2. Annual 3. Annuity

An·na·ba (ə-nä′bə, ä-nä′-). A city of NE Algeria on the Mediterranean Sea; founded by the Carthaginians. Pop. 222,607

An·na I·va·nov·na (ä′nə ē-vä′nəv-nə) 1693–1740. Empress of Russia (1730–40) who ordered an attack on Turkey (1736).

An Na·jaf (än näj′äf′) A city of S-central Iraq on a lake near the Euphrates R. Pop 242,603

an·nal·ist (ăn′ə-lĭst) *n.* One who writes annals; a chronicler.

an·nals (ăn′əlz) *pl n.* 1. A chronological record of the events of successive years. 2. A descriptive account or record; a history 3. A journal in which the records and reports of a learned field are compiled. [Lat. *(libri) annālēs*, yearly (books), annals, pl of *annālis*, yearly < *annus*, year. See at-*.]

An·nam (ə-năm′, ăn′ăm′) A region and former kingdom of central Vietnam on the South China Sea; ruled by China from 111 B.C. to A.D. 939 — **An′na·mese′** (ăn′ə-mēz′, -mēs′), **An′nam·ite′** *adj & n.*

An·nan·dale (ăn′ən-dāl′). A city of NE VA, a suburb of Washington DC Pop. 50,975.

An·nap·o·lis (ə-năp′ə-lĭs) The cap of MD, in the central part on an inlet of Chesapeake Bay. Pop. 33,187.

Annapolis Roy·al (roi′əl). A town of W Nova Scotia, Canada, on an arm of the Bay of Fundy; founded as Port Royal by the French in 1605 and renamed by the British after 1710

An·na·pur·na (än′ə-pŏŏr′nə, -pûr′-) A massif of the Himalaya Mts. in N-central Nepal rising to 8,083.7 m (26,504 ft) at Annapurna II is 7,942.5 m (26,041 ft).

Ann Ar·bor (är′bər). A city of SE MI W of Detroit; seat of the University of Michigan (founded 1817). Pop. 109,592

an·nat·to (ə-nä′tō) *n., pl.* -tos 1. A tropical American evergreen shrub or small tree (*Bixa orellana*), having heart-shaped leaves and showy flowers. 2. The seed of this plant, used as a coloring and as a flavoring. 3. A yellowish-red dyestuff obtained from the seed arid of this plant [Of Cariban orig.]

Anne (än). 1665–1714 Queen of Great Britain and Ireland (1702–14); last monarch of the Stuart line

an·neal (ə-nēl′) *v.* -nealed, -neal·ing, -neals. — *tr.* 1 To subject (glass or metal) to a process of heating and slow cooling to reduce brittleness. 2. To strengthen or harden. — *intr.* To become strengthened or hardened [ME *anelen* < OE *onǣlan*, to set fire to : *on*-, on; see ON + *ǣlan*, to kindle.]

An·ne·cy (ăn′ə-sē′, än-sē′). A city of S France in the Alps on Lake Annecy ENE of Lyons. Pop. 49,965

an·ne·lid (ăn′ə-lĭd) also an·nel·i·dan (ə-nĕl′ĭ-dən) — *n.* Any of various worms or wormlike animals of the phylum Annelida, characterized by an elongated, cylindrical, segmented body — *adj.* Of or belonging to the phylum Annelida. [< NLat *Annelida*, phylum name < Fr *annelés*, pl. p.part of *anneler*, to ring < OFr. *anel*, ring < Lat *ānellus*, dim of *ānus*, ring.]

Anne of Aus·tri·a (ô′strē-ə) 1601–66. Wife of Louis XIII of France and regent (1643–61) for her son Louis XIV

Anne of Cleves (klēvz). 1515–57. Queen of England (Jan – Jul. 1540) as the fourth wife of Henry VIII.

an·nex (ə-nĕks′, ăn′ĕks′) *tr v* -nexed, -nex·ing, -nex·es. 1. To append or attach, especially to a larger or more significant thing 2. To incorporate (territory) into an existing political unit 3. To add or attach, as an attribute, a condition, or a consequence. — *n* (ăn′ĕks′, ăn′ĭks). 1. A building added on to or situated near a main one 2. An addition that is made to a record or other document. [ME *annexen* < OFr. *annexer* < Lat *annectere, annex-*, to connect : *ad*-, ad- + *nectere*, to bind; see ned-*.] — **an′nex·a′tion** (ăn′ĭk-sā′shən) *n.* — **an′nex·a′tion·al** *adj.* — **an′nex·a′tion·ism** *n* — **an′nex·a′tion·ist** *n.*

an·nexe (ăn′ĭks) *n* Chiefly British Var. of annex.

Anne Oak·ley (ōk′lē) *n* A free ticket or pass. [After Annie OAKLEY (from the association of the punched ticket with one of her bullet-riddled targets) ]

an·ni·hi·late (ə-nī′ə-lāt′) *v* -lat·ed. -lat·ing. -lates. — *tr.* 1 a. To destroy completely. b. To reduce to nonexistence. c. To defeat decisively; vanquish 2. To nullify or render void; abolish. — *intr* Phys. To participate in annihilation. [LLat. *annihilāre, annihilāt-*: Lat *ad*-, ad- + Lat *nihil*, nothing; see ne*] — **an·ni′hi·la·bil′i·ty** (-lə-bĭl′ĭ-tē) *n.* — **an·ni′hi·la·ble** (-lə-bəl) *adj* — **an·ni′hi·la′tive** (-lā′tĭv, -lə-) *adj* — **an′ni′hi·la′tor** *n.*

an·ni·hi·la·tion (ə-nī′ə-lā′shən) *n.* 1 a. The act or process of annihilating. b. Utter destruction 2. *Phys* The phenomenon in which a particle and an antiparticle meet and are converted to energy approx equivalent to the sum of their masses

An·nis·ton (ăn′ĭ-stən). A city of NE AL ENE of Birmingham; founded 1872 Pop. 26,623.

**cap·er·cail·lie** (kăp′ər-kāl′yē, -kā′lē) also **cap·er·cail·zie** (-kāl′zē) n A large grouse (*Tetrao urogallus*) native to northern Europe with dark plumage and a fanlike tail. [Sc Gael. *capull coille* : *capull*, horse (ult. < Lat. *caballus*, of Celt orig) + *coille*, forest (< OIr. *caill*).]

**Ca·per·na·um** (kə-pûr′nē-əm). A city of ancient Palestine on the NW shore of the Sea of Galilee

**cape-skin** (kāp′skĭn′) n. Soft leather made from sheepskin, used esp for gloves. [After Cape of Goon Hope.]

**Ca·pet** (kā′pĭt, kăp′ĭt, kä-pā′), A dynasty of French kings (987–1328), including **Hugh Capet** (940?–996), who was elected king in 987. —**Ca·pe′tian** (kə-pē′shən) adj & n

**Cape Town** or **Cape·town** (kāp′toun′) The legislative cap of South Africa, in the extreme SW part on the Atlantic Ocean; Pop 859,940

**Cape Verde** (vûrd) An island country of the Atlantic Ocean W of Senegal; gained independence from Portugal in 1975 Cap. Praia. Pop. 296,093

**Cape York Peninsula** (yôrk) A peninsula of NE Australia between the Gulf of Carpentaria and the Coral Sea

**cap·ful** (kăp′fool′) n , pl -fuls The amount a cap can hold.

**Cap Hai·tien** (kăp′ hā′shən) or **Cap-Ha·ï·tien** (kä-pä-ē-syăn′). A city of N Haiti on the Atlantic Ocean; founded c 1670. Pop. 64,406.

**ca·pi·as** (kā′pē-əs) n Law. A warrant for arrest. [ME < Med Lat < Lat, second pers. sing. pr subjunctive of *capere*, to seize (from the first word of the writ). See kap-*]

**cap·il·lar·i·ty** (kăp′ə-lăr′ĭ-tē) n , pl -ties The interaction between contiguous surfaces of a liquid and a solid that distorts the liquid surface from a planar shape

**cap·il·lar·y** (kăp′ə-lĕr′ē) adj 1. Relating to or resembling a hair; fine and slender 2. Having a very small internal diameter. 3. Anat Of or relating to the capillaries 4. Phys Of or relating to capillarity — n , pl -ies 1 Anat One of the minute blood vessels that connect arterioles and venules. 2 A capillary tube. [< Lat. *capillaris* < *capillus*, hair.]

**capillary action** n See capillarity

**capillary attraction** n The force that results from greater adhesion of a liquid to a solid surface than internal cohesion of the liquid itself and causes the liquid to be raised against a vertical surface.

**cap·i·tal¹** (kăp′ĭ-tl) n 1 a. A town or city that is the official seat of government in a political entity, such as a state or nation b. A city that is the center of a specific activity or industry 2.a. Wealth in the form of money or property, used or accumulated in a business by a person, partnership, or corporation. b. Material wealth used or available for use in the production of more wealth c. Human resources considered in terms of their contributions to an economy. 3. Accounting The remaining assets of a business after all liabilities have been deducted; net worth 4. Capital stock 5 Capitalists considered as a group or class. 6. An asset or advantage 7. A capital letter. — adj 1. First and foremost; principal 2. First-rate; excellent: a capital idea 3. Relating to or being a seat of government 4. Extremely serious 5. Involving death or calling for the death penalty. 6. Of, relating to, or being financial assets, esp. those that add to the net worth of a business. 7. Relating to or being a capital letter [< ME, principal < OFr. < Lat. *capitalis* < *caput*, head, money laid out. See kaput-*]



Cape Verde

*Usage Note:* The term for a town or city that serves as a seat of government is spelled *capital* The term for the building in which a legislative assembly meets is spelled *capitol*

**cap·i·tal²** (kăp′ĭ-tl) n Archit The top part of a pillar or column. [ME < AN < LLat. *capitellum*, dim. of Lat. *caput*, head. See kaput-*.]

**capital account** n 1. An account stating the amount of funds and assets invested in a business by the owners or stockholders 2. A statement of the net worth of a business at a given time

**capital asset** n. A long-term asset, such as land or a building.

**capital expenditure** n Funds spent for the acquisition of a long-term asset.

**capital gain** n The amount by which proceeds from the sale of a capital asset exceed the original cost.

**capital goods** pl.n. Producer goods

**cap·i·tal·in·ten·sive** (kăp′ĭ-tl-ĭn-tĕn′sĭv) adj. Requiring a large expenditure of capital in comparison to labor

**cap·i·tal·ism** (kăp′ĭ-tl-ĭz′əm) n An economic system in which the means of production and distribution are privately or corporately owned and development is proportionate to the accumulation and reinvestment of profits gained in a free market

**cap·i·tal·ist** (kăp′ĭ-tl-ĭst) n 1. A supporter of capitalism. 2. An investor or capitalist in business, esp one having a major financial interest in an important enterprise. 3. A person of great wealth. — adj. Capitalistic.

**cap·i·tal·is·tic** (kăp′ĭ-tl-ĭs′tĭk) adj 1. Of or relating to capitalism or capitalists 2. Favoring or practicing capitalism: a capitalistic country — **cap·i·tal·is′ti·cal·ly** adv.

**cap·i·tal·i·za·tion** (kăp′ĭ-tl-ĭ-zā′shən) n 1.a. The practice or act of capitalizing b. The sum that results from capital-



Capricorn

izing 2.a. The amounts and types of long-term financing used by a firm b. The total par value or stated value of no-par capital stock issues 3. The use of capital letters.

**cap·i·tal·ize** (kăp′ĭ-tl-īz′) v. -ized, -iz·ing, -iz·es — tr 1. To use as or convert into capital. 2. To supply with capital or investment funds 3. To authorize the issue of a certain amount of capital stock of 4. To convert (debt) into capital stock or shares. 5. To calculate the current value of (a future stream of earnings or cash flows) 6. To include (expenditures) in business accounts as assets instead of expenses. 7.a. To write or print in capital letters b. To begin a word with a capital letter — intr. To turn something to one's advantage; benefit. — **cap′i·tal·iz′a·ble** adj

**capital letter** n A letter written or printed in a size larger than and often in a form differing from its lowercase form

**cap·i·tal·ly** (kăp′ĭ-tl-ē) adv. Excellently; admirably

**capital stock** n 1 The total amount of stock authorized for issue by a corporation 2. The total stated or par value of the permanently invested capital of a corporation

**cap·i·tate** (kăp′ĭ-tāt′) adj. 1. Anat. Enlarged and globular at the tip. 2. Bot. Forming a headlike mass or dense cluster [Lat. *capitātus*, having a head < *caput*, *capit-*, head See kaput-*]

**cap·i·ta·tion** (kăp′ĭ-tā′shən) n 1 A poll tax. 2. A payment or fee of a fixed amount per person [LLat *capitātiō*, *capitātiōn-* < Lat *caput*, *capit-*, head See kaput-*] — **cap′i·ta′tive** adj.

**cap·i·tel·lum** (kăp′ĭ-tĕl′əm) n , pl -tel·la (-tĕl′ə) Anat The rounded protuberance at the lower end of the humerus that articulates with the radius [LLat., dim. of Lat *caput*, *capit-*, head. See kaput-*]

**cap·i·tol** (kăp′ĭ-tl) n 1. A building or complex of buildings in which a state legislature meets. 2. Capitol. The building in Washington DC where the US Congress meets See Usage Note at capital¹. [ME *Capitol*, Jupiter's temple in Rome < OFr. *capitole* < Lat. *Capitōlium*, after *Capitōlīnus*, Capitoline; perh. akin to *caput*, head. See kaput-*.]

**Capitol Hill** n. Informal The US. Congress

**Cap·i·to·line** (kăp′ĭ-tə-līn′) The highest of the seven hills of ancient Rome. — **Cap′i·to·line′** adj.

**Capitol Peak.** A mountain, 4,309.7 m (14,130 ft), in the Rocky Mts. of W-central CO.

**ca·pit·u·lar** (kə-pĭch′ə-lər) adj. Of or relating to a chapter, esp an ecclesiastical chapter [Med.Lat *capitulāris* < *capitulum*, chapter See chapter1.] — **ca·pit′u·lar·ly** adv.

**ca·pit·u·lar·y** (kə-pĭch′ə-lĕr′ē) n , pl. -ies. 1. A member of an ecclesiastical or a civil ordinance. b. A set of such ordinances [Med.Lat *capitulārius* < *capitulum*, chapter See chapter1.]

**ca·pit·u·late** (kə-pĭch′ə-lāt′) intr v -lat·ed. -lat·ing, -lates. 1. To surrender under specified conditions; come to terms. 2. To give up all resistance; acquiesce. [Med.Lat. *capitulāre*, *capitulāt-*, to draw up in chapters < *capitulum*, chapter. See chapter1.] — **ca·pit′u·lant**, **ca·pit′u·la′tor** n — **ca·pit′u·la·to′ry** (-lə-tôr′ē, -tōr′ē) adj.

**ca·pit·u·la·tion** (kə-pĭch′ə-lā′shən) n 1. The act of surrendering 2. A document with the terms of surrender 3. An enumeration of the main parts of a subject; a summary.

**ca·pit·u·lum** (kə-pĭch′ə-ləm) n , pl -la (-lə) 1. Bot See flower head 1 2. Biol A small knob or head-shaped part [Lat, dim. of *caput*, *caput-*, head. See kaput-*]

**cap·let** (kăp′lĭt) n A smooth, coated, oval-shaped medicine tablet intended to be tamper-resistant. [cap(sule) + (tab)let]

**cap·lin** (kăp′lĭn) n Var. of capelin

**ca·po¹** (kā′pō) n , pl -pos. Mus A small movable bar that is placed across the fingerboard of a guitar or similar instrument to raise the pitch of all the strings uniformly. [Ital *capo* (di tastera), head (of the fingerboard) < Lat *caput* See kaput-*]

**ca·po²** (kā′pō, käp′ō) n , pl. -pos. The head of an organized crime syndicate branch. [Ital. < Lat. *caput*, head. See capo1]

**ca·pon** (kā′pŏn′, -pən) n. A male chicken castrated when young to improve its flesh for food [ME *capoun* < OE *capūn* and < OFr. *capon*, both < Lat. *capō*, *capōn-*.]

