# EXHIBIT 5

RECEIVED
APR 2 3 2004
HALE AND DORR
LIBRARY

# McGraw-Hill
# DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



**Sybil P. Parker**
EDITOR IN CHIEF





**McGRAW-HILL BOOK COMPANY**

New York
St. Louis
San Francisco

| | |
|---|---|
| Auckland | Bogotá |
| Caracas | Colorado Springs |
| Hamburg | Lisbon |
| London | Madrid |
| Mexico | Milan |
| Montreal | New Delhi |
| Oklahoma City | Panama |
| Paris | San Juan |
| São Paulo | Singapore |
| Sydney | Tokyo |
| Toronto | |

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Science Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, [redacted] pace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical [redacted] Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, [redacted].

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
**Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries.  2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34    1989    503'/21    88-13490
ISBN 0-07-045270-9

TA    22

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

animals, with a readout or display relatively unaffected by the pulse or movements of the animal   { 'an·ə·məl ˌbal·əns }
**animal black** [CHEM] Finely divided carbon made by calcination of animal bones or ivory; used for pigments, decolorizers, and purifying agents; varieties include bone black and ivory black.   { 'an·ə·məl ˌblak }
**animal charcoal** [CHEM] Charcoal obtained by the destructive distillation of animal matter at high temperatures; used to adsorb organic coloring matter.   { 'an·ə·məl 'chär‚kōl }
**animal communication** [PSYCH] The discipline within the field of animal behavior that deals with the receipt and use of signals by animals.   { 'an·ə·məl kə‚myü·nə'kā·shən }
**animal community** [ECOL] An aggregation of animal species held together in a continuous or discontinuous geographic area by ties to the same physical environment, mainly vegetation.   { 'an·ə·məl kə'myü·nəd·ē }
**animal ecology** [ECOL] A study of the relationships of animals to their environment.   { 'an·ə·məl i'käl·ə·jē }
**animal fiber** [TEXT] A natural textile fiber of animal origin; wool and silk are the most important.   { 'an·ə·məl ˌfīb·ər }
**animal glue** [MATER] A glue made from the bones, hide, horns, and connective tissues of animals.   { 'an·ə·məl ˌglü }
**animal husbandry** [AGR] A branch of agriculture concerned with the breeding and feeding of domestic animals.   { 'an·ə·məl 'həz·bən·drē }
**Animalia** [SYST] The animal kingdom.   { ˌan·ə'māl·yə }
**animal kingdom** [SYST] One of the two generally accepted major divisions of living organisms which live or have lived on earth (the other division being the plant kingdom).   { 'an·ə·məl ˌkiŋ·dəm }
**animal locomotion** [ZOO] Progressive movement of an animal body from one point to another.   { 'an·ə·məl ˌlō·kə'mō·shən }
**animal oil** See bone oil.   { 'an·ə·məl ˌȯil }
**animal pole** [CYTOL] The region of an ovum which contains the least yolk and where the nucleus gives off polar bodies during meiosis.   { 'an·ə·məl ˌpōl }
**animal power** [MECH ENG] The time rate at which muscular work is done by a work animal, such as a horse, bullock, or elephant.   { 'an·ə·məl ˌpau̇·ər }
**animal virus** [VIROL] A small infectious agent able to propagate only within living animal cells.   { 'an·ə·məl 'vī·rəs }
**Animikean** [GEOL] The middle subdivision of Proterozoic geologic time. Also known as Penokean; Upper Huronian.   { ə'nim·ə‚kē·ən }
**animikite** [GEOL] An ore of silver, composed of a mixture of sulfides, arsenides, and antimonides, and containing nickel and lead; occurs in white or gray granular masses.   { ə'nim·ə‚kīt }
**anion** [CHEM] An ion that is negatively charged.   { 'an‚ī·ən }
**anion exchange** [CHEM] A type of ion exchange in which the immobilized functional groups on the solid resin are positive.   { 'an‚ī·ən iks'chānj }
**anionic detergent** [MATER] A class of detergents having a negatively charged surface-active ion, such as sodium alkylbenzene sulfonate.   { ˌa‚nī'än·ik di'tər·jənt }
**anionic polymerization** [ORG CHEM] A type of polymerization in which Lewis bases, such as alkali metals and metallic alkyls, act as catalysts.   { ˌa‚nī'än·ik pə‚lim·ə·rə'zā·shən }
**anionotropy** [CHEM] The breaking off of an ion such as hydroxyl or bromide from a molecule so that a positive ion remains in a state of dynamic equilibrium.   { ˌa‚nī·ə'nä·trə·pē }
**Anisakidae** [INV ZOO] A family of parasitic roundworms in the superfamily Ascaridoidea.   { ˌan·ə'säk·ə‚dē }
**anisaldehyde** [ORG CHEM] C₆H₄(OCH₃)CHO A compound with melting point 2.5°C, boiling point 249.5°C; insoluble in water, soluble in alcohol and ether; used in perfumery and flavoring, and as an intermediate in production of antihistamines.   { ˌa·nəs'al·də‚hīd }
**anise** [BOT] The small fruit of the annual herb *Pimpinella anisum* in the family Umbelliferae; fruit is used for food flavoring, and oil is used in medicines, soaps, and cosmetics.   { 'an·əs }
**Anisian** [GEOL] Lower Middle Triassic geologic time.   { ə'nis·ē·ən }
**anisic acid** [ORG CHEM] CH₃OC₆H₄COOH White crystals or powder with a melting point of 184°C; soluble in alcohol and ether; used in medicine and as an insect repellent and ovicide.   { ə'nis·ik 'as·əd }
**anisic alcohol** [ORG CHEM] C₈H₁₀O₂ A colorless liquid that boils in the range 255–265°C; it is obtained by reduction of anisic aldehyde; used in perfumery, and as an intermediate in the manufacture of pharmaceuticals.   { ə'nis·ik 'al·kə‚hȯl }
**anisocarpous** [BOT] Referring to a flower whose number of carpels is different from the number of stamens, petals, and sepals.   { ˌa‚nis·ə'kär·pəs }
**anisochela** [INV ZOO] A chelate sponge spicule with dissimilar ends.   { ˌa‚nis·ə'kēl·ə }
**anisocytosis** [MED] A condition in which the erythrocytes show a considerable variation in size due to excessive quantities of hemoglobin.   { ˌa‚nis·ə‚sī'tō·səs }
**anisodactylous** [VERT ZOO] Having unequal digits, especially referring to birds with three toes forward and one backward.   { ˌa‚nis·ə'dak·tə·ləs }
**anisodesmic** [MINERAL] Pertaining to crystals or compounds in which the ionic bonds are unequal in strength.   { ˌa‚nis·ə'dez·mik }
**anisogamete** See heterogamete.   { ˌa‚nis·ə'ga‚mēt }
**anisogamy** See heterogamy.   { ˌa‚nis'äg·ə·mē }
**anisole** [ORG CHEM] C₆H₅OCH₃ A colorless liquid that is soluble in ether and alcohol, insoluble in water; boiling point is 155°C; vapors are highly toxic; used as a solvent and in perfumery.   { 'an·ə‚sōl }
**anisomerous** [BOT] Referring to flowers that do not have the same number of parts in each whorl.   { ˌa‚nī'säm·ə·rəs }
**anisometric particle** [VIROL] Any unsymmetrical, rod-shaped plant virus.   { ˌa‚nī‚sə‚me·trik 'pärd·ə·kəl }
**Anisomyaria** [INV ZOO] An order of mollusks in the class Bivalvia containing the oysters, scallops, and mussels.   { ˌa‚nī·sə‚mī'a·rē·ə }
**anisophyllous** [BOT] Having leaves of two or more shapes and sizes.   { ˌa‚nī‚sä'fil·əs }
**Anisoptera** [INV ZOO] The true dragonflies, a suborder of insects in the order Odonata.   { ˌa‚nī'säp·tə·rə }
**anisostemonous** [BOT] Referring to a flower whose number of stamens is different from the number of carpels, petals, and sepals.   { ˌa‚nī‚sä'stem·ə·nəs }
**Anisotomidae** [INV ZOO] An equivalent name for Leiodidae.   { ˌa‚nī·sə'täm·ə‚dē }
**anisotropic** [PHYS] Showing different properties as to velocity of light transmission, conductivity of heat or electricity, compressibility, and so on, in different directions. Also known as aeolotropic.   { ˌa‚nī·sə‚träp·ik }
**anisotropic membrane** [CHEM ENG] An ultrafiltration membrane which has a thin skin at the separating surface and is supported by a spongy sublayer of membrane material.   { ˌa‚nī·sə‚träp·ik 'mem‚brān }
**anisotropy** [ASTRON] The departure of the cosmic microwave radiation from equal intensity in all directions. [BOT] The property of a plant that assumes a certain position in response to an external stimulus. [PHYS] The characteristic of a substance for which a physical property, such as index of refraction, varies in value with the direction in or along which the measurement is made. Also known as aeolotropy; colotropy. [ZOO] The property of an egg that has a definite axis or axes.   { ˌa‚nī'sä·trə·pē }
**anisotropy constant** [ELECTROMAG] In a ferromagnetic material, temperature-dependent parameters relating the magnetization in various directions to the anisotropy energy.   { ˌa‚nī'sä·trə·pē ‚kän·stənt }
**anisotropy energy** [ELECTROMAG] Energy stored in a ferromagnetic crystal by virtue of the work done in rotating the magnetization of a domain away from the direction of easy magnetization.   { ˌa‚nī'sä·trə·pē ‚en·ər·jē }
**anisotropy factor** See dissymmetry factor.   { ˌa‚nī'sä·trə·pē ‚fak·tər }
**ankaramite** [PETR] A mafic olivine basalt primarily composed of pyroxene with smaller amounts of olivine and plagioclase and accessory biotite, apatite, and opaque oxides.   { 'aŋ·kə'rä‚mīt }
**ankaratrite** See olivine nephelinite.   { ˌaŋ·kə'rä‚trīt }
**anker** [MECH] A unit of capacity equal to 10 U.S. gallons (37.854 liters); used to measure liquids, especially honey, oil, vinegar, spirits, and wine.   { 'aŋ·kər }
**ankerite** [MINERAL] Ca(Fe,Mg,Mn)(CO₃)₂ A white, red, or gray iron-rich carbonate mineral associated with iron ores