**ca·po·na·ta** (kä′pə-nä′tə) n A seasoned mixture of eggplant and other vegetables. [Ital., of Sicilian dial. orig.]

**Ca·pone** (kə-pōn′), **Alphonse** ("Al"). 1899–1947. Italian-born Amer. gangster who infamously ruled the Chicago underworld

**cap·o·ral** (kăp′ə-răl, kăp′ə-räl′) n A strong dark tobacco [Fr., short for (tabac de) caporal, corporal('s tobacco) < Ital *caporale* < *capo*, head. See caro1]

**ca·pote** (kə-pōt′) n. A long, usu. hooded cloak or coat [Fr. < OFr. *capote*, *capette*, dim of *cape*, cloak < Med Lat *cāpa* See cape1.]

**Ca·po·te** (kə-pō′tē), **Truman** 1924–84. Amer writer whose works include *In Cold Blood* (1966).

**Cap·pa·do·cia** (kăp′ə-dō′shə, -shē-ə). An ancient region of Asia Minor in present-day E-central Turkey; center of a Hittite state and a Persian satrapy — **Cap′pa·do′cian** adj & n

**cap·per** (kăp′ər) n 1. One that caps or makes caps 2. Informal. Something that surpasses or completes; a finishing touch or finale. 3. Slang. One who acts as a decoy

**cap·puc·ci·no** (kăp′ə-chē′nō, kä′pə-) n , pl -nos. Espresso

846

**medical**

**medulla**



Lorenzo de Medici
c. 1485 terra-cotta bust by
Andrea del Verrocchio



medlar
*Mespilus germanica*



megakaryocyte
Bone marrow smear
from a guinea pig
(magnified 1,000 times)



megaphone

**med·i·cal** (mĕd′ĭ-kəl) *adj* **1.** Of or relating to the study or practice of medicine. **2.** Requiring treatment by medicine [Med Lat. *medicālis* < Lat *medicus*, physician < *medērī*, to heal See **med-***.]

**medical examiner** *n* **1.** A physician authorized by a governmental to ascertain causes of deaths, esp those not occurring under natural circumstances. **2.** A physician who examines employees of a firm or applicants for life insurance

**medical jurisprudence** *n* See forensic medicine.

**medical law** *n*. The branch of law that deals with the application of medical knowledge to legal problems

**me·dic·a·ment** (mĭ-dĭk′ə-mənt, mĕd′ĭ-kə-) *n* An agent that promotes recovery from injury or ailment; a medicine [Lat *medicāmentos* < *medicāre*, to cure See MEDICATE.]

**med·i·care** also **med·i·care** (mĕd′ĭ-kâr′) *n* A program under the U.S. Social Security Administration that reimburses hospitals and physicians for medical care provided to qualifying people over 65 years old [MEDI(CAL) + CARE.]

**med·i·cate** (mĕd′ĭ-kāt′) *tr.v* **1.** To treat with medicine. **2.** To tincture or permeate with a medicinal substance [Lat *medicāre*, *medicāt-* < *medicus*, doctor < *medērī*, to heal. See **med-***.] — **med′i·ca′tive** *adj*

**med·i·ca·tion** (mĕd′ĭ-kā′shən) *n* **1.** A medicine; a medicament. **2.** The act or process of treating with medicine. **3.** Administration of medicine.

**Med·i·ci** (mĕd′ĭ-chē′, mā′-dē-chē). Italian noble family, including Cosimo "the Elder" (1389–1464), the first of the family to rule Florence, and Lorenzo "the Magnificent" (1449–92), an outstanding patron of learning and the arts — **Med′i·ce′an** (chē′ən, -sē′-) *adj*

**me·dic·i·nal** (mĭ-dĭs′ə-nəl) *adj* **1.** Of, relating to, or having the properties of medicine. **2.** Having an unappealing bitter flavor — **me·dic′i·nal·ly** *adv*

**med·i·cine** (mĕd′ĭ-sĭn) *n* **1.a.** The science of diagnosing, treating, or preventing disease and injury to the body or mind. **b.** The branch of this science encompassing treatment by drugs, diet, exercise, and other nonsurgical means. **2.** The practice of medicine. **3.** An agent, such as a drug, used to treat disease or injury. **4.** Something that is unpleasant but necessary or unavoidable. **5.a.** Shamanistic practices or beliefs, esp among Native Americans. **b.** Something, such as a rite, believed to control natural or supernatural powers [ME < OFr. < Lat. *medicīna* < fem of *medicīnus*, of a doctor < *medicus*, physician. See MEDICAL.]

**medicine ball** *n Sports* A large heavy stuffed ball used in conditioning exercises

**Med·i·cine Bow Mountains** (mĕd′ĭ-sĭn bō′). A range of the E Rocky Mts. in SE WY and N CO rising to 3,664 m (12,013 ft) at **Medicine Bow Peak** in S-central WY.

**medicine bundle** *n*. A parcel containing items of religious significance, used by certain Native American peoples

**medicine dance** *n* A ritual dance performed by some Native American peoples for supernatural assistance, as in healing.

**Medicine Hat** (hăt). A city of SE Alberta, Canada. SE of Calgary; founded 1883. Pop. 40,380

**medicine lodge** *n* A building or structure used by some Native American peoples for ceremonies

**medicine man** *n*. **1.** A shaman, esp a Native American one. **2.** A hawker of tonics and poisons in a medicine show

**medicine show** *n* A traveling show, popular esp. in the 19th century, that offered varied entertainment, between the acts of which medicines were peddled

**med·ick** (mĕd′ĭk) *n*. Var of medic[†]

**med·i·co** (mĕd′ĭ-kō′) *n.*, *pl* **-cos** *Informal* **1.** A physician. **2.** A medical student [Ital *medico* or Sp *médico*, both < Lat. *medicus*. See MEDICAL.]

**med·i·co·le·gal** (mĕd′ĭ-kō-lē′gəl) *adj* Of, relating to, or concerned with medicine and law

**me·di·e·val** also **me·di·ae·val** (mē′dē-ē′vəl, mĕd′ē-) *adj*. **1.** Relating or belonging to the Middle Ages. **2** *Informal* Old-fashioned; unenlightened [< NLat *medium aevum*, the middle age : Lat., neut. of *medius*, middle; see **medhyo-*** + Lat. *aevum*, age; see **aiw-*.**] — **me′di·e′val·ly** *adv*

**Me·di·e·val Greek** (mē′dē-ē′vəl, mĕd′ē-) *n.* The Greek language as used from about 800 to about 1500

**me·di·e·val·ism** also **me·di·ae·val·ism** (mē′dē-ē′və-lĭz′əm, mĕd′ē-) *n* **1.** The spirit or the body of beliefs or practices of the Middle Ages. **2.** Devotion to or acceptance of the ideas of the Middle Ages. **3.** Scholarly study of the Middle Ages.

**me·di·e·val·ist** also **me·di·ae·val·ist** (mē′dē-ē′və-lĭst, mĕd′ē-) *n* **1.** A specialist in the study of the Middle Ages. **2.** A connoisseur of medieval culture

**Medieval Latin** *n* The Latin language as used from about 700 to about 1500.

**me·di·na** (mĭ-dē′nə) *n* The old section of an Arab city in North Africa [Ar. *madīna*, city.]

**Me·di·na** (mĭ-dē′nə). A city of W Saudi Arabia N of Mecca; a pilgrimage site for Muslims. Pop. 290,000

**me·di·o·cre** (mē′dē-ō′kər) *adj*. Moderate to inferior in quality; ordinary See Syns at **average**. [Fr. *médiocre* < Lat *mediocris* : *medius*, middle; see **medhyo-*** + *ocris*, a rugged mountain; see **ak-*.**]

**me·di·oc·ri·ty** (mē′dē-ŏk′rĭ-tē) *n., pl* **-ties. 1.** The state or quality of being mediocre. **2.** Mediocre ability, achievement, or performance. **3.** One that displays mediocre qualities — **me′di·oc′ri·tize′** (-tīz′) *r* — **me·di·oc′ri·ti·za′tion** *n*

**Medit.** *abbr* Mediterranean

**med·i·tate** (mĕd′ĭ-tāt′) *v* **-tat·ed -tat·ing -tates** — **intr 1.** To reflect on; contemplate. **2.** To plan in the mind; intend — *intr* **1** To consider or reflect at length. **2** To engage in contemplation, esp of a spiritual nature [Lat. *meditāt-*, *meditāri-* See **med-*.**] — **med′i·ta′tor** *n*

**med·i·ta·tion** (mĕd′ĭ-tā′shən) *n* **1** *a* The act or process of meditating. **b** A devotional exercise of or leading to contemplation. **2** A contemplative discourse, usu. on a religious or philosophical subject. — **med′i·ta′tion·al** *adj*.

**med·i·ta·tive** (mĕd′ĭ-tā′tĭv) *adj* Characterized by or prone to meditation. See Syns at **pensive** — **med′i·ta′tive·ly** *adv* — **med′i·ta′tive·ness** *n*

**med·i·ter·ra·ne·an** (mĕd′ĭ-tə-rā′nē-ən, -rān′yən) *adj* Surrounded nearly or completely by dry land Used of large bodies of water. [Lat *mediterrāneus*, inland : *medius*, middle; see **medhyo-*** + *terra*, land; see **ters-*.**]

**Med·i·ter·ra·ne·an** (mĕd′ĭ-tə-rā′nē-ən). The region surrounding the Mediterranean Sea; dominated in ancient times by Phoenicia, Carthage, Greece, Sicily, and Rome — **Med′i·ter·ra′ne·an** *adj. & n*

**Mediterranean fever** *n.* See brucellosis **1**

**Mediterranean flour moth** *n* A small gray moth (*Anagasta kuehniella*), whose larvae destroy stored grain products

**Mediterranean fruit fly** *n* A black and white two-winged fly (*Ceratitis capitata*), whose larvae destroy fruit crops

**Mediterranean Sea.** An inland sea surrounded by Europe, Asia, Asia Minor, the Near East, and Africa and connecting with the Atlantic through the Strait of Gibraltar; with the Black Sea through the Dardanelles, the Sea of Marmara, and the Bosporus; and with the Red Sea through the Suez Canal.

**me·di·um** (mē′dē-əm) *n., pl* **-di·a** (-dē-ə) or **-di·ums 1.** Something, such as an intermediate course of action, that occupies a position or represents a condition midway between extremes. **2.** An intervening substance through which something else is transmitted or carried on. **3.** An agency by which something is accomplished, conveyed, or transferred. **4.** *pl* media. *Usage Problem* a A means of mass communication such as newspapers or television b media. (used with a sing or pl. *v*) The group of journalists and others in the communications industry **5.** *pl* **mediums** A person thought to have the power to communicate with the spirits of the dead or with agents of another world or dimension **6** *pl* media a A surrounding environment in which something functions and thrives. b The substance in which a specific organism lives and thrives. c A culture medium **7.a** A specific kind of artistic technique or means of expression as determined by the materials used or the creative methods involved. b The materials used in a specific artistic technique. **8.** A solvent for thinning paint. **9** *Chem.* A filtering substance, such as filter paper. **10.** A size of paper, usu 18 × 23 inches or 17½ × 22 inches — *adj* Occurring or being between two degrees, amounts, or quantities; intermediate See Syns at **average**. [Lat. < neut. of *medius*, middle See **medhyo-*.**]

*Usage Note:* The etymologically plural form *media* is often used as a singular to refer to a particular means of communication, as in *This is the most exciting new media since television* This usage is widely regarded as incorrect; *medium* is preferred A stronger case can be made in defense of the use of *media* as a collective term, as in *The media has not shown much interest in covering the issue.* As with the analogous words *data* and *agenda*, the originally plural form has begun to acquire a sense that departs from that of the singular: used as a collective term, *media* denotes an industry or community Despite its utility, many people still regard this singular use as a grammatical error

**medium frequency** *n*. A radio frequency or radio-frequency band in the range 300 to 3,000 kilohertz.

**medium of exchange** *n*, *pl* **media of exchange** or **mediums of exchange.** Something, such as a precious metal, commonly used in a specific area or among a certain group as money

**med·lar** (mĕd′lər) *n.* **1.** A deciduous European tree (*Mespilus germanica*) having white flowers and edible apple-shaped fruit. **2.** Its fruit. [ME *medler* < OFr < *nesle*, *medle*, fruit of the medlar < LLat. *mespila* < Gk *mespilē*.]

**Med. Lat.** *abbr* Medieval Latin

**med·ley** (mĕd′lē) *n.*, *pl* **-leys. 1** An often jumbled assortment; a mixture. **2.** Mus An arrangement made from a series of melodies, often from various sources [ME *medlee* < AN *medlee*, meddling < p.part of *medler*, to meddle See MEDDLE.]

**Mé·doc**[1] (mā-dŏk′, -dôk′) A region of SW France N of Bordeaux between the Bay of Biscay and the Gironde R. estuary

**Mé·doc**[2] (mā-dŏk′, -dôk′) *n* A red Bordeaux wine

**me·dul·la** (mĭ-dŭl′ə) *n.*, *pl* **-dul·las** or **-dul·lae** (-dŭl′ē) **1.** The inner core of certain organs or body structures, such as the marrow of bone. **2.** The medulla oblongata. **3.** See **myelin. 4.** *Bot* a. The pith in the stems or roots of certain plants b. The central portion of a thallus in certain lichens

ceitful; sincere  **9.** Humble or lowly in condition or rank. **10** Ordinary or common **11 a.** Being a fundamental or rudimentary element; basic. **b.** Not important or significant; trivial. **12.** *Bmt* Having no divisions or branches; not compound **13** *Mus* Being without figuration or elaboration: *a simple tune.* — *n.* **1.** A single component of a complex, esp one that is unanalyzable **2.** A fool; a simpleton **3** A person of humble birth or condition. **4.** A medicinal plant or the medicine obtained from it. [ME < OFr < Lat. *simplus*; see **sem-¹\*.** and < *simplex*; see SIMPLEX ] — **sim′ple·ness** *n*

**simple closed curve** *n. Math* A curve, such as a circle, that is closed and does not intersect itself

**simple equation** *n Math* A linear equation

**simple fraction** *n Math* A fraction in which both the numerator and the denominator are whole numbers.

**simple fracture** *n* A bone fracture that causes little or no damage to the surrounding soft tissues

**simple interest** *n* Interest paid only on the original principal.

**simple machine** *n* A simple device, such as a lever, a pulley, or an inclined plane; a machine

**sim·ple-mind·ed** or **sim·ple-mind·ed** (sĭm′pəl-mīn′dĭd) *adj.* **1.** Lacking in subtlety or sophistication; naïve **2.** Stupid or silly; foolish. **3** Mentally impaired — **sim′ple-mind′ed·ly** *adv.* — **sim′ple-mind′ed·ness** *n*

**simple protein** *n.* A protein, such as a globulin or histone, that yields only amino acids upon hydrolysis

**simple sentence** *n* A sentence having no coordinate or subordinate clauses, as *The cat purred*

**Sim·ple Si·mon** (sĭm′pəl sī′mən) *n* A foolish fellow; a simpleton. [After *Simple Simon*, a character in a nursery rhyme ]

**simple sugar** *n.* See monosaccharide

**sim·ple·ton** (sĭm′pəl-tən) *n* A person who is felt to be deficient in judgment, good sense, or intelligence; a fool. [SIMPLE + *-ton*, as in surnames such as *Chesterton* ]

**sim·plex** (sĭm′plĕks′) *adj.* **1.** Consisting of or marked by only one part or element **2.** Of or relating to a telecommunications system in which only one message can be sent in either direction at one time — *n., pl* **-plex·es** or **-pli·ces** (-plĭ-sēz′). **1.** *Math* A Euclidean geometric spatial element having the minimum number of boundary points, such as a line segment in one-dimensional space **2.** *Ling* A word that has no affixes and is not part of a compound; a simple word [Lat., simple See sem-¹\*.]

**sim·plic·i·ty** (sĭm-plĭs′ĭ-tē) *n., pl* **-ties** **1.** The property, condition, or quality of being simple or uncombined. **2.** Absence of luxury or showiness; plainness **3.** Absence of affectation or pretense. **4 a.** Lack of sophistication or subtlety; naïveté **b.** Lack of good sense or intelligence; foolishness. **5 a.** Clarity of expression. **b.** Austerity in embellishment [ME *simplicite* < OFr. < Lat. *simplicitās* < *simplex*, simple. See sem-¹\*.]