**ANISOPTERA**

An adult dragonfly, showing the thickened spot, pterostigma, on the costal margin of the wing.



**ANKERITE**

A specimen of ankerite. (Specimen from Department of Geology, Bryn Mawr College)

an electron tube in an oscillator circuit  { i'lek,trän ,tüb 'jen ə,rād·ər }
**electron-tube heater** *See* heater.  { i'lek,trän ,tüb 'hēd·ər }
**electron-tube static characteristic** [ELECTR] Relation between a pair of variables such as electrode voltage and electrode current with all other voltages maintained constant.  { i'lek,trän ,tüb 'stad·ik kar·ik tə'ris·tik }
**electron tunneling** [QUANT MECH] The passage of electrons through a potential barrier which they would not be able to cross according to classical mechanics, such as a thin insulating barrier between two superconductors.  { i'lek,trän 'tən·əl iŋ }
**electronuclear breeder** *See* linear accelerator breeder.  { i,lek'trō¦nü klē·ər 'brēd·ər }
**electron vacuum gage** [ENG] An instrument used to measure vacuum by the ionization effect that an electron flow (from an incandescent filament to a charged grid) has on gas molecules.  { i'lek,trän 'vak·yüm ,gāj }
**electron volt** [PHYS] A unit of energy which is equal to the energy acquired by an electron when it passes through a potential difference of 1 volt in a vacuum; it is equal to $(1.602192 \pm 0.000007) \times 10^{-19}$ volt. Abbreviated eV.  { i'lek,trän ,vōlt }
**electron wave** [QUANT MECH] The de Broglie wave or probability amplitude wave of an electron.  { i'lek,trän ,wāv }
**electron wave function** [QUANT MECH] Function of the spin orientation and position of one or more electrons, specifying the dynamical state of the electrons; the square of the function's modulus gives the probability per unit volume of finding electrons at a given position.  { i'lek,trän ,wāv ,faŋk·shən }
**electron wavelength** [QUANT MECH] The de Broglie wavelength of an electron, given by Planck's constant divided by the momentum.  { i'lek,trän 'wāv,leŋkth }
**electrooptical birefringence** *See* electrooptical Kerr effect.  { i,lek·trō'äp·tə·kəl bī·ri'frin·jəns }
**electrooptical character recognition** *See* optical character recognition.  { i,lek·trō'äp·tə·kəl 'kar·ik·tər ,rek·ig,nish·ən }
**electrooptical Kerr effect** [OPTICS] Birefringence induced by an electric field. Also known as electrooptical birefringence; Kerr effect.  { i,lek·trō'äp·tə·kəl 'kər i,fekt }
**electrooptical modulator** [COMMUN] An optical modulator in which a Kerr cell, an electrooptical crystal, or other signal-controlled electrooptical device is used to modulate the amplitude, phase, frequency, or direction of a light beam.  { i,lek·trō'äp·tə·kəl 'mäj·ə,lād·ər }
**electrooptic material** [OPTICS] A material in which the indices of refraction are changed by an applied electric field.  { i,lek·trō'äp·tik mə'tir·ē·əl }
**electrooptic radar** [ENG] Radar system using electrooptic techniques and equipment instead of microwave to perform the acquisition and tracking operation.  { i,lek trō'äp·tik 'rā,där }
**electrooptics** [OPTICS] The study of the influence of an electric field on optical phenomena, as in the electrooptical Kerr effect and the Stark effect. Also known as optoelectronics.  { i,lek·trō'äp·tiks }
**electroosmosis** [PHYS CHEM] The movement in an electric field of liquid with respect to colloidal particles immobilized in a porous diaphragm or a single capillary tube.  { i,lek·trō·äs'mō·səs }
**electroosmotic driver** [ELECTR] A type of solion for converting voltage into fluid pressure, which uses depolarizing electrodes sealed in an electrolyte and operates through the streaming potential effect. Also known as micropump.  { i'lek·trō·äz'mäd·ik 'drīv·ər }
**electropainting** [ENG] Electrolytic deposition of a thin layer of paint on a metal surface which is made an anode.  { i'lek·trō,pānt·iŋ }
**electropherography** *See* electrochromatography.  { i'lek·trō·fə'räg·rə·fē }
**electrophile** [PHYS CHEM] An electron-deficient ion or molecule that takes part in an electrophilic process.  { i'lek·trō,fīl }
**electrophilic** [PHYS CHEM] 1. Pertaining to any chemical process in which electrons are acquired from or shared with other molecules or ions. 2. Referring to an electron-deficient species.  { i'lek·trō'fīl·ik }
**electrophilic reagent** [PHYS CHEM] A reactant which accepts an electron pair from a molecule, with which it forms a covalent bond.  { i'lek·trō'fīl·ik rē'ā·jənt }
**electrophonic effect** [BIOPHYS] The sensation of hearing produced when an alternating current of suitable frequency and magnitude is passed through a person.  { i,lek·trə'fän·ik i'fekt }
**electrophoresis** [PHYS CHEM] An electrochemical process in which colloidal particles or macromolecules with a net electric charge migrate in a solution under the influence of an electric current. Also known as cataphoresis.  { i,lek·trō·fə'rē·səs }
**electrophoretic coating** [MET] A surface coating on a metal deposited by electric discharge of particles from a colloidal solution.  { i,lek·trō·fə'red·ik 'kōd·iŋ }
**electrophoretic display** [OPTICS] A liquid crystal display in which a light-absorbing dye has been added to the liquid to improve both color and luminance contrast.  { i,lek·trō·fə'red·ik di'splā }
**electrophoretic effect** [PHYS CHEM] Retarding effect on the characteristic motion of an ion in an electrolytic solution subjected to a potential gradient, which results from motion in the opposite direction by the ion atmosphere.  { i,lek·trō·fə'red·ik i'fekt }
**electrophoretic mobility** [BIOCHEM] A characteristic of living cells in suspension and biological compounds (proteins) in solution to travel in an electric field to the positive or negative electrode, because of the charge on these substances.  { i,lek·trō·fə'red·ik mō'bil·əd·ē }
**electrophoretic variants** [BIOCHEM] Phenotypically different proteins that are separable into distinct electrophoretic components due to differences in mobilities; an example is erythrocyte acid phosphatase.  { i,lek·trō·fə'red·ik 'ver·ē·əns }
**electrophorus** [ELEC] A device used to produce electric charges; it consists of a hard-rubber disk, which is negatively charged by rubbing with fur, and a metal plate, held by an insulating handle, which is placed on the disk; the plate is then touched with a grounded conductor, so that negative charge is removed and the plate has net positive charge.  { i,lek'trä·fə·rəs }
**electrophotograph** [GRAPHICS] An image formed by means of an electrostatic copying system.  { i,lek·trō'fōd·ə,graf }
**electrophotography** [GRAPHICS] An electrostatic image-forming process in which light, x-rays, or gamma rays form an electrostatic image on a photoconductive, insulating medium; the charged image areas attract and hold a fine powder called a toner, and the powder image is then transferred to paper or fused there by heat.  { i,lek·trō·fə'täg·rə·fē }
**electrophotoluminescence** [ELECTR] Emission of light resulting from application of an electric field to a phosphor which is concurrently, or has been previously, excited by other means.  { i,lek·trō'fōd·ō,lü·mə'nes·əns }
**electrophrenic respiration** [MED] Artificial respiration in which the nerves that control breathing are stimulated electrically through appropriately placed electrodes.  { i,lek·trə'fren·ik ,res·pə'rā·shən }
**electrophysiology** [PHYSIO] The branch of physiology concerned with determining the basic mechanisms by which electric currents are generated within living organisms.  { i,lek·trō,fiz·ē·ä·lə·jē }
**electroplating** [MET] Electrodeposition of a metal or alloy from a suitable electrolyte solution; the article to be plated is connected as the cathode in the electrolyte solution; direct current is introduced through the anode which consists of the metal to be deposited.  { i'lek·trō,plād·iŋ }
**electroplax** [VERT ZOO] One of the structural units of an electric organ of some fishes, composed of thin, flattened plates of modified muscle that appear as two large, waferlike, roughly circular or rectangular surfaces.  { i'lek·trō,plaks }
**electropolishing** [MET] Smoothing and enhancing the appearance of a metal surface by making it an anode in a suitable electrolyte. Also known as electrolytic brightening; electrolytic polishing.  { i'lek·trō'päl·ə·shiŋ }
**electropositive** [ELEC] 1. Carrying a positive electric charge. 2. Capable of acting as the positive electrode in an electric cell. [PHYS CHEM] Pertaining to elements, ions, or radicals that tend to give up or lose electrons.  { i,lek·trə'päz·əd·iv }
**electropositive potential** [PHYS CHEM] Potential of an electrode expressed as positive with respect to the hydrogen electrode.  { i,lek·trə'päz·əd·iv pə'ten·chəl }
**electropulse engine** [AERO ENG] An engine, for propelling a flight vehicle, that is based on the use of spark discharges through which intense electric and magnetic fields are estab-



**ELECTROPHORUS**

An electrophorus; when the metal plate *D* with insulating handle *H* is placed on the rubber plate *R*, charge is induced as shown.