**sim·pli·fy** (sĭm′plə-fī′) *tr.v.* **-fied**, **-fy·ing**, **-fies**. To make simple or simpler, as: **a.** To reduce in complexity or extent **b.** To reduce to fundamental parts. **c.** To make easier to understand [Fr *simplifier* < OFr. < Med.Lat *simplificāre* < Lat *simplus*, simple; see SIMPLE + Lat *-ficāre*, -fy ] — **sim′pli·fi·ca′tion** (-fĭ-kā′shən) *n.* — **sim′pli·fi′er** *n.*

**sim·plism** (sĭm′plĭz′əm) *n* The tendency to oversimplify an issue or a problem by ignoring complexities or complications — **sim′plis·tic** (sĭm-plĭs′tĭk) *adj* — **sim′plis′ti·cal·ly** *adv*

**Sim·plon Pass** (sĭm′plŏn′, săN-plôN′) A pass, 2,010 m (6,590 ft). between the Lepontine and Pennine Alps in S Switzerland

**sim·ply** (sĭm′plē) *adv.* **1 a.** In a plain and unadorned way: *dresses simply.* **b.** In an unambiguous way; clearly **2.** Not wisely or sensibly; foolishly **3.** Merely; only: *simply a matter of time* **4.** Absolutely; altogether: *simply delicious* **5.** Frankly; candidly: *You are, quite simply, the best one for the job*

**Simp·son** (sĭmp′sən), O(renthal) J(ames). b 1947 Amer football player; first to rush 2,000 yards in a season.

**Simpson Desert.** A barren uninhabited desert region of central Australia

**Sims·bur·y** (sĭmz′bĕr′ē, -bə-rē). A town in N CT NW of Hartford; incorp. 1670. Pop 22,023

**sim·u·la·crum** (sĭm′yə-lā′krəm, -lăk′rəm) *n., pl* **-la·cra** (-lā′krə, -lăk′rə). **1.** An image or a representation **2.** An unreal or vague semblance [Lat *simulacrum* (*simulāre*, to simulate; see SIMULATE) + *-crum*, n suff.]

**sim·u·lar** (sĭm′yə-lər, -lăr′) *Archaic* — *n* One that simulates; a pretender —*adj* Simulated; sham [< Lat *simulāre* to simulate. See SIMULATE.]

**sim·u·late** (sĭm′yə-lāt′) *tr.v* **-lat·ed**, **-lat·ing**, **-lates** **1 a.** To have or take on the appearance, form, or sound of; imitate **b.** To make in imitation of or as a substitute for See Syns at APPEAR **2.** To make a pretense of; feign: *simulated interest* **3.** To create a representation or model of (a physical system, for example). [Lat. *simulāre*, *simulāt*- < *similis*, like See SIMILAR] — **sim′u·la′tive** *adj*.

**sim·u·lat·ed** (sĭm′yə-lā′tĭd) *adj*. Made in resemblance of or as a substitute for another See Syns at ARTIFICIAL.

**sim·u·la·tion** (sĭm′yə-lā′shən) *n* **1.** The act or process of simulating. **2.** An imitation; a sham **3.** Assumption of a false appearance. **4.a.** Imitation or representation, as of a potential situation. **b.** Representation of the operation or features of one process or system through the use of another

**sim·u·la·tor** (sĭm′yə-lā′tər) *n.* One that simulates, esp an apparatus that generates test conditions approximating actual or operational conditions

**si·mul·cast** (sī′məl-kăst′, sĭm′əl-) *v.* **-cast·ed**, **-cast·ing**, **-casts**. —*intr* To broadcast simultaneously by FM and AM radio or by radio and television —*tr* To broadcast (a program) by simulcasting. — *n* A broadcast so transmitted

**si·mul·ta·ne·ous** (sī′məl-tā′nē-əs, sĭm′əl-) *adj.* **1.** Happening, existing, or done at the same time. **2.** *Math.* Containing variables for which there are values that can satisfy all the equations: *simultaneous equations* [Lat *simul*, at the same time; see sem-¹\* + E -*taneous*, as in INSTANTANEOUS] — **si′mul·ta′ne·ous·ly** *adv.* — **si′mul·ta′ne·ous·ness. si′mul·ta·ne′i·ty** (-tə-nē′ĭ-tē, -nā′-) *n*

**sin¹** (sĭn) *n.* **1.** A transgression of a religious or moral law, esp when deliberate. **2.** *Theol* **a.** Deliberate disobedience to the known will of God **b.** A condition of estrangement from God resulting from such disobedience **3** Something regarded as shameful, deplorable, or utterly wrong — *intr v* **sinned. sin·ning. sins** **1.** To violate a religious or moral law. **2.** To commit an offense or a violation [ME *sinne* < OE *synn* See es-\* ]

**sin²** (sēn, sĭn) *n* The 21st letter of the Hebrew alphabet. [Heb ]

**sin³** *abbr.* Math. Sine.

**Si·nai** (sī′nī′), Mount A mountain, c. 2,288 m (7,500 ft), of the S-central Sinai Peninsula; thought to be the biblical peak on which Moses received the Ten Commandments.

**Sinai Peninsula.** A peninsula linking SW Asia with NE Africa at the N end of the Red Sea between the Gulf of Suez and the Gulf of Aqaba; occupied by Israel in 1956 and from 1967 to 1982, when it was returned to Egyptian control.

**sin·an·thro·pus** (sĭ-năn′thrə-pəs, sĭ-, sĭ′năn-thrō′pəs, sĭn′-ăn-) *n*. See Peking man [NLat. *Sinanthropus*, former genus name : Sino- + Gk. *anthrōpos*, human being.]

**sin·a·pism** (sĭn′ə-pĭz′əm) *n.* See mustard plaster. [Fr *sinapisme* < LLat *sināpismus* < Gk *sinapismos*, use of a mustard plaster < *sinapizein*, to apply a mustard plaster < *sinapi*, mustard.]

**Si·na·tra** (sə-nä′trə), Francis Albert ("Frank"). b. 1915 Amer singer and actor known for his mellifluous voice.

**since** (sĭns) *adv.* **1.** From then until now or between then and now: *They left and haven't been here since.* **2.** Before now; ago: *long since forgotten* **3.** After some point in the past; at a subsequent time: *My friend has since moved* — *prep* **1.** Continuously from: *friends since childhood* **2.** Intermittently from: *She's been skiing since childhood* — *conj.* **1.** During the period subsequent to the time when: *He hasn't been home since he graduated* **2.** Continuously from the time when: *They've been friends ever since they were in school.* **3.** Inasmuch as; because: *Since you're not interested, I won't tell you* [ME *sinnes*, contraction of *sithenes* : *sithen*, since (< OE *siththan* : *sith*, after + *than*, var of *thæt*, dative of *thæt*, that; see THAT) + -*es*, adv. suff.; see -*s³* ]

**sin·cere** (sĭn-sîr′) *adj.* **-cer·er**, **-cer·est.** **1.** Not feigned or affected; genuine: *sincere rage* **2.** Having no hypocrisy or pretense; true. **3.** *Archaic* Pure; unadulterated [Lat. *sincērus* See KER-²\*.] — **sin·cere′ly** *adv.* — **sin·cere′ness** *n*

**sin·cer·i·ty** (sĭn-sĕr′ĭ-tē) *n* The quality or condition of being sincere; genuineness, honesty, and freedom from duplicity.

**sine·cure** (sī′nĭ-kyoor′, sĭn′ĭ-) *n.* An office or position that requires little or no work but provides a salary **2.** *Archaic* An ecclesiastical benefice not attached to the spiritual duties of a parish [< Med.Lat. (*beneficium*) *sine cūrā*, (benefice) without cure (of souls) : Lat *sine*, without + Lat *cūrā*, ablative of *cūra*, care; see CURE ] — **si′ne·cur·ism** *n* — **si′ne·cur′ist** *n*



O.J Simpson



Sinai Peninsula
Aerial view from Gemini XI
spacecraft. 1966



sine
sine φ = $\frac{x}{Hyp}$

| | |
|---|---|
| ã pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

**Stress marks:**
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)



S
T

App.

membrane of the choroid of certain mammals. **b.** A layer of fibers of the corpus callosum. [Med Lat. *tapētum*, coverlet < Lat. *tapēte*, *tapētum* < Gk. *tapēs*, *tapēt-*. See TAPESTRY.]

**tape·worm** (tāp′wûrm′) *n.* Any of various ribbonlike, often very long flatworms of the class Cestoda, parasitic in the intestines of vertebrates, including human beings.

**ta·phon·o·my** (tə-fŏn′ə-mē) *n.* **1.** The study of the conditions and processes of fossilization. **2.** The conditions and processes of fossilization. [Gk. *taphē*, grave + -NOMY.]

**tap house** *n.* A tavern or bar.

**tap·i·o·ca** (tăp′ē-ō′kə) *n.* A beady starch obtained from the root of the cassava, used for puddings and as a thickening agent in cooking. [Port. < Tupi *typióca* : *ty*, juice + *pyá*, heart + *oca*, to remove.]

**ta·pir** (tā′pər, tə-pîr′) *n.* Any of several large, chiefly nocturnal ungulates of the genus *Tapirus* of tropical areas, having a heavy body, short legs, and a long fleshy flexible upper lip. [Perh. Fr., ult. < Tupi *tapiira*, tapir.]

**tap·is** (tăp′ē, tăp′ĭs, tä-pē′) *n.* *Obsolete* Tapestry or comparable material used for draperies, carpeting, and furniture covering. —*idiom.* **on the tapis.** Under consideration. [ME < OFr. See TAPESTRY.]

**Tap·pan Zee** (tăp′an zē) A section of the Hudson R. in SE N.Y.

**tap·per** (tăp′ər) *n.* One that taps.

**tap·pet** (tăp′ĭt) *n.* A lever or projecting arm that moves or is moved by contact with another part, usu. to communicate a certain motion. [Prob. < TAP[1].]

**tap·ping** (tăp′ĭng) *n.* **1.a.** The act of one that taps. **b.** The process or means by which something is tapped. **2.** Something that is taken or drawn by tapping.

**tap·pit-hen** (tăp′ĭt-hĕn′) *n. Scots* **1.** A crested hen. **2.** A large mug with a knobbed lid. [Sc *tappit*, crested (var. of *topped*, p.part. of TOP[1]) + HEN.]

**tap·room** (tăp′rōōm′, -rŏōm′) *n.* A bar or barroom.

**tap·root** (tăp′rōōt′, -rŏōt′) *n.* The main root of a plant, usu. growing straight downward from the stem.

**taps** (tăps) *pl.n.* (used with a sing or pl v) A bugle call or drum signal sounded at night as an order to put out lights, as at a military camp, and also sounded at military funerals. [Perh. alteration of *taptoo*, tattoo, var. of TATTOO[1].]

**tap·ster** (tăp′stər) *n.* One who draws and serves liquor for customers; a bartender.

**tar[1]** (tär) *n.* **1.** A dark oily viscous material, consisting mainly of hydrocarbons, produced by the destructive distillation of organic substances such as wood, coal, or peat. **2.** Coal tar. **3.** A solid residue of tobacco smoke containing byproducts of combustion. —*tr v.* tarred, tar·ring, tars. To coat with or as if with tar. —*idiom.* tar and feather. **1.** To punish (a person) by covering with tar and feathers. **2.** To criticize severely and devastatingly; excoriate. [ME < OE *teru*. See *deru*-*.]

**tar[2]** (tär) *n. Informal* A sailor. [Poss. short for TARPAULIN.]

**tar·a·did·dle** (tăr′ə-dĭd′l) *n.* Var. of tarradiddle.

**Ta·ra·hu·ma·ra** (tär′ə-hŏō-mär′ə, tär′-) *n., pl* Tarahumara or -ras **1.** A member of a Native American people of north-central Mexico. **2.** Their Uto-Aztecan language.

**tar·an·tel·la** (tăr′ən-tĕl′ə) *n.* **1.** A lively whirling Italian dance. **2.** Its music, in 6/8 time. [Ital., after TARANTO.]

**tar·an·tism** (tăr′ən-tĭz′əm) *n.* A disorder marked by an uncontrollable urge to dance, esp. prevalent in Italy from the 15th to the 17th centuries [NLat. *tarantismus*, after TARANTO.]

**Ta·ran·to** (tär′ən-tō′, tə-rän′tō, tä′rän-tō′) A city of SE Italy ESE of Naples on the Gulf of Taranto, an arm of the Ionian Sea; founded in the 8th cent. B.C. Pop. 242,774.

**ta·ran·tu·la** (tə-răn′chə-lə) *n., pl* -las or -lae (-lē′). **1.** Any of various large, hairy, chiefly tropical spiders of the family Theraphosidae, capable of inflicting a painful but not seriously poisonous bite. **2.** A large wolf spider (*Lycosa tarentula*) of southern Europe, once thought to cause tarantism. [Med Lat. < Oltal. *tarantola*, after TARANTO.]

**Ta·ra·wa** (tə-rä′wə, tär′ə-wä′, tä′rä-). An atoll of Kiribati in the N Gilbert Is. of the W Pacific.

**tar baby** *n.* A situation or problem from which it is virtually impossible to disentangle oneself. [After "Bre'r Rabbit and the Tar Baby," an Uncle Remus story by Joel Chandler Harris.]

**Tar·bell** (tär′bəl), Ida Minerva 1857–1944. Amer. writer and editor noted for her muckraking investigations of industry.

**tar·boosh** also tar·bush (tär-bōōsh′) *n.* A brimless, usu. red felt cap with a silk tassel, worn by some Muslim men either by itself or as the base of a turban. [Ar. (Egypt.) *tarbūs* < Turk. *terposh*, prob. < Pers *sarposh*, headdress : *sar*, head + *pūsh*, covering.]

**tar camphor** *n.* See naphthalene.

**tar·di·grade** (tär′dĭ-grād′) *n.* Any of various slow-moving microscopic invertebrates of the phylum Tardigrada related to the arthropods and living in water or damp moss. —*adj* **1.** Of or belonging to the Tardigrada. **2.** Slow in action; slow-moving. [Lat. *tardigradus*, slow-moving : *tardus*, slow + *gradus*, walking, moving (< *gradī*, to go; see TRANSGRESS.]

**tar·dive** (tär′dĭv) *adj.* Having symptoms that develop slowly or appear long after inception. Used of a disease. [Fr., fem. of *tardif* < OFr., slow. See TARDY.]

**tardive dyskinesia** *n.* A chronic disorder of the nervous system characterized by involuntary jerky movements, usu. caused by prolonged treatment with antipsychotic drugs.

**tar·dy** (tär′dē) *adj.* -di·er, -di·est. **1.** Occurring, arriving, acting, or done after the scheduled, expected, or usual time; late. **2.** Moving slowly; sluggish. [Alteration of ME *tardive*, slow, ult. < Lat. *tardus*.] —*tar′di·ly adv.* —*tar′di·ness n.*

**tare[1]** (târ) *n.* **1.** Any of various weedy plants of the genus *Vicia*, esp. the common vetch. **2.** Any of several weedy plants that grow in grain fields. **3.** tares An unwelcome or objectionable element. [ME.]

**tare[2]** (târ) *n.* **1.** The weight of a container or wrapper deducted from the gross weight to obtain net weight. **2.** A deduction from gross weight to allow for the weight of a container. **3.** *Chem* A counterbalance, esp. an empty vessel counterbalancing the weight of a similar container. —*tr v.* tared, tar·ing, tares. To determine or indicate the tare of. [ME < OFr., ult. < Ar. *tarhah*, that thrown away < *taraha*, to reject.]

**targe** (tärj) *n. Archaic* A light shield or buckler. [ME < OFr. See TARGET.]

**tar·get** (tär′gĭt) *n.* **1.a.** An object that is shot at to test accuracy in rifle or archery practice. **b.** Something aimed or fired at. **2.** An object of criticism or attack. **3.** One to be influenced or changed by an action or event. **4.** A desired goal. **5.** A railroad signal that indicates the position of a switch by its color, position, and shape. **6.** The sliding sight on a surveyor's leveling rod. **7.** A small round shield. **8.a.** A structure in a television camera tube with a storage surface that is scanned by an electron beam to generate a signal output current similar to the charge-density pattern stored on the surface. **b.** A usu. metal part in an x-ray tube on which a beam of electrons is focused and from which x-rays are emitted. —*tr v.* -get·ed, -get·ing, -gets **1.** To make a target of. **2.** To aim at or for. **3.** To establish as a target or goal. —*idiom.* on target. Completely accurate, precise, or valid. [ME, small targe < OFr. *targuete*, var. of *targete*, dim. of *targe*, light shield, of Gmc orig.] —*tar′get·a·ble adj*

**target date** *n.* A date established as a target or goal.

**target language** *n.* **1.** The language into which a text written in another language is to be translated. **2.** A language that a nonnative speaker is in the process of learning.