# EXHIBIT 6

# OXFORD DICTIONARY OF
# BIOCHEMISTRY AND MOLECULAR BIOLOGY
## REVISED EDITION

Managing Editor  **Dr A D Smith**  University College London

General Editors  **Professor S P Datta**  University College London
**Dr G H Smith**  University College London
**Professor P N Campbell** (Chairman)  University College London
**Dr R Bentley**  University of Pittsburgh
**Dr H A McKenzie**  Australian Defence Force Ac.

Subject Editors  **Dr D A Bender**  University College London
**Dr A J Harris**  University of Queensland
**Professor T W Goodwin**  University of Liverpool
**Dr H A McKenzie**  Australian Defence Force Ac.
**Dr J H Parish**  University of Leeds
**Dr C Stanford**  University College London



OXFORD
UNIVERSITY PRESS

TA   25

# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Athens  Auckland  Bangkok  Bogotá  Buenos Aires  Calcutta
Cape Town  Chennai  Dar es Salaam  Delhi  Florence  Hong Kong  Istanbul
Karachi  Kuala Lumpur  Madrid  Melbourne  Mexico City  Mumbai
Nairobi  Paris  São Paulo  Singapore  Taipei  Tokyo  Toronto  Warsaw

with associated companies in  Berlin  Ibadan

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© The General Editors, 1997

The authors have asserted their right under the Copyright, Designs and Patents Act, 1988,
to be identified as authors of this work

First published 1997
Revised edition 2000

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

A catalogue record for this book is available from the British Library

Library of Congress Cataloging in Publication Data
(Data applied for)
ISBN 0 19 850673 2

Typeset by Market House Books Ltd, Aylesbury
Printed in Great Britain by
Butler & Tanner Ltd, Frome

TA 26

**monoenergetic** *abbr.*: MWC model; a model describing the nature of allosteric interactions in proteins. It requires an allosteric protein to be an oligomer, the protomers of which are associated in such a way that they all occupy equivalent positions. Each protomer has only one stereospecific binding site for each ligand. The protein can exist in either of two conformational states, the T form (tense form), the predominant form when unligated, and the R form (relaxed form); these states are in equilibrium. The affinity of the R form for ligand is higher than that of the T form. All binding sites in each state are deemed to be equivalent and to have identical dissociation constants, $K_R$ and $K_T$ for the R and T forms, respectively. The sigmoidal binding curve for any allosteric protein and a given ligand can be calculated from the allosteric constant, $L$, equal to the ratio [T form]/[R form] for the unligated states and the two dissociation constants. [After J. Monod, Jeffries Wyman (1901-95), US biochemist, and Jean-Pierre Changeux (1936- ), French biochemist.] *See also* mnemonic enzyme mechanism.

**monoenergetic** *or* **monochromatic** (of moving particles and sometimes also photons) all having the same kinetic energy.

**monoenoic** denoting any alkenyl carboxylic acid containing one carbon–carbon double bond per molecule.

**monoester** any simple ester; i.e. any ester formed by condensation of one molecular proportion of an alcohol or phenol with one of an oxoacid.

**monoesterase** *see* phosphomonoesterase.

**monofunctional** having only one function or one reactive chemical group.

**monoglyceride** *a former name for* monoacylglycerol; its use is discouraged as it does not convey the intended meaning.

**monognotobiotic** *an alternative term for* axenic.

**monohydric** *or* **monohydroxy** describing any chemical compound containing one hydroxyl group per molecule. It is used especially of alcohols.

**monoiodinated** reacted with or containing only one atom of iodine per molecule.

**monokine** *an alternative name for* a cytokine produced by monocytes.

**monolayer** 1 *an alternative name for* monomolecular layer. 2 a single layer of cells grown or growing in culture.

**monomer** 1 any substance that can provide one or more (in number or species) of the monomeric units of an oligomer (def. 1) or of a polymer (def. 1); a molecule of such a substance 2 *a loose term for* any of the component molecules (identical or nonidentical) formed by the complete dissociation of a macromolecule with quaternary structure. 3 *(in molecular biology)* a any protein that is made up of nonidentical structural units. b any of the structural units formed by dissociation of an oligomeric protein and corresponding to a protomer in the undissociated protein. —**monomeric** *adj*.

**monomeric unit** a group of atoms, derived from a molecule of a given monomer (def. 1), that comprises any one species of constitutional unit of a polymer.

**monomolecular** 1 relating to, consisting of, or involving a singular molecular entity. 2 (of a reaction) having a molecularity of one; unimolecular.

**monomolecular layer** *or* **monolayer** a layer of a substance or substances that is one molecule thick.

**mononuclear** 1 (of a cell) having one nucleus. 2 (of a metal-ion–ligand complex) containing a single central metal atom.

**mononuclear phagocyte system** a cell system in higher animals that comprehends all the highly phagocytic mononuclear cells and their precursors. As well as the free macrophages, it includes precursor cells and promonocytes of the bone marrow, monocytes of the bone marrow and the blood, and the tissue macrophages. The term has been proposed as a replacement for reticuloendothelial system, now held to lack precision.

**mononucleosis** *see* Epstein–Barr virus.

**mononucleotide** any nucleotide (def. 1); the term is used especially as the generic name of the constitutional repeating unit of all oligonucleotides, polynucleotides, and nucleic acids. A mononucleotide consists of the (3'- or 5'-)phosphate of a single ribonucleoside or deoxyribonucleoside. The term is extended generally to include: (1) nucleoside oligophosphates, e.g. adenosine 5'-triphosphate (ATP); (2) nucleoside diphosphate sugars, e.g. uridine 5'-diphosphate glucose (UDPG); (3) nucleoside 2',3'- and 3',5'-(cyclic)phosphates, e.g. adenosine 3',5'-phosphate (cyclic AMP); (4) nucleoside phosphates derived from artificial heterocyclic bases, e.g. 5-iodo-2'-deoxycytidine 5'-triphosphate, or from ones that do not occur naturally in nucleic acids, e.g. inosine 5'-phosphate (i.e. inosinic acid; hypoxanthine riboside 5'-phosphate; IMP); and (5) certain analogous compounds such as those containing, in place of a residue of ribose or deoxyribose, a residue of ribitol, e.g. flavin mononucleotide (i.e. riboflavin 5'-phosphate; FMN), of dideoxyribose, e.g. 2',3'-dideoxyadenosine 5'-triphosphate (i.e. ddATP), or of another pentose, e.g. cytosine arabinoside 5'-triphosphate (i.e. ara-CTP). *Compare* oligonucleotide, polynucleotide.