**Tar·gum** (tär′gŏōm′, -gŏōm′) *n.* Any of several Aramaic translations or paraphrasings of the Old Testament. [Mishnaic Heb. *targūm* < Heb. *tirgēm*, to interpret.]

**Tar Heel** or **Tar·heel** (tär′hēl′) *n.* A native or resident of North Carolina. [Perh. < use of tar heel as a major product.]

**tar·iff** (tär′ĭf) *n.* **1.a.** A list or system of duties imposed by a government on imported or exported goods. **b.** Duties or a duty imposed by a government on imported or exported goods. **2.** A schedule of prices or fees. —*tr v.* -iffed, -iff·ing, -iffs. To fix a duty or price on. [Ital. *tariffa* < Oltal. < Ar. *ta′rif*, notification < *′arafa*, to know.]

**Ta·rim Pen** (tä′rĕm′ hə′) A river of China flowing c. 2,092 km (1,300 mi) E to Lop Nur.

**Tarim Pen·di** (pŏn′dē′). An arid basin of W China S of the Tien Shan and traversed by the Tarim He.

**Tar·king·ton** (tär′kĭng′tən), (Newton) Booth 1869–1946. Amer. writer whose novels include *Alice Adams* (1921).

**tar·la·tan** also tar·le·tan (tär′lə-tən, -lə-tn) *n.* A thin, stiffly starched muslin in open plain weave. [Fr. *tarlatane*, alteration of earlier *tarnatane*.]

**tar·mac** (tär′măk′) *n.* A tarmacadam road or surface, esp. an airport runway. —*v.* -macked. -mack·ing. -macs. —*tr* To cause (an aircraft) to sit on a taxiway. —*intr* To sit on a taxiway. Used of an aircraft. [Originally a trademark.]

**tar·mac·ad·am** (tär′mə-kăd′əm) *n.* A pavement of layers of crushed stone with a tar binder pressed to a smooth surface.

**tarn** (tärn) *n.* A small mountain lake, esp. one formed by glaciers. [ME *tarne*, of Scand. orig.]

**Tarn** (tärn). A river of S France flowing c. 378 km (235 mi) generally W and SW to the Garonne R.

**tar·nal** (tär′nəl) *adj. & adv. Chiefly New England & Upper Southern U.S.* Damned. See Regional Note at tarnation [Alteration of ETERNAL.] —*tar′nal·ly adv.*

**tar·na·tion** (tär-nā′shən) *New England & Southern U.S.* —*n* The act of damning or the condition of being damned —*interj* Used to express anger or annoyance [TARN(AL) + (DAMN)ATION.]

*Regional Note:* The noun and interjection *tarnation* illustrate the addition of a suffix to a word. *Tarnation* and *darnation* are both euphemistic forms of *damnation*. *Tarnation* stems to have been influenced by *tarnal*, another mild oath derived from (e)ternal!

**tar·nish** (tär′nĭsh) *v.* -nished. -nish·ing. -nish·es. —*tr* **1.** To dull the luster of; discolor, esp. by exposure to air or dirt. **2.a.** To detract from or spoil; taint. **b.** To cast aspersions on; sully. —*intr* **1.** To lose luster; become discolored. **2.** To diminish or become tainted. —*n.* **1.** The condition of being tarnished. **2.** Discoloration of a metal surface caused by corrosion or oxidation. **3.** The condition of being sullied or tainted. [ME *ternisshen* < OFr. *ternir*, *terniss-*, to dull < *terne*, dull, of Gmc orig.] —*tar′nish·a·ble adj*



tarantula



targe
16th-century Italian



target



| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ŏŏ boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
′ (primary);
′ (secondary); as in
dictionary (dĭk′shə-nĕr′ē)

TA   13

# EXHIBIT 4



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

TA   14



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary  — 10th ed.
    p    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed)  — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe)  — ISBN 0-87779-707-2 (laminated cover)
  1. English language—Dictionaries  I. Merriam-Webster, Inc.
PE1628 M36    1993
423—dc20                            93-20206
                                        CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

    6RMcN93

TA  15

**46   aniline dye ● anneal**

*nil* the indigo plant, fr Skt *nīlī* indigo. fr. fem. of *nīla* dark blue] (1850) : an oily liquid poisonous amine $C_6H_5NH_2$ obtained esp by the reduction of nitrobenzene and used chiefly in organic synthesis (as of dyes)

**aniline dye** *n* (1864*) : a dye made by the use of aniline or chemically related to such a dye; *broadly* : a synthetic organic dye

**an·i·lin·gus** \ˌā-ni-ˈliŋ-gəs\ *or* **an·i·linc·tus** \-ˈliŋk-təs\ *n* [NL, fr *anus* + *-i-* *-i-* *-lingus, -linctus* (as in *cunnilingus, cunnilinctus*)] (1949) : erotic stimulation achieved by contact between mouth and anus

**an·i·ma** \ˈa-nə-mə\ *n* [NL, fr. L, soul] (1924) : an individual's true inner self that in the analytic psychology of C G. Jung reflects archetypal ideals of conduct; *also* : an inner feminine part of the male personality — compare ANIMUS, PERSONA

**an·i·mad·ver·sion** \ˌa-nə-ˌmad-ˈvər-zhən, -shən\ *n* [L *animadversion-, animadversio,* fr. *animadvertere*] (1599)   1 : a critical and usu censorious remark — often used with *on*   2 : adverse criticism

**an·i·mad·vert** \-ˈvərt\ *vb* [L *animadvertere* to pay attention to, censure, fr. *animum advertere,* lit...to turn the mind to] *vi* (15c) *archaic* : NOTICE OBSERVE   ~ *vi* : to make an animadversion

¹**an·i·mal** \ˈa-nə-məl\ *n* [L, fr. *animale,* neut. of *animalis* animate, fr *anima* soul — more at ANIMATE] (14c)   1 : any of a kingdom (Animalia) of living things including many-celled organisms and often many of the single-celled ones (as protozoans) that typically differ from plants in having cells without cellulose walls, in lacking chlorophyll and the capacity for photosynthesis, in requiring more complex food materials (as proteins), in being organized to a greater degree of complexity, and in having the capacity for spontaneous movement and rapid motor responses to stimulation   2  a : MAMMAL  *broadly* : VERTEBRATE   3 : a human being considered chiefly as physical or nonrational; *also* : this nature   4 : an individual with a particular interest or aptitude (a political ~)   5 : MATTER, THING (the theater   is an entirely different ~ — Arthur Miller); *also* : CREATURE 1c — **an·i·mal-like** \-məl(l)-ˌlīk\ *adj*

²**animal** *adj* (1615)   1 : of, relating to, resembling, or derived from animals   2  a : of or relating to the physical or sentient as contrasted with the intellectual or rational   b : SENSUAL, FLESHLY   3 : of or relating to the animal pole of an egg or to the part from which ectoderm normally develops — compare VEGETAL — **an·i·mal-ly** \-mə-lē\ *adv*

**animal control** *n* (1957) : an office or department responsible for enforcing ordinances relating to the control. impoundment, and disposition of animals

**an·i·mal·cule** \ˌa-nə-ˈmal-(ˌ)kyü(ə)l\ *n* (1898) : a small cookie in the shape of an animal

**an·i·mal·cule** \ˌa-nə-ˈmal-(ˌ)kyü(ə)l\ *also* **an·i·mal·cu·lum** \-ˈmal-kyə-ləm\ *n, pl* **-cules** *also* **-cu·la** \-kyə-lə\ [NL *animalculum.* dim of L *animal*] (1662) : a minute usu. microscopic organism

**animal heat** *n* (1779) : heat produced in the body of a living animal by functional chemical and physical activities

**animal husbandry** *n* (1599)   2 : branch of agriculture concerned with the production and care of domestic animals

**an·i·mal·ier** \ˌa-nə-mə-ˈli(ə)r, *n* [F, fr. *animal* animal. fr. L] (1912) : a sculptor or painter of animal subjects

**an·i·mal·ism** \ˈa-nə-mə-ˌli-zəm\ *n* (1831) : ANIMALITY — **an·i·mal·is·tic** \ˌa-nə-mə-ˈlis-tik\ *adj*

**an·i·mal·i·ty** \ˌa-nə-ˈma-lə-tē\ *n* (1615)   1 : qualities associated with animals:  **a** : VITALITY   **b** : a natural unrestrained unreasoned response to physical drives or stimuli   2 : the animal nature of human beings

**an·i·mal·ize** \ˈa-nə-mə-ˌlīz\ *vt* **-ized; -iz·ing** (1741)   1 : to represent in animal form   2 : to cause to be or act like an animal — **an·i·mal·iza·tion** \ˌa-nə-mə-lə-ˈzā-shən\ *n*

**animal kingdom** *n* (1776) : a basic group of natural objects that includes all living and extinct animals — compare MINERAL KINGDOM PLANT KINGDOM

**animal magnetism** *n* (1784)   1 : a mysterious force claimed by Mesmer to enable him to hypnotize patients   2 : a magnetic charm or appeal; *esp* : SEX APPEAL

**animal model** *n* (1976) : an animal sufficiently like humans in its anatomy, physiology, or response to a pathogen to be used in medical research in order to obtain results that can be extrapolated to human medicine

**animal pole** *n* (1887) : the point on the surface of an egg that is diametrically opposite to the vegetal pole and usu. marks the most active part of the protoplasm or the part containing least yolk

**animal rights** *n pl but sing in constr* (1879) : fair and humane treatment of animals — often used attributively

**animal spirits** *or pl* (1543)   1 *sometimes* **animal spirit** *obs* : the nervous energy that is the source of physical sensation and movement   2 : vivacity arising from physical health and energy

**animal starch** *n* (ca. 1860) : GLYCOGEN

¹**an·i·mate** \ˈa-nə-mət\ *adj* [ME, fr. L *animatus.* prp. of *animare* to give life to, fr. *anima* breath. soul; akin to OE *ōthian* to breathe, L *animus* spirit, Gk *anemos* wind. Skt *aniti* he breathes] (15c)   1 : possessing or characterized by life : ALIVE   2 : full of life : ANIMATED   3 : of or relating to animal life as opposed to plant life   4 : referring to a living thing (an ~ noun) — **an·i·mate·ness** *n*

²**an·i·mate** \-ˌmāt\ *vt* **-mat·ed; -mat·ing** (15c)   1 : to give spirit and support to : ENCOURAGE   2  a : to give life to   **b** : to give vigor and zest to   3 : to move to action   4  a : to make or design in such a way as to create apparently spontaneous lifelike movement   **b** : to produce in the form of an animated cartoon   *syn* see QUICKEN

**an·i·mat·ed** \-ˌmā-təd\ *adj* (1534)   1  a : endowed with life or the qualities of life : ALIVE (viruses that can behave as ~ bodies or inert crystals)   **b** : full of movement and activity   **c** : full of vigor and spirit : LIVELY (an ~ discussion)   2 : having the appearance of something alive   3 : made in the form of an animated cartoon   *syn* see LIVELY — **an·i·mat·ed·ly** *adv*

**animated cartoon** *n* (1915)   1 : a motion picture made from a series of drawings simulating motion by means of slight progressive changes in the drawings   2 : ANIMATION 2a

**an·i·ma·tion** \ˌa-nə-ˈmā-shən\ *n* (1597)   1 : the act of animating : the state of being animate or animated   2  a : a motion picture made by photographing successive positions of inanimate objects (as puppets or mechanical parts)   **b** : ANIMATED CARTOON 1   3 : the preparation of animated cartoons

**an·i·ma·to** \ˌä-nə-ˈmä-(ˌ)tō, ˌa-\ *adv or adj* [It. fr. L *animatus*] (ca  1724) : with animation — used as a direction in music

**an·i·ma·tor** \ˈa-nə-ˌmā-tər\ *n* (1611)   1 : one that animates (the prime ~ of the movement)   2 : an artist who creates drawings for an animated cartoon

**an·i·mism** \ˈa-nə-ˌmi-zəm\ *n* [G *Animismus,* fr. L *anima* soul] (1832)   1 : a doctrine that the vital principle of organic development is immaterial spirit   2 : attribution of conscious life to objects in and phenomena of nature or to inanimate objects   3 : belief in the existence of spirits separable from bodies — **an·i·mist** \-mist\ *n* — **an·i·mis·tic** \ˌa-nə-ˈmis-tik\ *adj*

**an·i·mos·i·ty** \ˌa-nə-ˈmä-sə-tē\ *n, pl* **-ties** [ME *animosite,* fr. MF or LL; MF *animosité,* fr LL *animositat-, animositas,* fr. L *animosus* spirited, fr. *animus*] (1605) : ill will or resentment tending toward active hostility : antagonistic attitude   *syn* see ENMITY

**an·i·mus** \ˈa-nə-məs\ *n* [L, spirit, mind, courage, anger] (1816)   1 : basic attitude or governing spirit : DISPOSITION, INTENTION   2 : a usu prejudiced and often spiteful or malevolent ill will   3 : an inner masculine part of the female personality in the analytic psychology of C G Jung — compare ANIMA   *syn* see ENMITY

**an·i·on** \ˈa-ˌnī-ən\ *n* [Gk. neut. of *aniōn.* prp. of *anienai* to go up, fr *ana-* + *ienai* to go — more at ISSUE] (1834) : the ion in an electrolyzed solution that migrates to the anode; *broadly* : a negatively charged ion

**an·ion·ic** \ˌa-(ˌ)nī-ˈä-nik\ *adj* (ca  1920)   1 : of or relating to anions   2 : characterized by an active and esp surface-active anion

**anis-** *or* **aniso-** *comb form* [NL, fr. Gk. Ir *anisos,* fr *a-* + *isos* equal] : unequal (*anisotropic*)

**an·ise** \ˈa-nəs\ *n* [ME *anis,* fr. MF, fr L *anisum,* fr. Gk *annēson, anison*] (14c) : an herb (*Pimpinella anisum*) of the carrot family having carminative and aromatic seeds; *also* : ANISEED

**an·i·seed** \ˈa-nə(s)-ˌsēd\ *n* [ME *anis seed,* fr. *anis* + *seed*] (14c) : the seed of anise often used as a flavoring in liqueurs and in cooking

**an·is·ei·ko·nia** \ˌa-nə-ˌsī-ˈkō-nē-ə\ *n* [NL, fr. *anis-* + Gk *eikōn* image — more at ICON] (1934) : a defect of binocular vision in which the two retinal images of an object differ in size — **an·is·ei·kon·ic** \-ˈkä-nik\ *adj*

**an·is·ette** \ˌa-nə-ˈset, -ˈzet\ *n* [F, fr *anis*] (1837) : a usu. colorless sweet liqueur flavored with aniseed

**an·i·sog·a·mous** \ˌa-(ˌ)nī-ˈsä-gə-məs\ *adj* (1891) : characterized by fusion of heterogamous gametes or of individuals that usu. differ chiefly in size (~ reproduction) — **an·isog·a·my** \-(ˌ)nī-ˈsä-gə-mē\ *n*

**an·iso·me·tro·pia** \ˌa-ˌnī-sə-mə-ˈtrō-pē-ə\ *n* [NL, fr. Gk *anisometros* of unequal measure (fr *anis-* + *metron* measure) + NL *-opia* — more at MEASURE] (ca. 1880) : unequal refractive power in the two eyes — **an·iso·me·tro·pic** \-ˈträ-pik, -ˈtrō-\ *adj*

**an·iso·trop·ic** \ˌa-ˌnī-sə-ˈträ-pik\ *adj* (1879) : exhibiting properties with different values when measured in different directions (an ~ crystal) — **an·iso·trop·i·cal·ly** \-pi-k(ə-)lē\ *adv* — **an·isot·ro·py** \-(ˌ)nī-ˈsä-trə-pē\ *also* **an·iso·trop·ism** \-pi-zəm\ *n*

**an·ker·ite** \ˈaŋ-kə-ˌrīt\ *n* [G *Ankerit,* fr. M. J. *Anker* †1843 Austrian mineralogist] (ca. 1843) : a dolomitic iron-containing mineral

**ankh** \ˈäŋk\ *n* [Egypt '*nh* live] (1888) : a cross bearing a loop for its upper vertical arm and serving esp. in ancient Egypt as an emblem of life

**an·kle** \ˈaŋ-kəl\ *n* [ME *ankel.* fr. OE *anclēow;* akin to OHG *ancháa* ankle] (bef. 12c)   1 : the joint between the foot and the leg; *also* : the region of this joint   2 : the joint between the cannon bone and pastern (as in the horse)