**monooxygenase** any oxidoreductase enzyme that brings about the incorporation of only one atom of oxygen from dioxygen into the donor; such enzymes catalyse reactions of the type:

substrate + $O_2$ =
    oxidized substrate + $H_2O$ (+ $CO_2$ in many cases).

The following are examples. (1) Lysine 2-monooxygenase; EC 1.13.12.2; it catalyses the oxidation by dioxygen of L-lysine to 5-aminopentanamide, $CO_2$, and $H_2O$; FAD is a coenzyme. (2) Lysine 6-monooxygenase; EC 1.13.12.10; it catalyses the oxidation by dioxygen of L-lysine to $N^6$-hydroxy-L-lysine and $H_2O$. (3) Tryptophan 2-monooxygenase; EC 1.13.12.3; it catalyses the oxidation by dioxygen of L-tryptophan to indole-3-acetamide, $CO_2$, and $H_2O$. (4) *myo*-Inositol oxygenase; EC 1.13.99.1; it catalyses the oxidation by dioxygen of *myo*-inositol to D-glucuronate and $H_2O$; iron is a cofactor. (5) Phenol 2-monooxygenase; EC 1.14.13.7; *other name*: phenol hydroxylase; it catalyses a reaction between phenol, NADPH, and $O_2$ to form catechol, $NADP^+$, and $H_2O$; FAD is a coenzyme. It is an enzyme of bacterial aromatic substrate utilization; example from *Pseudomonas pickettii*; database code: TBUD_PSEPI, 670 amino acids (72.79 kDa). (6) *trans*-Cinnamate 4-monooxygenase; EC 1.14.13.11; *other names*: cinnamic acid 4-hydroxylase; cinnamate 4-hydroxylase; CA4H; it catalyses a reaction between *trans*-cinnamate, NADPH, and $O_2$ to form 4-hydroxycinnamate, $NADP^+$, and $H_2O$. It is a cytochrome P450-thiolate enzyme; example from Jerusalem artichoke; database code: TCMO_HELTU, 505 amino acids (57.85 kDa). *See also* monophenol monooxygenase.

**monophenol monooxygenase** EC 1.14.18.1; *other names*: tyrosinase; phenolase; monophenol oxidase; cresolase. An enzyme involved in the formation of melanins and other polyphenolic pigments, etc. It catalyses a reaction between L-tyrosine, L-dopa, and $O_2$ to form L-dopa, dopaquinone, and $H_2O$; copper is a cofactor. It has four motifs, three for the Cu site. Example from human (precursor): TYRO_HUMAN, 529 amino acids (60.33 kDa). Deficiency results in albinism.

**monophosphatidyl glycerol** any [1,2-diacyl-*sn*-glycero-3-(phospho-1-*sn*-glycerol)] lipid present in chloroplasts of higher plants.

**monoploid** (of cells or individuals) having a single set of chromosomes; i.e. in a polyploid series, having the fundamental haploid chromosome number; true haploid.

**monosaccharide** *the generic name of* the simplest carbohydrates. Monosaccharides cannot be hydrolysed to give smaller carbohydrates. They are polyhydric alcohols containing either (in aldoses) an aldehyde group or (in ketoses) a keto group and with from three to ten or more carbon atoms. Monosaccharides form the constitutional repeating units of oligo- and polysaccharides. The names and structures of the common aldoses (from triose to hexose) form the basis for prefixes used to describe other compounds containing a set of

# EXHIBIT 7

# GRANT & HACKH'S
# CHEMICAL DICTIONARY

*[American, International, European and British Usage]*

*Containing the Words Generally Used in Chemistry, and Many of the Terms Used in the Related Sciences of Physics, Medicine, Engineering, Biology, Pharmacy, Astrophysics, Agriculture, Mineralogy, etc.*

*Based on Recent Scientific Literature*

**FIFTH EDITION**
*Completely Revised and Edited by*

## ROGER GRANT

M.A., D. de l'U., Ph.D., C. Chem., M.R.S.C.   *Consultant*

## CLAIRE GRANT

M.B., B.S., M.R.C.P.E.   *Medical Practitioner*

**McGRAW-HILL BOOK COMPANY**

*New York   St. Louis   San Francisco   Auckland   Bogotá
Hamburg   Johannesburg   London   Madrid   Mexico
Milan   Montreal   New Delhi   Panama
Paris   São Paulo   Singapore
Sydney   Tokyo   Toronto*

TA   28

REF
DICT
G6761

Library of Congress Cataloging-in-Publication Data

Hackh, Ingo W. D. (Ingo Waldemar Dagobert), 1890–1938.
  Grant & Hackh's chemical dictionary.

  Rev. ed. of: Chemical dictionary. 4th ed. 1969.
  1. Chemistry—Dictionaries.  I. Grant, Roger L.
II. Grant, Claire.   III. Title.   IV. Title: Grant &
Hackh's chemical dictionary.   V. Title: Chemical
dictionary.
QD5.H3   1987      540'.3        86-7496
ISBN 0-07-024067-1

Copyright © 1987 by McGraw-Hill, Inc. All rights reserved.
Printed in the United States of America. Except as permitted
under the United States Copyright Act of 1976, no part of this
publication may be reproduced or distributed in any form or by
any means, or stored in a data base or retrieval system, without
the prior written permission of the publisher.

1234567890    DOCDOC    8943210987

ISBN 0-07-024067-1

The previous edition of this book was *Hackh's Chemical Dictionary*,
4th ed., published by McGraw-Hill in 1969. It was prepared by Dr.
Julius Grant from a *Chemical Dictionary* compiled by Ingo W. D.
Hackh. The current, or 5th, edition of this book was prepared by Dr.
Roger L. Grant, whose father prepared the 4th edition.

*The editors for this book were Betty J. Sun and Susan Thomas,
the designer was Naomi Auerbach, and the production
supervisor was Teresa F. Leaden. It was set in Palatino
by University Graphics, Inc.*

*Printed and bound by R. R. Donnelley & Sons Company.*

vacuum tube of about $3.2 \times 10^9$ cm/s. They produce ionization, photographic action, fluorescence, and disintegration of certain substances. Cf. *ray(s)*, *mass spectra*.