**an·kle·bone** \ˈaŋ-kəl-ˌbōn, ˌaŋ-kəl-ˈ\ *n* (14c) : TALUS I

**an·klet** \ˈaŋ-klət\ *n* (1819)   1 : something (as an ornament) worn around the ankle   2 : a short sock reaching slightly above the ankle

**an·ky·lo·saur** \ˈaŋ-ki-lō-ˌsȯr\ *n* [NL *Ankylosauria.* fr. *Ankylosaurus*] (1949) : any of a suborder (Ankylosauria) of herbivorous Cretaceous dinosaurs having a long low-lying thickset body covered dorsally with bony plates

**an·ky·lo·sau·rus** \ˌaŋ-kə-lō-ˈsȯr-əs\ *n* [NL, genus name. fr. Gk *ankylos* + *sauros* lizard] (1908) : any of a No American genus (*Ankylosaurus*) of large ankylosaurs having a bony club at the end of the tail

**an·ky·lose** \ˈaŋ-ki-ˌlōs, -ˌlōz\ *vb* **-losed; -los·ing** [back-formation fr. *ankylosis*] *vt* (1787) : to unite or stiffen by ankylosis   ~ *vi* : to undergo ankylosis

**an·ky·lo·sis** \ˌaŋ-ki-ˈlō-səs\ *n, pl* **-lo·ses** \-ˌsēz\ [NL. fr. Gk *ankylōsis,* fr. *ankyloun* to make crooked, fr. *ankylas* crooked — more at ANGLE] (1713)   1 : stiffness or fixation of a joint by disease or surgery   2 : union of separate bones or hard parts to form a single bone or part — **an·ky·lot·ic** \-ˈlä-tik\ *adj*

**an·ky·lo·sto·mi·a·sis** \ˌaŋ-ki-lō-stə-ˈmī-ə-səs\ *var of* ANCYLOSTOMIASIS

**an·la·ge** \ˈän-ˌlä-gə\ *n, pl* **-gen** \-gən\ *also* **-ges** \-gəz\ [G, lit., act of laying on] (1892) : the foundation of a subsequent development; *esp* : PRIMORDIUM

**an·na** \ˈä-nə\ *n* [Hindi *ānā*] (1708)   1 : a former monetary unit of Burma, India. and Pakistan equal to ¹⁄₁₆ rupee   2 : a coin representing one anna

**an·nal·ist** \ˈa-nəl-ist\ *n* (ca. 1611) : a writer of annals : CHRONICLER — **an·nal·is·tic** \ˌa-n°l-ˈis-tik\ *adj*

**an·nals** \ˈa-n°lz\ *n pl* [L *annales.* fr. pl. of *annalis* yearly — more at ANNUAL] (1542)   1 : a record of events arranged in yearly sequence   2 : historical records : CHRONICLES   3 : records of the activities of an organization

**An·nam·ese** \ˌa-nə-ˈmēz, -ˈmēs\ *n, pl* **Annamese** [*Annam.* region of Vietnam] (1826)   1 *or* **An·nam·ite** \ˈa-nə-ˌmīt\ : a native or inhabitant of Annam   2 : VIETNAMESE   2 — **Annamese** *adj* — **Annamite** *adj*

**an·nat·to** \ə-ˈnä-(ˌ)tō, *n* [Carib *annoto* tree producing annatto] (1629) : a yellowish red dyestuff made from the pulp around the seeds of a tropical tree (*Bixa orellana.* family Bixaceae); *also* : the tree that yields annatto

**an·neal** \ə-ˈnē(ə)l\ *vb* ME *anelen* to set on fire, fr. OE *onǣlan,* fr. *on* + *ǣlan* to set on fire, burn, fr. *ǣl* fire; akin to OE *ǣled* fire, ON *eld*] *vt* (1664)   1  a : to heat and then cool (as steel or glass) usu. for softening and making less brittle; *also* : to cool slowly usu. in a furnace   **b** : to heat and then cool (nucleic acid) in order to separate strands and induce combination at lower temperature esp. with complementary

**TA   16**

its buds  **2** : one of the greenish flower buds or young berries of the caper pickled and used as a seasoning or garnish
**²ca·per** *vi* **ca·pered; ca·per·ing** \-p(ə-)riŋ\ [prob. by shortening & alter. fr. *capriole*] (1588) : to leap or prance about in a playful manner
**³caper** *n* (1592)  **1** : a frolicsome leap  **2** : a capricious escapade : PRANK  **3** : an illegal or questionable act; *esp* : THEFT
**cap·er·cail·lie** \ˌka-pər-ˈkā-lē, -ˈkāl-yē\ *or* **cap·er·cail·zie** \-ˈkāl-zē\ *n, pl* **-cail·lies** *also* **-cail·zies** *or* **-cail·zie** [ScGael *capalcoille*, lit., horse of the woods] (1536) : the largest Old World grouse (*Tetrao urogallus*)
**cape·skin** \ˈkāp-ˌskin\ *n* [*Cape* of Good Hope, Africa] (1919) : a light flexible leather made from sheepskins with the natural grain retained and used esp. for gloves and garments
**Ca·pe·tian** \kə-ˈpē-shən\ *adj* [Hugh *Capet*] (1836) : of or relating to the French royal house that ruled from 987 to 1328 — **Capetian** *n*
**cape·work** \ˈkāp-ˌwərk\ *n* (1926) : the art of the bullfighter in working a bull with the cape
**cap·ful** \ˈkap-ˌfu̇l\ *n* (1873) : as much as a cap will hold (a ~ of detergent)
**capful of wind** (1719) : a sudden light breeze
**ca·pi·as** \ˈkā-pē-əs\ *n* [ME, fr. L, lit., you should seize. fr. *capere* to take — more at HEAVE] (15c) : an arrest warrant
**cap·il·lar·i·ty** \ˌka-pə-ˈlar-ə-tē\ *n, pl* **-ties** (1830)  **1** : the property or state of being capillary  **2** : the action by which the surface of a liquid where it is in contact with a solid (as in a capillary tube) is elevated or depressed depending on the relative attraction of the molecules of the liquid for each other and for those of the solid
**¹cap·il·lary** \ˈka-pə-ˌler-ē, esp Brit usu kə-ˈpi-lə-rē\ *adj* [F or L; F *capillaire*, fr. L *capillaris*, fr. *capillus* hair] (14c)  **1 a** : resembling a hair esp in slender elongated form (~ leaves)  **b** : having a very small bore (a ~ tube)  **2** : involving, held by, or resulting from surface tension (~ water in the soil)  **3** : of or relating to capillaries or capillarity
**²capillary** *n, pl* **-lar·ies** (1667) : a capillary tube; *esp* : any of the smallest blood vessels connecting arterioles with venules and forming networks throughout the body
**capillary attraction** *n* (1813) : the force of adhesion between a solid and a liquid in capillarity
**¹cap·i·tal** \ˈka-pə-tᵊl, ˈkap-tᵊl\ *n* [ME *capitale*, modif. of ONF *capitel*, fr. LL *capitellum* small head, top of column, dim. of L *capit-, caput* head — more at HEAD] (13c) : the uppermost member of a column or pilaster crowning the shaft and taking the weight of the entablature — see COLUMN illustration
**²capital** *adj* [ME, fr. L *capitalis*, fr. *capit-, caput*] (14c)  **1 a** : of a letter : of or conforming to the series A, B, C, etc. rather than a, b, c, etc.  **2 a** : punishable by death (a ~ crime)  **b** : involving execution (~ punishment)  **c** : most serious (a ~ error)  **3 a** : chief in importance or influence (~ ships) (the ~ importance of criticism in the work of creation itself —T.S. Eliot)  **b** : being the seat of government  **4** : of or relating to capital; *esp* : relating to or being assets that add to the longterm net worth of a corporation (~ improvements)  **5** : EXCELLENT (a ~ book)
**³capital** *n* [F or L; F, fr. It *capitale*, fr. *capitale*, adj., chief. principal, fr. L *capitalis*] (ca 1639)  **1 a** (1) : a stock of accumulated goods esp. at a specified time and in contrast to income received during a specified period; *also* : the value of these accumulated goods  (2) : accumulated goods devoted to the production of other goods  (3) : accumulated possessions calculated to bring in income  **b** (1) : net worth  (2) : CAPITAL STOCK  **c** : persons holding capital  **d** : ADVANTAGE, GAIN (make ~ of the situation)  **2** [*³capital*]  **a** : a capital letter; *esp* : an initial capital letter  **b** : a letter belonging to a style of alphabet modeled on the style customarily used in inscriptions  **3** [*³capital*]  **a** : a city serving as a seat of government  **b** : a city preeminent in some special activity (the fashion ~)
**capital gain** *n* (1921) : the increase in value of an asset (as stock or real estate) between the time it is bought and the time it is sold
**capital goods** *n pl* (1899) : CAPITAL 1a(1), 1a(2)
**capital-intensive** *adj* (1959) : having a high capital cost per unit of output; *esp* : requiring greater expenditure in the form of capital than of labor
**cap·i·tal·ise** *Brit var of* CAPITALIZE
**cap·i·tal·ism** \ˈka-pə-tᵊl-ˌiz-əm, ˈkap-tᵊl-\ *n* (1877) : an economic system characterized by private or corporate ownership of capital goods, by investments that are determined by private decision, and by prices, production, and the distribution of goods that are determined mainly by competition in a free market
**¹cap·i·tal·ist** \-ist\ *n* (1792)  **1** : a person who has capital esp invested in business; *broadly* : a person of wealth : PLUTOCRAT  **2** : a person who favors capitalism
**²capitalist** *or* **cap·i·tal·is·tic** \ˌka-pə-tᵊl-ˈis-tik, ˌkap-tᵊl-\ *Brit also* kə-ˌpi-tᵊl-\ *adj* (1845)  **1** : owning capital (the ~ class)  **2** : practicing or advocating capitalism (~ nations)  **b** : marked by capitalism (~ period of history) — **cap·i·tal·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*
**cap·i·tal·i·za·tion** \ˌka-pə-tᵊl-ə-ˈza-shən, ˌkap-tᵊl-, *Brit also* kə-ˌpi-tᵊl-\ *n* (1860)  **1 a** : the act or process of capitalizing  **b** : a sum resulting from a process of capitalizing  **c** : the total liabilities of a business including both ownership capital and borrowed capital  **d** : the total par value or the stated value of no-par issues of authorized capital stock  **2** : the use of a capital letter in writing or printing
**cap·i·tal·ize** \ˈka-pə-tᵊl-ˌīz, ˈkap-tᵊl-, *Brit also* kə-ˈpi-tᵊl-\ *vb* **-ized; -iz·ing** *vt* (1764)  **1** : to write or print with an initial capital or in capitals  **2** **a** : to convert into capital (~ the company's reserve fund)  **b** : to treat as capital rather than as an expense  **3** **a** : to compute the present value of (an income extended over a period of time)  **b** : to convert (a periodic payment) into an equivalent capital sum (*capitalized* annuities)  **4** : to supply capital for ~ *vi* : to gain by turning something to advantage : PROFIT (~ on an opponent's mistake)
**cap·i·tal·ly** \ˈka-pə-tᵊl-ē, ˈkap-tᵊl-\ *adv* (1619)  **1** : in a manner involving capital punishment  **2** : in a capital manner : EXCELLENTLY
**capital stock** *n* (1709)  **1** : the outstanding shares of a joint-stock company considered as an aggregate  **2** : CAPITALIZATION 1d  **3** : the ownership element of a corporation that shares and represented by certificates
**cap·i·tate** \ˈka-pə-ˌtāt\ *adj* [L *capitatus* headed, fr. *capit-, caput* head] (1661)  **1** : forming a head  **2** : abruptly enlarged and globose

**cap·i·ta·tion** \ˌka-pə-ˈtā-shən\ *n* [LL *capitation-, capitatio* poll tax, fr. L *capit-, caput*] (1641)  **1** : a direct uniform tax imposed on each head or person : POLL TAX  **2** : a uniform per capita payment or fee
**cap·i·tol** \ˈka-pə-tᵊl, ˈkap-tᵊl\ *n* [L *Capitolium*, temple of Jupiter at Rome on the Capitoline hill] (1699)  **1 a** : a building in which a state legislative body meets  **b** : a group of buildings in which the functions of state government are carried out  **2** *cap* : the building in which the U.S. Congress meets at Washington
**Capitol Hill** *n* [*Capitol Hill*, Washington, site of the U S Capitol] (1943) : the legislative branch of the U S. government
**Cap·i·to·line** \ˈka-pə-tᵊl-ˌīn, *Brit* usu kə-ˈpi-tə-ˌlīn\ *adj* [L *capitolinus*, fr. *Capitolium*] (1667) : of or relating to the smallest of the seven hills of ancient Rome, the temple on it, or the gods worshiped there
**ca·pit·u·lar** \kə-ˈpi-chə-lər\ *adj* [ML *capitularis*] (ca 1525) : of or relating to an ecclesiastical chapter
**ca·pit·u·lary** \-ˌler-ē\ *n, pl* **-lar·ies** [ML *capitulare*, lit , document divided into sections, fr. LL *capitulum* section. chapter — more at CHAPTER] (1650)  **1** : a civil or ecclesiastical ordinance; *also* : a collection of ordinances
**ca·pit·u·late** \kə-ˈpi-chə-ˌlāt, *vi* **-lat·ed; -lat·ing** [ML *capitulatus*, pp. of *capitulare* to distinguish by heads or chapters, fr. LL *capitulum*] (1537)  **1** *archaic* : PARLEY, NEGOTIATE  **2 a** : to surrender often after negotiation of terms  **b** : to cease resisting : ACQUIESCE  *syn* see YIELD
**ca·pit·u·la·tion** \kə-ˌpi-chə-ˈlā-shən\ *n* (1535)  **1** : a set of terms or articles constituting an agreement between governments  **2 a** : the act of surrendering or yielding  **b** : the terms of surrender
**ca·pit·u·lum** \kə-ˈpi-chə-ləm\ *n, pl* **-la** \-lə\ [NL, fr. L, small head — more at CHAPTER] (ca. 1755)  **1** : a rounded protuberance of an anatomical part (as a bone)  **2** : a racemose inflorescence (as of the buttonbush) with the axis shortened and dilated to form a rounded or flattened cluster of sessile flowers — see INFLORESCENCE illustration
**Cap·lets** \ˈka-pləts\ *trademark* — used for capsule-shaped medicinal tablets
**¹ca·po** \ˈkä-(ˌ)pō\ *n, pl* **capos** [short for *capotasto*, fr. It, lit., head of fingerboard] (1926) : a movable bar attached to the fingerboard of a fretted instrument to uniformly raise the pitch of all the strings
**²ca·po** \ˈkä-(ˌ)pō, ˈka-\ *n, pl* **capos** [It, head, chief. fr. L *caput*] (ca. 1963) : the head of a branch of a crime syndicate
**ca·pon** \ˈkā-ˌpän, -pən\ *n* [ME, fr. OE *capūn*, prob fr. ONF *capon*, fr. L *capon-, capo*; akin to L *kapoti* to mince. Gk *kapoti* to cut] (bef 12c) : a castrated male chicken
**ca·po·na·ta** \ˌkä-pə-ˈnä-tə\ *n* [It, fr. It. dial (Sicily) *capunata*, perh. fr. *capuni capon*, fr. L *capon-, capo*] (1951) : a relish of chopped eggplant and assorted vegetables
**ca·pote** \kə-ˈpōt\ *n* [F, fr. *cape* cloak. fr LL *cappa*] (1799) : a usu. long and hooded cloak or overcoat
**cap·pel·let·ti** \ˌka-pə-ˈle-tē\ *n pl but sing or pl in constr* [It. pl. of *cappelletto*, dim of *cappello* hat, fr. ML *cappellus* cap, dim. of LL *cappa* head covering — more at CAP] (1945) : pasta in the form of little peaked hats filled with a savory mixture
**cap·per** \ˈka-pər\ *n* (1587)  **1** : one that caps  **2 a** : a device that fits caps on bottles  **b** : FINALE, CLIMAX CLINCHER  **2** : a lure or decoy esp in an illicit or questionable activity : SHILL
**cap·ping** \ˈka-piŋ\ *n* (14c) : something that caps
**cap·puc·ci·no** \ˌka-pə-ˈchē-(ˌ)nō, ˌkä-pu̇-\ *n* [It, lit., Capuchin; fr. the likeness of its color to that of a Capuchin's habit] (1948) : espresso coffee mixed with frothed hot milk or cream and often flavored with cinnamon
**cap·ric acid** \ˈka-prik-\ *n* [ISV, fr. L *capr-, caper* goat; fr. its odor — more at CAPRIFIG] (1836) : a fatty acid $C_{10}H_{20}O_2$ found in fats and oils and used in flavors and perfumes
**ca·pric·cio** \kə-ˈprē-chē(-ˌ)ō\ *n, pl* **-cios** [It] (1601)  **1** : FANCY. WHIMSY  **2** : CAPER. PRANK  **3** : an instrumental piece in free form usu lively in tempo and brilliant in style
**ca·price** \kə-ˈprēs\ *n* [F, fr. It *capriccio* caprice, shudder, perh. fr. *capo* head (fr. L *caput*) + *riccio* hedgehog, fr. L *ericius* — more at HEAD, URCHIN] (1667)  **1 a** : a sudden, impulsive, and seemingly unmotivated notion or action  **b** : a sudden usu. unpredictable condition, change, or series of changes (the ~s of the weather)  **2** : a disposition to do things impulsively  **3** : CAPRICCIO 3
*syn* CAPRICE. WHIM, VAGARY, CROTCHET mean an irrational or unpredictable idea or desire. CAPRICE stresses lack of apparent motivation and suggests willfulness (by sheer *caprice* she quit her job). WHIM implies a fantastic, capricious turn of mind or inclination (an odd antique that was bought on a *whim*). VAGARY stresses the erratic, irresponsible character of the notion or desire (recently he had been prone to strange *vagaries*). CROTCHET implies an eccentric opinion or preference (a serious scientist equally known for his bizarre *crotchets*).
**ca·pri·cious** \kə-ˈpri-shəs, -ˈprē-\ *adj* (1601) : governed or characterized by caprice : IMPULSIVE, UNPREDICTABLE  *syn* see INCONSTANT — **ca·pri·cious·ly** *adv* — **ca·pri·cious·ness** *n*
**Cap·ri·corn** \ˈka-pri-ˌkȯrn\ *n* [ME *Capricorne*, fr. L *Capricornus* (gen. *Capricorni*), fr. *caper* goat + *cornu* horn — more at HORN]  **1 a** : a southern zodiacal constellation between Sagittarius and Aquarius  **2 a** : the 10th sign of the zodiac in astrology — see ZODIAC table  **b** : one born under the sign of Capricorn
**cap·ri·fi·ca·tion** \ˌka-prə-fə-ˈkā-shən\ *n* [L *caprification-, caprificatio*, fr. *caprificare* to pollinate by caprification, fr. *caprificus*] (1601) : artificial pollination of figs that usu. bear only pistillate flowers by hanging male flowering branches of the caprifig in the trees to facilitate pollen transfer by a wasp
**cap·ri·fig** \ˈka-prə-ˌfig\ *n* [ME *caprifige*, part. trans. of L *caprificus*, fr. *capr-, caper* goat + *ficus* fig — more at FIG] (15c) : a wild fig (*Ficus carica sylvestris*) of southern Europe and Asia Minor used for caprification of the edible fig; *also* : its fruit
**ca·prine** \ˈka-ˌprīn\ *adj* [L *caprinus*, fr. *capr-, caper*] (15c) : of. relating to, or being a goat (~ serum) (the ~ family)