**cananga** Ylang-ylang.

**canavalia bean** The urease-rich seeds of *Canavalia* species.

**canavalin** A globulin of jack beans, the seed of *Canavalia* species (Leguminosae).

**cancer** A growth of malignant tissue.

**cancrinite** (1) $Na_4Al_3HCSi_3O_{15}$ Yellow, hexagonal rock, d.2.4, hardness 5–6. (2) $4Na_2O \cdot CaO \cdot 4Al_2O_3 \cdot 9SiO_2 \cdot 2(CO_2 \cdot SO_3) \cdot 3H_2O$. A constituent of steam boiler scales.

**candela*** Abbrev. cd. An SI base unit. 1 cd is the luminous intensity, in a given direction, of a source that emits monochromatic radiation of frequency $540 \times 10^{12}$ Hz with a radiant intensity in that direction of 1/683 W per steradian. 1 lambert = 3183.1 cd/m$^2$.

**candelilla wax** Gama wax. Brown wax, d 0.983, m 67, from the candelilla plant (Mexico); used in candles, cements, polishes, varnishes, leather dressings, and dentistry.

**candicin** A mixture of heptane substances with antifungal properties from *Streptomyces griseus*. Candeptin, Vanobid. Yellow powder, insoluble in water. Used for fungal infections of skin and vagina (USP, BP).

**candle** Abbrev. ca. Former international unit of luminous intensity. See *foot-candle*. *illuminance* new ~ Candela*.
   c. balance A balance to determine the burning rate of a c.
c.nut oil Lumbang oil. c.power The luminous intensity of a standard candle. Practical standards are now a light of known luminous intensity relative to the candela. Traditional standards:

1 standard English sperm candle = 1 candle.
1 standard pentane lamp, burning pentane (International candle) = 10.0 candles.
1 standard Hefner lamp, burning pentyl acetate = 0.9 candle.
1 standard Carcel lamp, burning colza oil = 9.6 candles.

   c. standard C. made of sperm wax, weight ⅙ lb, which burns 120 grains (7.776g) per hour.

**candoluminescence** Luminescence due to incandescent heat, i.e., temperatures exceeding 1000°C, as from a hydrogen-air flame.

**canella** Whitewood, cinnamon bark. The bark of *Winterana canella* (Canellaceae), W. Indies; a condiment. c. oil The essential oil of c. Colorless liquid, d 0.920–0.935, containing eugenol, eucalyptol, and oleanolic acid.

**cane sugar** Sucrose made from sugar cane.

**canfieldite** $Ag_8SnS$. A rare, native sulfide.

**cannabane** $C_{18}H_{22}$ = 238.4. Cannabene hydride. A volatile hydrocarbon in hemp oil. Cf. *cannibene*.

**cannabene** $C_{18}H_{20}$ = 236.4. A hydrocarbon in hemp oil.

**cannabidiol** $C_{21}H_{30}O_2$ = 314.5. Crystals, m 67. An isomer of cannabol in hemp resins.

**cannabin** (1) A glucoside, or (2) a resin, from *Cannabis indica*.

**cannabine** An alkaloid from cannabis; a hypnotic.

**cannabinol** $C_{21}H_{26}O_2$ = 310.4. The active principle of *Cannabis sativa*. Yellow oil, d 1.042, b$_{100mm}$315, insoluble in water, green fluorescence in glacial acetic acid. acetyl ~ See *acetylcannabinol*.

**cannabis** Indian hemp, Indian c., bhang, ganja, hashish, marihuana, pot. The flowering tops of or resin from the female plant of *C. indica* or *C. sativa*, hemp (Urticaceae). A central nervous system stimulant producing excitement, euphoria and change of mood; also a narcotic. Dependence is psychological rather than physical; withdrawal symptoms do not seem to be produced.

**cannabol** $C_{21}H_{30}O_2$ = 314.5. An isomer of cannabidiol in hemp resins, m.66.5.

**cannel coal** A hard bituminous coal with a luminous flame, a smooth conchoidal fracture, and a high volatiles content. Used for gas production. Cf. *boghead*, *torbanite*.

**cannibene** $C_{15}H_{24}$ = 204.4. A sesquiterpene, d 0.897, b.259, from hemp oil. Cf. *cannabane*.

**cannizzarization** The Cannizzaro reaction.

**Cannizzaro, Stanislao (1826–1910)** Italian chemist noted for his work on organic chemistry and the amplification and application of Avogadro's hypothesis to the atomic theory. C. number The mg of potassium hydroxide which react with 1 g aldehyde in C. reaction. C. reaction The decomposition of aromatic aldehydes by alcoholic KOH, with the formation of acids and alcohols; e.g.:

$$2RCHO + KOH \rightarrow R \cdot CH_2OH + R \cdot COOK$$

**cannonite** A high-explosive nitrocellulose-nitroglycerin mixture.

**cannula** A plastic, metal, or glass tube used to connect blood vessels; also inserted into body cavities.

**cantharene** $C_8H_{12}$ = 108.2. Dihydro-*o*-xylene. Colorless liquid, b.135.

**cantharides** Blistering beetle, cantharis, Russian fly, Spanish fly, *Lytta* or *Cantharis vesicatoria*; a blistering agent.

**cantharidic acid** Cantharidin.

**cantharidin** $C_{10}H_{12}O_4$ = 196.2. Cantharis. Colorless crystals, slightly soluble in water, m 210; a blistering agent.

**Cantharis** A genus of beetles, now *Lytta*.

**Canton phosphorus** A luminescent mixture of oystershells 2, sulfur 1 pt.

**canula** Cannula.

**canvas** A strong, close hemp or flax fabric used in filter presses and sacking.

**caoutchouc** (Malaysian, "weeping tree"). Rubber. Gaboon ~ Dambonite. mineral ~ See *mineral caoutchouc*.

**CAP** Abbreviation for chloracetophenone.

**capacitance*** Electric c* An isolated capacitor has unit c when unit electrical quantity will create a unit potential difference between its plates. SI unit is the *farad*, q.v.

**capacity** (1) The ability to contain a force or exert energy. (2) Volume. electrostatic ~ Capacitance*. heat ~* See *heat capacity*. specific inductive ~ Relative *permittivity**. thermal ~ Heat capacity*.