\ə\ abut \�, ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t̷h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, k̇, ⁿ, œ, ᴇ̄, ü, œ̄\ see Guide to Pronunciation

**pher** \-,se-fə-'lä-grə-fər\ *n* — **elec-tro-en-ceph-a-lo-graph-ic** \-,se-f(ə-)lə-'gra-fik\ *adj* — **elec-tro-en-ceph-a-lo-graph-i-cal-ly** \-fi-k(ə-)lē\ *adv* — **elec-tro-en-ceph-a-log-ra-phy** \-'lä-grə-fē\ *n*

**elec-tro-fish-ing** \i-'lek-trō-,fi-shin\ *n* (1950) : the taking of fish by a system based on their tendency to respond positively to a source of direct electric current

**elec-tro-form** \i-'lek-trə-,fórm\ *vt* (1931) : to form (shaped articles) by electrodeposition on a mold — **electroform** *n*

**elec-tro-gen-ic** \i-,lek-trə-'je-nik\ *adj* (ca. 1891) : of or relating to the production of electrical activity in living tissue (an ~ pump) — **elec-tro-gen-e-sis** \-'je-nə-səs\ *n*

**elec-tro-gram** \i-'lek-trə-,gram\ *n* (ca. 1935) : a tracing of the electrical potentials of a tissue (as the brain or heart) made by means of electrodes placed directly in the tissue instead of on the surface of the body

**elec-tro-hy-drau-lic** \i-,lek-trō-hī-'dró-lik, -'drä-\ *adj* (1922)  **1** : of or relating to a combination of electric and hydraulic mechanisms  **2** : involving or produced by the action of very brief but powerful pulse discharges of electricity under a liquid resulting in the generation of shock waves and highly reactive chemical species (an ~ effect)

**elec-tro-jet** \i-'lek-trə-,jet\ *n* (1955) : an overhead concentration of electric current found in the regions of strong auroral displays and along the magnetic equator

**elec-tro-ki-net-ic** \i-,lek-trō-kə-'ne-tik, -ki-\ *adj* (1881) : of or relating to the motion of particles or liquids that results from or produces a difference of electric potential

**elec-tro-ki-net-ics** \-tiks\ *n pl but sing in constr* (ca. 1925) : a branch of physics dealing with the motion of electric currents or charged particles

**elec-tro-less** \i-'lek-,trō-ləs, -trə-\ *adj* (1947) : being or involving chemical deposition of metal instead of electrodeposition

**elec-tro-lo-gist** \i-,lek-'trä-lə-jist\ *n* [blend *of* electrolysis *and* -logist (fr. -logy + -ist)] (ca. 1902) : one that removes hair, warts, moles, and birthmarks by means of an electric current applied to the body with a needle-shaped electrode — **elec-trol-o-gy** \-jē\ *n*

**elec-tro-lu-mi-nes-cent** \i-,lek-trō-,lü-mə-'ne-sᵊnt\ *adj* (ca. 1909) : of or relating to luminescence resulting from a high-frequency discharge through a gas or from application of an alternating current to a layer of phosphor — **elec-tro-lu-mi-nes-cence** \-sᵊn(t)s\ *n*

**elec-trol-y-sis** \i-,lek-'trä-lə-səs\ *n* (1834)  **1 a** : the producing of chemical changes by passage of an electric current through an electrolyte  **b** : subjection to this action  **2** : the destruction of hair roots with an electric current

**elec-tro-lyte** \i-'lek-trə-,līt\ *n* (1834)  **1** : a nonmetallic electric conductor in which current is carried by the movement of ions  **2** : a substance that when dissolved in a suitable solvent or when fused becomes an ionic conductor

**elec-tro-lyt-ic** \i-,lek-trə-'li-tik\ *adj* (1842) : of or relating to electrolysis or an electrolyte; *also* : involving, produced by, or used in electrolysis (~ cell) — **elec-tro-lyt-i-cal-ly** \-ti-k(ə-)lē\ *adv*

**elec-tro-lyze** \i-'lek-trə-,līz\ *vt* -lyzed; -lyz-ing (1834) : to subject to electrolysis

**elec-tro-mag-net** \i-,lek-trō-'mag-nət\ *n* (1831) : a core of magnetic material surrounded by a coil of wire through which an electric current is passed to magnetize the core

**elec-tro-mag-net-ic** \-mag-'ne-tik\ *adj* (1821) : of, relating to, or produced by electromagnetism — **elec-tro-mag-net-i-cal-ly** \-ti-k(ə-)lē\ *adv*

**electromagnetic pulse** *n* (1981) : high-intensity electromagnetic radiation generated by a nuclear blast high above the earth's surface and held to disrupt electronic and electrical systems

**electromagnetic radiation** *n* (1939) : a series of electromagnetic waves

**electromagnetic spectrum** *n* (ca. 1934) : the entire range of wavelengths or frequencies of electromagnetic radiation extending from gamma rays to the longest radio waves and including visible light

**electromagnetic unit** *n* (ca. 1889) : any of a system of electrical units based primarily on the magnetic properties of electrical currents

**electromagnetic wave** *n* (1908) : one of the waves that are propagated by simultaneous periodic variations of electric and magnetic field intensity and that include radio waves, infrared, visible light, ultraviolet, X rays, and gamma rays

**elec-tro-mag-ne-tism** \i-,lek-trō-'mag-nə-,ti-zəm\ *n* (1828)  **1** : magnetism developed by a current of electricity  **2** : a fundamental physical force that is responsible for interactions between charged particles which occur because of their charge and for the emission and absorption of photons, that is about 100 times weaker than the strong force, and that extends over infinite distances but is dominant over atomic and molecular distances — called *also electromagnetic force*; compare GRAVITY 3a(2), STRONG FORCE, WEAK FORCE  **3** : a branch of physical science that deals with the physical relations between electricity and magnetism

**elec-tro-me-chan-i-cal** \-mə-'ka-ni-kəl\ *adj* (1888) : of, relating to, or being a mechanical process or device actuated or controlled electrically; *esp* : being a transducer for converting electrical energy to mechanical energy — **elec-tro-me-chan-i-cal-ly** \-k(ə-)lē\ *adv*

**elec-tro-met-al-lur-gy** \-'me-tᵊl-,ər-jē, *esp Brit* -mə-'ta-lər-\ *n* (1840) : a branch of metallurgy that deals with the application of electric current either for electrolytic deposition or as a source of heat

**elec-trom-e-ter** \i-,lek-'trä-mə-tər\ *n* (1749) : any of various instruments for detecting or measuring electric-potential differences or ionizing radiations by means of the forces of attraction or repulsion between charged bodies

**elec-tro-mo-tive force** \i-,lek-trō-,mō-tiv-, -trə-\ *n* (1827) : something that moves or tends to move electricity : the potential difference derived from an electrical source per unit quantity of electricity passing through the source (as a cell or generator)

**elec-tro-myo-gram** \i-,lek-trō-'mī-ə-,gram\ *n* (1917) : a tracing made with an electromyograph

**elec-tro-myo-graph** \-,graf\ *n* [electr- + my- + -graph] (1948) : an instrument that converts the electrical activity associated with functioning skeletal muscle into a visual record or into sound and used to diagnose neuromuscular disorders and in biofeedback training — **elec-tro-myo-graph-ic** \-,mī-ə-'gra-fik\ *adj* — **elec-tro-myo-graph-i-cal-ly** \-fi-k(ə-)lē\ *adv* — **elec-tro-my-og-ra-phy** \-mī-'ä-grə-fē\ *n*

**elec-tron** \i-'lek-,trän\ *n* [electr- + -on] (1891) : an elementary particle

consisting of a charge of negative electricity equal to about $1.602 \times 10^{-19}$ coulomb and having a mass when at rest of about $9 \times 10^{9534} \times 10^{-28}$ gram or about $\frac{1}{1840}$ that of a proton

**electron cloud** *n* (1926) : the system of electrons surrounding the nucleus of an atom

**elec-tro-neg-a-tive** \i-,lek-trō-'ne-gə-tiv\ *adj* (1834) : having a tendency to attract electrons — **elec-tro-neg-a-tiv-i-ty** \-,ne-gə-'ti-və-tē\ *n*

**electron gas** *n* (ca. 1929) : a population of free electrons in a vacuum or in a metallic conductor

**electron gun** *n* (1924) : an electron-emitting cathode and its surrounding assembly (as in a cathode-ray tube) for directing, controlling, and focusing a beam of electrons

**elec-tron-ic** \i-,lek-'trä-nik\ *adj* (1902)  **1** : of or relating to electrons  **2** : of, relating to, or utilizing devices constructed or working by the methods or principles of electronics; *also* : implemented on or by means of a computer (~ food stamps) (~ banking)  **3 a** : generating musical tones by electronic means (an ~ organ)  **b** : of, relating to, or being music that consists of sounds electronically generated or modified  **4** : of, relating to, or being a medium (as television) by which information is transmitted electronically (~ journalism) — **elec-tron-i-cal-ly** \-ni-k(ə-)lē\ *adv*

**electronic countermeasure** *n* (1962) : the disruption of the operation of an enemy's equipment (as by jamming radio or radar signals)

**electronic mail** *n* (1977) : messages sent and received electronically (as between terminals linked by telephone lines or microwave relays)

**electronic publishing** *n* (1980) : publishing in which information is distributed by means of a computer network or is produced in a format for use with a computer

**elec-tron-ics** \i-,lek-'trä-niks\ *n pl* (1910)  **1** *sing in constr* : a branch of physics that deals with the emission, behavior, and effects of electrons (as in electron tubes and transistors) and with electronic devices  **2** : electronic devices or equipment

**electron lens** *n* (1931) : a device for focusing a beam of electrons by means of an electric or a magnetic field

**electron micrograph** *n* (1934) : a micrograph made with an electron microscope — **electron micrography** \-mī-'krä-grə-fē\ *n*

**electron microscope** *n* (1932) : an electron-optical instrument in which a beam of electrons focused by means of an electron lens is used to produce an enlarged image of a minute object on a fluorescent screen or photographic plate — **electron microscopist** *n* — **electron microscopy** *n*

**electron multiplier** *n* (1936) : a device utilizing secondary emission of electrons for amplifying a current of electrons

**electron optics** *n pl but sing in constr* (1916) : a branch of physics in which the principles of optics are applied to beams of electrons — **elec-tron-op-ti-cal** \i-,lek-,trän-'äp-ti-kəl\ *adj*

**electron probe** *n* (1962) : a microprobe that uses an electron beam to induce X-ray emissions in a sample

**electron transport** *n* (1951) : the sequential transfer of electrons esp. by cytochromes in cellular respiration from an oxidizable substrate to molecular oxygen by a series of oxidation-reduction reactions

**electron tube** *n* (1922) : an electronic device in which conduction by electrons takes place through a vacuum or a gaseous medium within a sealed glass or metal container and which has various uses based on the controlled flow of electrons

**electron volt** *n* (1930) : a unit of energy equal to the energy gained by an electron in passing from a point of low potential to a point one volt higher in potential : $1.60 \times 10^{-19}$ joule

**elec-tro-oc-u-lo-gram** \i-,lek-trō-'ä-kyə-lə-,gram\ *n* [electr- + L oculus eye + E -gram — more at EYE] (1947) : a record of the standing voltage between the front and back of the eye that is correlated with eyeball movement (as in REM sleep) and obtained by electrodes placed on the skin near the eye — **elec-tro-oc-u-log-ra-phy** \-,ä-kyə-'lä-grə-fē\ *n, pl* -phies (1951) : the preparation and study of electrooculograms

**elec-tro-op-ti-cal** \i-,lek-trō-'äp-ti-kəl\ *or* **elec-tro-op-tic** \-'äp-tik\ *adj* (1879)  **1** : of or relating to electro-optics  **2** : relating to or being a change in the refractive index of a material due to an electric field (~ effect)  **b** : using or being a material that exhibits electric optical properties (an ~ crystal)  **3** : relating to or being an electronic device for emitting, modulating, transmitting, or sensing light — **elec-tro-op-ti-cal-ly** \-k(ə-)lē\ *adv*

**elec-tro-op-tics** \-trō-'äp-tiks\ *n pl* (ca. 1889)  **1** *sing in constr* : a branch of physics that deals with the effects of an electric field on light traversing it  **2** : electro-optical devices

**elec-tro-os-mo-sis** \i-,lek-trō-äz-'mō-səs, -äs-\ *n* (1906) : the movement of a liquid out of or through a porous material or a biological membrane under the influence of an electric field — **elec-tro-os-mot-ic** \-'mä-tik\ *adj*

**elec-tro-phe-ro-gram** \-trə-'fir-ə-,gram, -'fer-\ *n* [electr- + phero- (fr Gk pherein to carry) + -gram] (1951) : ELECTROPHORETOGRAM

**elec-tro-phile** \i-'lek-trə-,fīl\ *n* (1943) : an electrophilic substance (as an electron-accepting reagent)

**elec-tro-phil-ic** \i-,lek-trə-'fi-lik\ *adj* (1936)  **1** *of an atom, ion, or molecule* : having an affinity for electrons : being an electron acceptor  **2** : involving an electrophilic species (an ~ reaction) — compare NUCLEOPHILIC — **elec-tro-phi-lic-i-ty** \-trō-fi-'li-sə-tē\ *n*