**caparrosa** The leaves of *Nea theifera* (Nyctaginaceae), S. America; a tea.

**capers** The green flower buds of *Capparis spinosa* (Capparidaceae), Mediterranean; a pickle and condiment.

**capillaries** The network of delicate blood vessels or other small tissue-connecting tubes.

**capillarity** Capillary *attraction*.

**capillary** A tube with a very small inside diameter. c. analysis (1) Early name for chromatographic analysis. (2) A filter paper dipped into a *negative* colloid absorbs both the dispersed and external phase, but in a *positive* colloid only the external phase. Cf. *adsorption*. c. correction A correction for the capillarity of mercury applied to mercury thermometers of diameter above 25 mm. c. electrode See *Lippmann electrode*. c. electrometer See *electrometer*. c. pipet A pipet for measuring fractions of a mL. c. tubing Glass tubing with inside diameter less than 1 mm.

**capillator** An apparatus for the colorimetric determination of pH values in which the solutions are compared in capillary tubes, to reduce the effect of color or turbidity.

**capnometry** The measurement of smoke density. Cf. *nephelometry*.

**capori(e)t** A disinfectant mixture of calcium hypochlorite and sodium chloride containing about 50% active chlorine.

piezo ~ A supposedly disk-shaped e. in the helium nucleus. positive ~ Positron. recoil ~ E. scattered by bombardment of a substance with $\alpha$ or $\beta$ rays. secondary ~ Auger e. E. emitted by a metal surface irradiated with X-rays of 150–200 kV. These electrons affect photographic film to extents that depend on the atomic number of the surface metal and are used in qualitative analysis. twin ~ See *paired electrons*. valency ~ Any of the electrons in the outer orbital of an atom which are responsible for valency. They can pass from one atom to the other (polar bond) or be held in common by 2 atoms (nonpolar bond) See *bond, valency*.
  e. affinity  The capture by a substance, e.g., an oxidizing agent, of the electrons of other substances. e. beam A stream of electrons, as in a cathode tube. e. compounds rule The position of the phase boundaries, at room temperature, in the equilibrium diagram of a binary alloy depends on the e. concentration. e. configuration The arrangement of electrons in energy levels. See Table 27 on pp 207–208. e. density See *orbital*. e. diffraction The diffraction of a stream of electrons by a surface. Cf. electron *microscope*. e. displacement A shift of an e. pair held in common between 2 atomic nuclei toward one nucleus. See *Lucas theory*. e. distribution curve A curve showing the e. distribution among the different available energy levels. e. exchange polymer See *electron-exchange polymer* under *polymer*. e. eye Iconoscope. e. formula A chemical notation depicting the e. displacement in an organic compound. e. fugacity The tendency for an electrode in a solution to lose electrons. e. gas A system consisting of free electrons shared by all atoms, as in a metal; see *atomic structure*. e. lens The electrostatic field surrounding an aperture in a charged conductor. A circular hole will focus electrons with a focal length of $2V/(G_2 - G_1)$, where $V$ is the energy of incident particles in volts, and $G_1$, $G_2$ are the potential gradients on the 2 sides of the plate. e. microscope See *electron microscope* under *microscope*. e. optics The control of e. motion by means of charged electric fields. Cf. lens effect on light. e. pair A pair of electrons which are held in common by 2 atoms. e. probe analysis Quantitative analysis by comparison of the characteristic X-ray intensities produced by a focused electron beam from the sample and from a standard. e. screening effect See *screening effect*. e. spin resonance e s r. A spectroscopic technique analogous to *nuclear* magnetic resonance, q.v., in which radiation of measurable frequency and wave length is used to supply energy to protons instead of to electrons. e. transfer The passage of one or more electrons from an atom or to an atom or ion in an oxidation-reduction reaction. e. tube A device for e. discharge; as, thermionic valve. e. volt eV. The energy acquired by an e. when it falls through a potential of one volt. 1 eV = 1.602 1892 × $10^{-19}$ joule.
**electronate** To cause electron transfer or reduction. de ~ To cause oxidation.
**electronation reactions** Oxidation-reduction reactions.
**electronegative** (1) Having a negative charge or excess of electrons. (2) Capable of capturing electrons. e. element Elements generally located on the right side of the periodic table, especially the nonmetals. e. ion Anion, or negative ion. e. radical An acid radical or a group of atoms having a negative charge.
**electronic** Pertaining to electrons. e. charge A quantity of electricity numerically equal to the charge on a proton = 1.602 1892 × $10^{-19}$ C. e. configuration of elements See *electron configuration*. e. formula See *electronic formula* under *formula*. e. mass The mass of a negative electron

moving with a velocity much less than that of light. e. number The number of peripheral electrons in the elements of a compound. e. ratio Specific *charge*. e. structure symbol A notation showing the distribution of electrons in the molecule See *bond, molecular diagrams*
**electronics** Radionics. The study of the applications of semiconductors and vacuum tubes (U.K.; valves) in electric circuits.
**electroosmosis** Electroendosmosis. The production of osmosis through a membrane by an electric current.
**electropainting** Electrolytic deposition of paint in a thin layer on a metal surface, which is made the anode
**electrophilic** Describing preferential attraction to regions of high electron density. Cf. *nucleophilic*.
**electrophoresis** The migration of suspended particles in an electric field. In particular, the accelerated chromatographic separation of compounds by immersing each end of the medium in an electrolyte and applying an electric potential. Cf. *ionophoresis*.
**electrophorogram** A paper chromatograph produced by electrophoresis.
**electrophorus** An instrument consisting of insulated disks of ebonite and brass, used to produce frictional electricity.
**electrophotography** A method of photocopying in which a zinc oxide-coated paper is negatively charged by a corona discharge, exposed to light via the document which dissipates the charge locally, and developed by contact with a positively charged resinous toning powder, which is subsequently fixed by fusion.
**electroplating** The formation of a metallic coat on a baser metal by electrolysis.
**electropolishing** The production of a highly polished and chemically clean surface on a stainless steel object by making it the anode in an electrolyte, to reverse the process of electroplating; about 0.01 mm is removed.
**electropositive** (1) Having a positive charge or a deficiency of electrons. (2) Capable of losing or giving up electrons. e. elements The elements on the left-hand side of the periodic table, especially the light metals. e. ion Cation An atom, or a group of atoms, which has lost one or more negative electrons or gained a proton, and has become positive; as, $NH_4^+$
**electropotential** Electrode potential.
**electrorefining** The purification of metals by electrolysis.
**electroresponse** The increase in resistance of certain cells with increase of current.
**electrorheological fluids** Jammy fluids. Suspensions of fine, nonmetallic particles in oil that rapidly acquire solidlike properties when a voltage is applied across their flow. Response time to the voltage is less than 1 ms. Under voltage and stress, they creep rather than crack.
**electroscope** A device to detect electric charges or gaseous ions. gold-leaf ~ Two strips of gold leaf suspended from an insulated conductor and in a glass vessel. measuring ~ A gold-leaf e. which can be rotated so that an electrostatic and gravitational balance is established The position of the leaf is read in a low-focus microscope.
**electroscopy** The measurement of the degree of ionization of a gas in terms of the rate of fall of the leaf of a charged gold electroscope
**electrosol** A colloidal solution of a metal obtained by passing an electric discharge between metal electrodes in distilled water.
**electrostatic** Pertaining to electric charges at rest
e. capacity The ratio of quantity of electricity to difference of potential. e. law See *Coulomb*. e. mixing See *electrostatic*

# EXHIBIT 8

# THE PENGUIN DICTIONARY OF
# CHEMISTRY

*Edited by* D. W. A. SHARP, M.A., PH.D.,
C.CHEM., F.R.S.C., F.R.S.E.