**elec-tro-pho-re-sis** \i-,lek-trō-fə-'rē-səs\ *n* [NL] (1911) : the movement of suspended particles through a fluid or gel under the action of an electromotive force applied to electrodes in contact with the suspension — **elec-tro-pho-rese** \-'rēs, -'rēz\ *vt* — **elec-tro-pho-ret-ic** \-'re-tik\ *adj* — **elec-tro-pho-ret-i-cal-ly** \-ti-k(ə-)lē\ *adv*

**elec-tro-pho-re-to-gram** \-'re-tə-,gram\ *n* [electrophoretic + -o- + -gram] (1954) : a record that consists of the separated components of a mixture (as of proteins) produced by electrophoresis in a supporting medium (as filter paper)

**elec-troph-o-rus** \i-,lek-'trä-fə-rəs\ *n, pl* -ri \-,rī, -,rē\ [NL, fr. electr- + -phorus -phore] (1778) : a device for producing electric charges consisting of a disk that is negatively electrified by friction and a metal plate that becomes charged by induction when placed on the disk

**elec-tro-pho-to-gra-phy** \i-,lek-trō-fə-'tä-grə-fē\ *n* (1894) : photography in which images are produced by electrical means (as in xerography) — **elec-tro-pho-to-graph-ic** \-,trə-,fō-tə-'gra-fik\ *adj*

**1094   simoniac ● since**

also *Simon Peter* : one of the twelve disciples of Jesus — called also also *Simon the Zealot* **3** : a kinsman of Jesus **4** : a Cyrenian constrained to help Jesus bear his cross to his place of crucifixion — called also *Simon the Cyrenian* **5** : SIMON MAGUS

**si-mo-ni-ac** \si-ˈmō-nē-ˌak, sə-\ *n* [ME, fr. MF or ML; MF *simoniaque*, fr. ML *simoniacus*, fr. LL *simonia* simony] (14c) : one who practices simony — **simoniac** *or* **si-mo-ni-a-cal** \ˌsī-mə-ˈnī-ə-kəl, ˌsi-\ *adj* — **si-mo-ni-a-cal-ly** \-i(ə-)lē\ *adv*

**si-mo-nize** \ˈsī-mə-ˌnīz\ *vt* -nized; -niz-ing [fr. *Simoniz*, a trademark] (1934) : to polish with or as if with wax

**Si-mon Le-gree** \ˌsī-mən-lə-ˈgrē\ *n* : a slave owner who has Tom flogged to death in Harriet B. Stowe's novel *Uncle Tom's Cabin*

**Simon Ma-gus** \-ˈmā-gəs\ *n* : a Samaritan sorcerer converted by the apostle Philip and severely rebuked by Peter for offering money for the gifts of the Holy Ghost

**si-mon-pure** \ˌsī-mən-ˈpyu̇r\ *adj* [fr. *the real Simon Pure*, alluding to a character impersonated by another in the play *A Bold Stroke for a Wife* (1718) by Susannah Centlivre †1723 Eng. dramatist and actress] (1840) : of untainted purity or integrity; *also* : pretentiously or hypocritically pure

**si-mo-ny** \ˈsī-mə-nē, ˈsi-\ *n* [ME *symonie*, fr. LL *simonia*, fr. *Simon Magus*, Samaritan sorcerer in Acts 8: 9–24] (13c) : the buying or selling of a church office or ecclesiastical preferment

**si-moom** \sə-ˈmüm, si-\ *or* **si-moon** \-ˈmün\ *n* [Ar *samūm*] (1790) : a hot dry violent dust-laden wind from Asian and African deserts

**simp** \ˈsimp\ *n* (1903) : SIMPLETON

**sim-pa-ti-co** \sim-ˈpä-ti-ˌkō, -ˈpa-\ *adj* [It *simpatico* & Sp *simpático*, ultim. fr. L *sympathia* sympathy] (1864) **1** : AGREEABLE, LIKABLE **2** : being on the same wavelength : CONGENIAL, SYMPATHETIC

**sim-per** \ˈsim-pər\ *vb* sim-pered; sim-per-ing \-p(ə-)riŋ\ [perh. of Scand origin; akin to Dan dial *simper* affected, coy] *vi* (ca. 1563) : to smile in a silly manner ~ *vt* : to say with a simper <~*ed* an apology> — **sim-per-er** \-pər-ər\ *n*

**²simper** *n* (1599) : a silly smile : SMIRK

**¹sim-ple** \ˈsim-pəl\ *adj* sim-pler \-p(ə-)lər\; sim-plest \-p(ə-)ləst\ [ME, fr. OF, plain, uncomplicated, artless, fr. L *simplus, simplex*, lit , single; L *simplus* fr. *sem-, sim-* one + *-plus* multiplied by; L *simplic-, simplex* fr. *sem-, sim-* + *-plic-, -plex* -fold — more at SAME -FOLD] (13c) **1** : free from guile **2** a : free from vanity : MODEST **b** : free from ostentation or display **3** : of humble origin or modest position (a ~ farmer) **4** a : lacking in knowledge or expertise (a ~ amateur of the arts) **b** : STUPID, *esp* : mentally retarded **c** : not socially or culturally sophisticated : NAIVE; *also* : CREDULOUS **5** a : SHEER, UNMIXED (~ honesty) **b** : free of secondary complications (a ~ vitamin deficiency) **c** (1) : having only one main clause and no subordinate clauses (a ~ sentence) (2) *of a subject or predicate* : having no modifiers, complements, or objects **d** : constituting a basic element : FUNDAMENTAL **e** : not made up of many like units (a ~ eye) **6** : free from elaboration or figuration (~ harmony) **7** a (1) : not subdivided into branches or leaflets (a ~ stem) (a ~ leaf) (2) : consisting of a single carpel **(3)** : developing from a single ovary (a ~ fruit) **b** : controlled by a single gene (~ inherited characters) **8** : not limited or restricted : UNCONDITIONAL (a ~ obligation) **9** : readily understood or performed (~ directions) (the adjustment was ~ to make) **10** *of a statistical hypothesis* : specifying exact values for one or more statistical parameters — compare COMPOSITE 3 — **sim-ple-ness** \-pəl-nəs\ *n*

*syn* SIMPLE, FOOLISH, SILLY, FATUOUS, ASININE mean actually or apparently deficient in intelligence. SIMPLE implies a degree of intelligence inadequate to cope with anything complex or involving mental effort (considered people *simple* who had trouble with computers). FOOLISH implies the character of being or seeming unable to use judgment, discretion, or good sense (*foolish* stunts). SILLY suggests failure to act as a rational being esp. by ridiculous behavior (the *silly* antics of revelers). FATUOUS implies foolishness, inanity, and disregard of reality (*fatuous* conspiracy theories). ASININE suggests utter and contemptible failure to use normal rationality or perception (an *asinine* plot) *syn* see in addition EASY

**²simple** *n* (14c) **1** a : a person of humble birth : COMMONER (thought very little of anybody ~*s* or gentry —Virginia Woolf) **b** (1) : a rude or credulous person : IGNORAMUS (2) : a mentally retarded person **2** a : a medicinal plant **b** : a vegetable drug having only one ingredient **3** : one component of a complex; *specif* : an unanalyzable constituent

**simple closed curve** *n* (1919) : a closed plane curve (as a circle or an ellipse) that does not intersect itself — called also *Jordan curve*

**simple equation** *n* (1798) : a linear equation

**simple fraction** *n* (1910) : a fraction having whole numbers for the numerator and denominator — compare COMPLEX FRACTION

**simple fracture** *n* (1685) : a bone fracture that does not form an open wound in the skin — compare COMPOUND FRACTURE

**simple interest** *n* (1798) : interest paid or computed on the original principal only of a loan or on the amount of an account

**simple machine** *n* (1704) : any of various elementary mechanisms formerly considered as the elements of which all machines are composed and including the lever, the wheel and axle, the pulley, the inclined plane, the wedge, and the screw

**simple-mind-ed** \ˌsim-pəl-ˈmīn-dəd, ˈsim-pəl-ˌ\ *adj* (1744) : devoid of subtlety : UNSOPHISTICATED; *also* : FOOLISH — **sim-ple-mind-ed-ly** *adv* — **sim-ple-mind-ed-ness** *n*

**simple protein** *n* (ca. 1909) : a protein (as a globulin) that yields amino acids as the chief or only products of complete hydrolysis — compare CONJUGATED PROTEIN

**simple sugar** *n* (1942) : MONOSACCHARIDE

**sim-ple-ton** \ˈsim-pəl-tən, *n* [*simple* + -*ton* (as in surnames such as *Washington*)] (1650) : a person lacking in common sense

**simple vow** *n* (1759) : a public vow taken by a religious in the Roman Catholic Church under which retention of property by the individual is permitted and marriage though illicit is valid under canon law

**¹sim-plex** \ˈsim-ˌpleks\ *adj* [L *simplic-, simplex* — more at SIMPLE] (1594) **1** : SIMPLE, SINGLE **2** : allowing telecommunication in only one direction at a time (~ system)

**²simplex** *n, pl* **sim-plex-es** (1892) **1** *or pl* **sim-pli-ces** \-plə-ˌsēz\ *or* **sim-pli-cia** \sim-ˈpli-sh(ē-)ə\ : a simple word **2** : a spatial configuration of *n* dimensions determined by $n + 1$ points in a space of dimen-

sion equal to or greater than *n* (a triangle together with its interior determined by its three vertices is a two-dimensional ~ in the plane or any space of higher dimension)

**sim-pli-cial** \sim-ˈpli-shəl\ *adj* (1926) : of or relating to simplexes — **sim-pli-cial-ly** *adv*

**sim-plic-i-ty** \sim-ˈpli-sə-tē, -ˈplis-tē\ *n* [ME *simplicite*, fr. MF *simplicité*, fr. L *simplicitat-, simplicitas*, fr. *simplic-, simplex*] (14c) **1** : the state of being simple, uncomplicated, or uncompounded **2** a : lack of subtlety or penetration : INNOCENCE, NAIVETE **b** : FOLLY, SILLINESS **3** : freedom from pretense or guile : CANDOR **4** a : directness of expression : CLARITY **b** : restraint in ornamentation : AUSTERITY

**sim-pli-fy** \ˈsim-plə-ˌfī\ *vt* -fied; -fy-ing [F *simplifier*, fr. ML *simplificare*, fr. L *simplus* simple] (1759) : to make simple or simpler; *as* a : to reduce to basic essentials **b** : to diminish in scope or complexity : STREAMLINE (was urged to ~ management procedures) **c** : to make more intelligible : CLARIFY — **sim-pli-fi-ca-tion** \ˌsim-plə-fə-ˈkā-shən, *n* — **sim-pli-fi-er** \ˈsim-plə-ˌfī(-ə)r\ *n*

**sim-plism** \ˈsim-ˌpli-zəm\ *n* (ca. 1882) : the act or an instance of oversimplifying; *esp* : the reduction of a problem to a false simplicity by ignoring complicating factors

**sim-plis-tic** \sim-ˈplis-tik\ *adj* (ca. 1881) **1** : SIMPLE **2** : of, relating to, or characterized by simplism : OVERSIMPLE (adequate, if occasionally ~, historical background —Harlow Robinson) — **sim-plis-ti-cal-ly** \-ti-k(ə-)lē\ *adv*

**sim-ply** \ˈsim-plē, *for 2 also* -plə\ *adv* (14c) **1** a : without ambiguity : CLEARLY **b** : without embellishment : PLAINLY **c** : DIRECTLY, CANDIDLY **2** a : SOLELY, MERELY (eats ~ to keep alive) (~ cleaned it up and went to bed —Garrison Keillor) **b** : REALLY, LITERALLY (the concert was ~ marvelous) — often used as an intensive (~ crawling with geniuses —F. Scott Fitzgerald)

**simply connected** *adj* (1893) : being or characterized by a surface that is divided into two separate parts by every closed curve it contains — **simply ordered** *adj* (ca. 1909) : having any two elements connected by a relationship that is reflexive, antisymmetric, and transitive

**Simp-son's rule** \ˈsim(p)-sənz-\ *n* [Thomas *Simpson* †1761 Eng. mathematician] (1875) : a method for approximating the area under a curve over a given interval that involves partitioning the interval by an odd number $n + 1$ of equally spaced ordinates and adding the areas of the $n/2$ figures formed by pairs of successive odd-numbered ordinates and the parabolas which they determine with their included even-numbered ordinates

**sim-u-la-cre** \ˈsim-yə-ˌlā-kər, -lə-\ *n* [ME, fr. MF, fr. L *simulacrum*] (14c) *archaic* : SIMULACRUM

**sim-u-la-crum** \ˌsim-yə-ˈla-krəm, -ˈlä-\ *n, pl* -cra \-krə\ *also* -crums [ME, fr. L, fr. *simulare*] (15c) **1** : IMAGE, REPRESENTATION (a reasonable ~ of reality —Martin Mayer) **2** : an insubstantial form or semblance of something : TRACE

**sim-u-lar** \ˈsim-yə-lər, -ˌlär\ *n* [irreg. fr. L *simulare* to simulate] (1526) *archaic* : one that simulates : DISSEMBLER

**²simular** *adj* (1611) *archaic* : COUNTERFEIT, PRETENDED

**sim-u-late** \ˈsim-yə-ˌlāt\ *vt* -lat-ed; -lat-ing [L *simulatus*, pp. of *simulare* to copy, represent, feign, fr. *similis* like — more at SAME] (1652) **1** : to give or assume the appearance or effect of often with the intent to deceive : IMITATE **2** : to make a simulation of (as a physical system) *syn* see ASSUME — **sim-u-la-tive** \-ˌlā-tiv\ *adj*

**simulated** *adj* (1622) : made to look genuine : FAKE (~ pearls)

**sim-u-la-tion** \ˌsim-yə-ˈlā-shən\ *n* [ME *simulacion*, fr. MF, fr. L *simulation-, simulatio*, fr. *simulare*] (14c) **1** : the act or process of simulating **2** : a sham object : COUNTERFEIT **3** a : the imitative representation of the functioning of one system or process by means of the functioning of another (a computer ~ of an industrial process) **b** : examination of a problem often not subject to direct experimentation by means of a simulating device

**sim-u-la-tor** \ˈsim-yə-ˌlā-tər\ *n* (1835) : one that simulates; *esp* : a device that enables the operator to reproduce or represent under test conditions phenomena likely to occur in actual performance

**si-mul-cast** \ˈsī-məl-ˌkast *also* ˈsi-\ *vb* [*simultaneous broadcast*] (1948) : to broadcast simultaneously (as by radio and television) ~ *vt* : to broadcast (a program) by simulcasting — **simulcast** *n*

**si-mul-ta-ne-ous** \ˌsī-məl-ˈtā-nē-əs, -nyəs *also* ˌsi-\ *adj* [L *simul* at the same time + E -*taneous* (as in *instantaneous*)] (ca. 1660) **1** : existing or occurring at the same time : exactly coincident **2** : satisfied by the same values of the variables (~ equations) *syn* see CONTEMPORARY — **si-mul-ta-ne-ity** \-tə-ˈnē-ə-tē, -ˈnā-\, *n* — **si-mul-ta-ne-ous-ly** \-ˈtā-nē-əs-lē, -nyəs-\ *adv* — **si-mul-ta-ne-ous-ness** *n*

**¹sin** \ˈsin\ *n* [ME *sinne*, fr. OE *synn*; akin to OHG *sunta* sin; prob. akin to L *sont-, sons* guilty, *est* is — more at IS] (bef. 12c) **1** a : an offense against religious or moral law **b** : an action that is or is felt to be highly reprehensible (it's a ~ to waste food) **c** : an often serious shortcoming : FAULT **2** a : transgression of the law of God **b** : a vitiated state of human nature in which the self is estranged from God *syn* see OFFENSE

**²sin** *vi* sinned; sin-ning (bef. 12c) **1** : to commit a sin **2** : to commit an offense or fault

**³sin** \ˈsēn, ˈsin\ *n* [Heb *šin*] (ca. 1823) : the 21st letter of the Hebrew alphabet — see ALPHABET table

**Sin-an-thro-pus** \si-ˈnan(t)-thrə-pəs, sə-; ˌsī-ˌnan-ˈthrō-, ˌsi-\ *n* [NL, fr. LL *Sinae, pl*, Chinese + Gk *anthrōpos* man — more at SINO-] (1928) : PEKING MAN

**Sin-bad** *or* **Sind-bad** \ˈsin-ˌbad\ *n* : a citizen of Baghdad whose adventures at sea are told in the *Arabian Nights' Entertainments*