*Second Edition*



PENGUIN BOOKS

TA  32

PENGUIN BOOKS

Published by the Penguin Group
Penguin Books Ltd, 27 Wrights Lane, London W8 5TZ, England
Penguin Putnam Inc., 375 Hudson Street, New York, New York 10014, USA
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario, Canada M4V 3B2
Penguin Books (NZ) Ltd, 182-190 Wairau Road, Auckland 10, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

An abridged edition of *Miall's Dictionary of Chemistry 5th Edition*,
edited by Professor D. W. A. Sharp, first published by Longman Group Ltd, 1981
First published in Great Britain by Penguin Books 1983
Second Edition 1990
9 10

Fifth Edition of *Miall's Dictionary of Chemistry* copyright © Longman Group Ltd, 1981
This adaptation copyright © Penguin Books Ltd, 1983, 1990
All rights reserved

Printed in England by Clays Ltd, St Ives plc
Set in Monophoto Times

Except in the United States of America, this book is sold subject
to the condition that it shall not, by way of trade or otherwise, be lent,
re-sold, hired out, or otherwise circulated without the publisher's
prior consent in any form of binding or cover other than that in
which it is published and without a similar condition including this
condition being imposed on the subsequent purchaser

154   electrophilic reagents

**electrophilic reagents**  Reagents which acquire electrons or a share in electrons from the reactant molecule; examples are the bromonium ion, $Br^+$ and the nitronium ion, $NO_2^+$. The product can frequently only accommodate the extra electrons by undergoing fission. Acidity is a special case of *electrophilicity*, the affinity for external electrons in general.

**electrophilic substitution**  The exchange of an atom or group in a molecule for an entering electrophile according to

$$R-X + E^+ \longrightarrow R-E + X^+$$

The nitration, sulphonation and Friedel–Crafts acylation of aromatic compounds (e.g. benzene) are typical examples of electrophilic aromatic substitution.

**electrophoresis**  The migration of charged particles, colloidal particles or ions through a solution under an electric field. Variation of pH can stop movement at the isoelectric point*. In electro-osmosis there is a constant flow of liquid relative to a stationary surface. Electrophoresis is used in analysis, particularly in biochemical applications (ionography, zone electrophoresis, electrochromatography) for both identification and separation.

**electrophoretogram**  The separated species on, e.g., a column after electrophoresis.

**electroplating**  The deposition of metals from solution in the form of a layer on other metals or, e.g., plastics, by passage of an electric current. A metallic article to be plated is made one electrode in a bath containing the other metal as aquo-ions or other complexes. Current density, pH, concentration, etc. all have a very marked effect on the adhesion and texture of the deposited metal. Among metals used for electroplating are Ag, Cr, Ni, Zn.

**electrostatic precipitators**  Plants for the removal of fine suspended matter from a gas that depend for their action on the ionization of the gas between two highly charged electrodes. The ions so formed attach themselves to the dispersed particles, conferring a charge, with the result that the latter then migrate to the appropriate electrode.

**electrovalent bond, polar bond**  Bonding by electrostatic attraction.

**electrovalent compounds**  Compounds in which the major binding force is electrostatic attraction between positive and negative ions. The lattice does not contain discrete molecules and the ions are packed together to occupy space most efficiently (generally close packing of anions). Electrovalent compounds are distinguished from covalent compounds by the conductivity of melts and solutions in polar solvents, low volatility, solubility in polar solvents.

**element**  A substance which cannot be further divided by chemical methods. The basic substances which build up chemical compounds. An element is defined by its atomic number (nuclear charge and electronic configuration). The table on pp. 152–3 shows the elements and their normal, ground-state, electronic configurations.

**elementary particles**  The fundamental particles found in nature, e.g. proton, neutron, electron.

**elements, abundance of**  The relative abundance of elements depends on whether measurements are made on the crust, meteorites, core, etc. For the earth's crust (E) abundance of the lighter elements (expressed relative to $Si = 10^6$) are:

|    | E | A |
|----|---|---|
| O  | $2.96 \times 10^6$ | 27.17 |
| Na | 105 000 | 0.51 |
| Mg | 68 000 | 11.25 |
| Al | 300 000 | 1.07 |
| Si | $10^6$ | 13.84 |
| P  | 3 430 | 0.08 |
| S  | 1 640 | 2.74 |
| K  | 62 000 | 0.06 |
| Ca | 80 000 | 1.07 |
| Ti | 9 000 | 0.06 |
| Mn | 1 950 | 0.13 |
| Fe | 126 000 | 38.8 |
| Ni | 100 | 2.70 |

(A) represents the average % composition of the earth by weight.

**elements of symmetry**  The symmetry elements, centres, axes, planes of symmetry, present in a molecule, crystal lattice or crystal. Together with the arrangement of atoms the elements of symmetry spell out the space-group* of a crystal or the point-group of a molecule.

**elevation of boiling point**  The boiling point of a solvent is raised by the presence of a solute. For small concentrations of the solute the rise in the boiling point is proportional to the number of solute particles present in the solution. The elevation caused by 1 mole of solute in 1 litre of solvent is termed the molecular elevation constant. (*See* colligative properties.)

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

>Josy W. Ingersoll
>Karen L. Pascale
>Adam W. Poff
>Karen E. Keller
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19899-0391

I hereby certify that on January 20, 2006 I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

>Walter E. Hanley, Jr.
>James Galbraith
>Huiya Wu
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>William G. James, II
>Fred T. Grasso
>Kenyon & Kenyon
>1500 K Street N.W., Suite 700
>Washington, DC  20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com