**¹since** \ˈsin(t)s\ *adv* [ME *sins, contr.* of *sithens*, fr. *sithen* fr OE *siththan*, fr. *sith thann* after, fr. *sith* after, late + *tham*, dat. of *that* that; akin to OHG *sīd* later and perh. to L *setius* to a lesser degree] (bef. 12c) **1** : from a definite past time until now (was sick then and has stayed there ever ~) **2** : before the present time : AGO (long ~ dead) **3** : after a time in the past : SUBSEQUENTLY (has ~ become rich)

**²since** *conj* (15c) **1** : at a time in the past after or later than (has held two jobs ~ he graduated) : from the time in the past when (ever ~ I was a child) **2** *obs* : WHEN **3** : in view of the fact that : BECAUSE (~ it was raining she took an umbrella)

**³since** *prep* (ca. 1530) : in the period after a specified time in the past : from a specified time in the past

**1206   tappit hen • tartan**

**tap-pit hen** \‚tap-pət-\ *n* [Sc *tappit*, alter. of E *topped*] (1721) *Scot* : a drinking vessel with a knob on the lid

**tap-room** \'tap-‚rüm, -‚rúm\ *n* (1807) : BARROOM

**tap-root** \-‚rüt, -‚rüt\ *n* [¹*tap*] (1601)  **1** *a* : a primary root that grows vertically downward and gives off small lateral roots  **2** : the central element or position in a line of growth or development

**taps** \'taps\ *n pl but sing or pl in constr* [prob. alter. of earlier *taptoo* *tattoo* — more at TATTOO] (1824) : the last bugle call at night blown as a signal that lights are to be put out; *also* : a similar call blown at military funerals and memorial services

**tap-sal-tee-rie** \‚tap-səl-'tē-rē\ *adv* [by alter.] (1784) *Scot* : TOPSY-TURVY

**tap-ster** \'tap-stər\ *n* (bef. 12c) : BARTENDER

**tap water** *n* (1881) : water as it comes from a tap (as in a home)

¹**tar** \'tär\ *n* [ME *terr, tarr*, fr. OE *teoru*; akin to OE *trēow* tree — more at TREE] (bef. 12c)  **1** *a* : a dark brown or black bituminous usu. odorous viscous liquid obtained by destructive distillation of organic material (as wood, coal, or peat)  **b** : a substance in some respects resembling tar; *esp* : a condensable residue present in smoke from burning tobacco that contains combustion by-products (as resins, acids, phenols, and essential oils)  **2** [short for *tarpaulin*] : SAILOR

²**tar** *vt tarred; tar-ring* (13c)  **1** : to cover with tar  **2** : to defile as if with tar (least *tarred* by the scandal —*Newsweek*) — *tar and feather* : to smear (a person) with tar and cover with feathers as a punishment or indignity — *tar with the same brush* : to mark or stain with the same fault or characteristic

³**tar** *or* **tarre** \'tär\ *vt tarred; tar-ring; tars or tarres* [ME *terren, tarren*, fr. OE *tyrwan*] (bef. 12c) : to urge to action — usu. used with *on*

**tar-a-did-dle** *or* **tar-ra-did-dle** \‚tar-ə-'di-d²l, 'tar-ə-‚\ *n* [origin unknown] (ca. 1796)  **1** : FIB  **2** : pretentious nonsense

**Tar-a-hu-ma-ra** \‚tar-ə-hü-'mär-ə\ *n, pl* **Tarahumara** *or* **Tarahumaras** [Sp] (1874)  **1** : a member of an American Indian people living in the state of Chihuahua, Mexico  **2** : the Uto-Aztecan language of the Tarahumara people

**tar-an-tel-la** \‚tar-ən-'te-lə\ *n* [It, fr. *Taranto*, Italy] (1782) : a lively folk dance of southern Italy in ⁶⁄₈ time

**tar-an-tism** \'tar-ən-‚ti-zəm\ *n* [NL *tarantismus*, fr. *Taranto*, Italy] (ca. 1656) : a dancing mania or malady of late medieval Europe

**ta-ran-tu-la** \tə-'ran-chə-lə, -'ranch-lə, -'rant-²l-ə, 'tä-‚ran-tü-läs** *also* **ta-ran-tu-lae** \-‚lē\ [ML, fr. OIt *tarantola*, fr. *Taranto*] (1561)  **1** *a* : a European wolf spider (*Lycosa tarentula*) popularly held to be the cause of tarantism  **2** : any of a family (Theraphosidae) of large hairy American spiders that are typically rather sluggish and capable of biting sharply though most forms are not significantly poisonous to humans

**Ta-ras-can** \tə-'ras-kən, -'räs-\ *n* [Sp *tarasco*] (1922)  **1** : a member of an American Indian people of the state of Michoacán, Mexico  **2** : the language of the Tarascan people

**tar baby** *n* [fr. the tar baby that trapped Brer Rabbit in an Uncle Remus story by Joel Chandler Harris] (1947) : something from which it is nearly impossible to extricate oneself

**tar-boosh** *also* **tar-bush** \tär-'büsh, 'tär-‚\ *n* [Ar *ṭarbūsh*] (1702) : a red hat similar to the fez worn esp. by Muslim men

**tar-di-grade** \'tär-də-‚grād\ *n* [ultim. fr. L *tardigradus* slow-moving, fr. *tardus* slow + *gradi* to step, go — more at GRADE] (1860) : any of a phylum (Tardigrada) of microscopic arthropods with four pairs of stout legs that live usu. in water or damp moss — called *also water bear*

**tar-di-ly** \'tär-d²l-ē\ *adv* (1597)  **1** : at a slow pace  **2** : LATE

**tar-dive dyskinesia** \‚tär-div-\ *n* [*tardive* tending toward late development (fr. F, fem. of *tardif*, fr. MF) + *dyskinesia*] (1964) : a central nervous system disorder characterized by twitching of the face and tongue and involuntary motor movements of the trunk and limbs and occurring esp. as a side effect of prolonged use of antipsychotic drugs (as phenothiazine)

**tar-do** \'tär-(‚)dō\ *adj* [It, fr. L *tardus*] (ca. 1843) : SLOW — used as a direction in music

**tar-dy** \'tär-dē\ *adj* **tar-di-er; -est** [alter. of earlier *tardif*, fr. MF, fr. (assumed) VL *tardivus*, fr. L *tardus*] (15c)  **1** : moving slowly : SLUGGISH  **2** : delayed beyond the expected or proper time : LATE — **tar-di-ness** \'tär-dē-nəs\ *n*

¹**tardy** *n, pl* **tardies** (1960) : an instance of being tardy (as to a class)

¹**tare** \'tar, 'ter\ *n* [ME; prob. akin to MD *tarwe* wheat] (14c)  **1** *a* : the seed of a vetch  **b** : any of several vetches (esp. *Vicia sativa* and *V. hirsuta*)  **2** : a weed of grainfields usu. held to be the darnel  **3** *pl* : an undesirable element

²**tare** *n* [ME, fr. MF, fr. OIt *tara*, fr. Ar *ṭarḥa*, lit., that which is removed] (15c)  **1** : a deduction from the gross weight of a substance and its container made in allowance for the weight of the container; *also* : the weight of the container  **2** : COUNTERWEIGHT

³**tare** *vt tared; tar-ing* (1812) : to ascertain or mark the tare of; *esp* : to weigh so as to determine the tare

**targe** \'tärj\ *n* [ME, fr. OF] (14c) : a light shield used esp. by the Scots

**tar-get** \'tär-gət\ *n, often attrib* [ME, fr. MF *targette*, dim. of *targe* light shield, of Gmc origin; akin to ON *targa* shield] (15c)  **1** *a* : a small round shield  **2** *a* : a mark to shoot at  **b** : a target marked by shots fired at it  **c** : something or someone fired at or marked for attack  **d** : a goal to be achieved  **3** *a* : an object of ridicule or criticism  **b** : something or someone to be affected by an action or development  **4** *a* : a railroad day signal that is attached to a switch stand and indicates whether the switch is open or closed  **b** : a sliding sight on a surveyor's leveling rod  **5** *a* : the metallic surface (as of platinum or tungsten) upon which the stream of electrons within an X-ray tube is focused and from which the X rays are emitted  **b** : a body, surface, or material bombarded with nuclear particles or electrons; *esp* : fluorescent material on which desired visual effects are produced in electronic devices (as in radar) — **off target** : not valid : INACCURATE — **on target**  **1** : precisely correct or valid esp in interpreting or addressing a problem or vital issue

²**target** *vt* (1837)  **1** : to make a target of; *esp* : to set as a goal  **2** : to direct or use toward a target

**tar-get-able** \'tär-gə-tə-bəl\ *adj* (1964) : capable of being aimed at a target (missiles with ~ warheads)

**target date** *n* (1945) : the date set for an event or for the completion of a project, goal, or quota

**target language** *n* (1953)  **1** : a language into which another language is to be translated — compare SOURCE LANGUAGE  **2** : a language other than one's native language that is being learned

**Tar-gum** \'tär-‚gúm, -‚güm\ *n* [LHeb *targūm*, fr. Aram. translation] (1587) : an Aramaic translation or paraphrase of a portion of the Old Testament

**Tar-heel** \'tär-‚hēl\ *n* (1864) : a native or resident of North Carolina — used as a nickname

**tar-iff** \'tar-əf\ *n* [It *tariffa*, fr. Ar *ta'rif* notification] (1592)  **1** *a* : a schedule of duties imposed by a government on imported or in some countries exported goods  **b** : a duty or rate of duty imposed in such a schedule  **2** : a schedule of rates or charges of a business or a public utility  **3** : PRICE, CHARGE

²**tariff** *vt* (ca. 1828) : to subject to a tariff

**tar-la-tan** \'tär-lə-t²n\ *n* [F *tarlatane*] (ca. 1741) : a sheer cotton fabric in open plain weave usu. heavily sized for stiffness

**tar-mac** \'tär-‚mak\ *n* [fr. *Tarmac* a trademark] (1919) : a tarmacadam road, apron, or runway

**Tarmac** *trademark* — used for a bituminous binder for roads

**tar-mac-ad-am** \‚tär-mə-'ka-dəm\ *n* (1882)  **1** : a pavement constructed by spraying or pouring a tar binder over layers of crushed stone and then rolling  **2** : material of tar and aggregates mixed in a plant and shaped on the roadway

**tarn** \'tärn\ *n* [ME *tarne*, of Scand origin; akin to ON *tjǫrn* small lake] (14c) : a small steep-banked mountain lake or pool

**tar-na-tion** \tär-'nā-shən\ *n* [alter. of *darnation*, euphemism for *damnation*] (1790) : DAMNATION — often used as an interjection or intensive; often used with *in* or *the* — *in tarnation* or *the* — *James Joyce) (where in ~ you from? —Jessamyn West)

¹**tar-nish** \'tär-nish\ *vb* [MF *terniss-*, stem of *ternir*, prob. of Gmc origin; akin to OHG *ternen* to hide] *vt* (1598)  **1** : to dull or destroy the luster of by or as if by air, dust, or dirt : SOIL, STAIN  **2** : to detract from the good quality of : VITIATE (his fine dreams now slightly ~*ed*)  **b** : to bring disgrace on : SULLY  ~ *vi* : to become tarnished — **tar-nish-able** \-ni-shə-bəl\ *adj*

²**tarnish** *n* (1713) : something that tarnishes; *esp* : a film of chemically altered material on the surface of a metal (as silver)

**tarnished plant bug** *n* (ca. 1890) : a common hemipterous bug (*Lygus lineolaris*) of eastern No. America that causes injury to plants by sucking sap from buds, leaves, and fruits and that carries plant diseases

**ta-ro** \'tär-(‚)ō, 'ter-, 'ter-\ *n, pl* **taros** [Tahitian & Maori] (1769) : a plant (*Colocasia esculenta*) of the arum family grown throughout the tropics for its edible starchy tuberous rootstocks and in temperate regions for ornament; *also* : its rootstock

**tar-ok** \tar-‚ōk\ *n* [It *tarocchi* tarots] (1739) : an old card game popular in central Europe and played with a pack containing 40, 52, or 56 cards equivalent to modern playing cards plus the 22 tarots

**tar-ot** \'tar-(‚)ō\ *n* [MF, fr. It *tarocchi* (pl.)] (ca. 1623) : any of a set of usu. 78 playing cards including 22 pictorial cards used for fortune-telling; *also* : the 22 pictorial cards serving as trumps in tarok

**tarp** \'tärp\ *n* (1906) : TARPAULIN

**tar paper** *n* (1891) : a heavy paper coated or impregnated with tar for use esp. in building

**tar-pau-lin** \tär-'pȯ-lən, 'tär-pə-; +tär-'pȯl-yən\ *n* [prob. fr. ¹*tar* + -*palling, -pauling* (fr. *pall*)] (1605)  **1** : a piece of material (as durable plastic) used for protecting exposed objects or areas  **2** : SAILOR

**tar pit** *n* (1939) : an area in which natural bitumens collect and are exposed at the earth's surface and which tends to trap animals and preserve their hard parts (as bones or teeth)

**tar-pon** \'tär-pən\ *n, pl* **tarpon** *or* **tarpons** [origin unknown] (1685) : a large silvery elongate anadromous bony fish (*Megalops atlanticus* of the family Elopidae) that occurs esp. in the Gulf of Mexico, Caribbean, and warm coastal waters of the Atlantic, reaches a length of about six feet (two meters), and is often caught for sport

**tar-ra-gon** \'tar-ə-gən\ *n* [MF *targon*, fr. ML *tarchon*, fr. Ar *tarkhūn*] (1538) : a small widely cultivated perennial artemisia (*Artemisia dracunculus*) having pungent narrow usu. entire leaves; *also* : its leaves used as a flavoring

**tarre** *var of* ³*tar*

**tar-ri-ance** \'tar-ē-ən(t)s\ *n* (15c) : the act or an instance of tarrying

¹**tar-ry** \'tar-ē\ *vb* **tar-ried; tar-ry-ing** [ME *tarien*] (14c)  **1** *a* : to delay or be tardy in acting or doing  **b** : to linger in expectation : WAIT  **2** : to abide or stay in or at a place

²**tarry** *n, pl* **tarries** (14c) : STAY, SOJOURN

³**tar-ry** \'tär-ē\ *adj* (1552) : of, resembling, or covered with tar

**tar-sal** \'tär-səl\ *adj* (1817)  **1** : of or relating to the tarsus  **2** : being or relating to plates of dense connective tissue that serve to stiffen the eyelids

**tarsal** *n* (1881) : a tarsal part (as a bone or cartilage)

**tar sand** *n* (1899) : a natural impregnation of sand or sandstone with petroleum from which the lighter portions have escaped

**tar-si-er** \'tär-sē-ər, -sē-‚ā\ *n* [F, fr. *tarse* tarsus, fr. NL *tarsus*] (1769) : any of a family (Tarsiidae) of small chiefly nocturnal and arboreal carnivorous primates of the Malay Archipelago that have large round eyes, long legs, and a long nearly hairless tail

**tar-so-meta-tar-sus** \‚tär-(‚)sō-‚me-tə-'tär-səs\ *n* [NL, fr. *tarsus* + -*o-* + *metatarsus*] (1854) : the large compound bone of the tarsus of a bird; *also* : the segment of the limb it supports

**tar-sus** \'tär-səs\ *n, pl* **tar-si** \-‚sī, -‚sē\ [NL, fr. Gk *tarsos* wickerwork mat, flat of the foot, ankle, edge of the eyelid; akin to Gk *tersesthai* to become dry — more at THIRST] (1676)  **1** : the part of the foot of a vertebrate between the metatarsus and the leg; *also* : the small bones that support this part of the limb  **2** : the tarsal plate of the eyelid  **3** : the distal part of the limb of an arthropod  **4** : TARSOMETATARSUS

¹**tart** \'tärt\ *adj* [ME, fr. OE *teart* sharp, severe; akin to MHG *traz* spite] (14c)  **1** : agreeably sharp or acid to the taste  **2** : marked by a biting, acrimonious, or cutting quality — **tart-ish** \'tär-tish\ *adj* — **tart-ly** *adv* — **tart-ness** *n*

²**tart** *n* [ME *tarte*, fr. MF] (15c)  **1** : a dish baked in a pastry shell : PIE; *esp* : a small pie or pastry shell without a top containing jelly, custard, or fruit  **b** : a small pie made of pastry folded over a filling  **2** : PROSTITUTE

³**tart** *vt* **tart-ness** *n*

**tar-tan** \'tär-t²n\ *n* [prob. fr. MF *tiretaine* linsey-woolsey] (ca. 1500)  **1** : a plaid textile design of Scottish origin consisting of stripes of varying