TABLE I

BUFFER TEMPERATURES AT THE CENTER AND AT THE WALL OF THE CAPILLARY

Parameters used: $L = 1$ m; $R_2 = 1.725 \times 10^{-4}$ m; $R_c = 1.875 \times 10^{-4}$ m; $T_s = 298$ K; $h = 10\,000$ W/m$^2$K; $k_1 = 0.605$ W/mK; $k_2 = 1.5$ W/mK; $k_c = 0.155$ W/mK; $\alpha = 7.75$.

| Power (W) | Eqn. 8 | | | Parabolic | | |
|---|---|---|---|---|---|---|
| | Center (K) | Wall (K) | $\Delta T$ (K) | Center (K) | Wall (K) | $\Delta T$ (K) |
| Internal diameter = 50 μm | | | | | | |
| 2 | 299.214 | 298.951 | 0.263 | 299.214 | 298.951 | 0.263 |
| 3 | 299.722 | 299.326 | 0.396 | 299.721 | 299.326 | 0.395 |
| 5 | 300.738 | 300.077 | 0.661 | 300.735 | 300.077 | 0.658 |
| Internal diameter = 100 μm | | | | | | |
| 2 | 299.067 | 298.804 | 0.263 | 299.067 | 298.804 | 0.263 |
| 3 | 299.501 | 299.106 | 0.395 | 299.500 | 299.106 | 0.394 |
| 5 | 300.370 | 299.709 | 0.661 | 300.367 | 299.709 | 0.658 |

found from the two methods of calculation. Shown in Table I are results for several capillary internal radii and power inputs. The results in Table I have several important implications: (a) typical CZE systems exhibit small temperature drops between the center and the wall —under the usual operating conditions, temperature effects are minimal[2]; (b) within the limits of the power input shown in the table, the temperature difference between the center and the inner wall of the capillary is independent of the inner radius. However, the actual temperatures are a function of the internal radius, showing a decrease with an increase in the diameter; (c) the temperatures calculated using eqn. 8 are identical, for all practical purposes, to those calculated from eqn. 12 over the whole cross section of the capillary. Fig. 1 shows the temperature profile within the capillary. The line depicting the temperature behavior is actually the superposition of two lines, one calculated using eqn. 8 and the other calculated using the parabolic profile, eqn. 12.



Temperature (K)

Fig. 1. Temperature profile as calculated from eqn. 8. Parabolic equation yields identical profile. Parameters used in the calculations are identical to those in Table I. Input power, 5 W; radius of capillary, 25 μm.

Case 1:04-cv-01505-GMS    Document 61-4    Filed 01/20/2006    Page 2 of 8

TABLE II

BUFFER TEMPERATURE AT THE CENTER AND AT THE WALL AT HIGH INPUT POWERS

Parameters used: $L = 1$ m; $R_2 = 1.725 \times 10^{-4}$ m; $R_c = 1.875 \times 10^{-4}$ m; $T_s = 298$ K; $h = 10000$ W/m²K; $k_1 = 0.605$ W/mK; $k_2 = 1.5$ W/mK; $k_c = 0.155$ W/mK; $\alpha = 7.75$; internal diameter = 50 μm.

| Power (W) | Eqn. 8 | | | Parabolic | | |
|---|---|---|---|---|---|---|
| | Center (K) | Wall (K) | ΔT (K) | Center (K) | Wall (K) | ΔT (K) |
| 10 | 303.280 | 301.954 | 1.326 | 303.270 | 301.954 | 1.315 |
| 15 | 305.826 | 303.832 | 1.995 | 305.805 | 303.832 | 1.973 |
| 25 | 310.930 | 307.586 | 3.344 | 310.874 | 307.586 | 3.288 |

Table I describes the results for a capillary whose overall outer diameter is 375 μm. The conclusions drawn from the table are valid even if the capillary radius is changed, provided that the power input is the same. Eqn. 8 and the parabolic profile will yield similar results as long as the power input is relatively small. When the power is increased, the discrepancy between the two temperature profiles increases. Table II shows the results of the calculation for power inputs of 10, 15 and 25 W. If the CZE system is thermostated, such power inputs can be tolerated, as evidenced from the relatively low predicted temperatures. We see from Table II that as the power increases, eqn. 8 predicts a greater temperature difference between the center and the inner wall of the capillary. Both, eqns. 8 and 12 give a similar wall temperature. However, eqn. 8 calculates a higher center temperature than the parabolic equation. Fig. 2 shows the temperature profile as determined by both approaches. From Fig. 2 we can see that the greatest difference between eqn. 8 and the parabolic equation occurs in the center of the capillary. The difference between the two profiles is small even at very high power input values, which are not used in the conventional practice of CZE (e.g., 0.06 degree difference at a power input of 25 W). At such high input powers, the temperature difference between center and wall is rather high (above 3 degrees) so that the contribution to the plate height is prohibitively high[2].



| 307 | 308 | 309 | 310 | 311 |

Temperature (K)

Fig. 2. Temperature profiles as calculated from eqn. 8 (———) and from the parabolic equation (----). Parameters used in the calculations are identical to those in Table II. Input power, 25 W; radius of capillary, 25 μm.

With relatively wide tubes (several mm in diameter), the resulting current is quite high at voltages which yield reasonable analysis times. In such cases, the power dissipated in the tube is very high, and eqn. 8 will be more accurate than eqn. 12 in predicting the temperature profile. However, the use of very wide tubes for CZE is not recommended since the temperature difference between center-to-wall will be much too large to obtain efficient separations.

CONCLUSIONS

Under the normal operating conditions, the nearly identical behaviors of eqns. 8 and 12, justify the use of parabolic temperature profiles in determining the effect of temperature on the efficiencies of CZE separations[2].

SYMBOLS

$A$    Integration constant
$G$    heat generation rate $(W/m^3)$
$G_0$    heat generation in the absence of temperature dependence of the buffer $(W/m^3)$
$h$    heat transfer coefficient $(W/m^2K)$
$J_0$    Bessel function of zero order and first kind
$J_1$    Bessel function of first order and first kind
$k_1$    thermal conductivity of the buffer $(W/mK)$
$k_2$    thermal conductivity of the capillary wall $(W/mK)$
$k_c$    thermal conductivity of the polyimide coating $(W/mK)$
$L$    capillary length (m)
$R_1$    inner radius of the capillary (m)
$R_2$    outer radius of the quartz wall (m)
$R_c$    outer radius of the capillary; glass and polyimide (m)
$S$    reduced coefficient of heat generation (see eqn. 4)
$T_1$    temperature at the inside wall of the capillary (K)
$T_s$    temperature of the capillary surrounding (K)
$U$    overall heat transfer coefficient $(W/m^2K)$
$y_1$    dimensionless radial position $r/R_1$
$\alpha$    coefficient of electrical conductivity of the buffer (dimensionless)
$\beta$    $(\alpha S)^{1/2}$
$\gamma$    reduced heat transfer coefficient (see eqn. 6)
$\theta$    reduced temperature (see eqn. 4)

REFERENCES

1 J. W. Jorgenson and K. D. Lukacs, *Science (Washington, D.C.)*, 222 (1983) 266–272.
2 E. Grushka, R. M. McCormick and J. J. Kirkland, *Anal. Chem.*, 61 (1989) 241–246.
3 M. Coxon and M. J. Binder, *J. Chromatogr.*, 101 (1974) 1–16.
4 J. F. Brown and J. O. N. Hinckley, *J. Chromatogr.*, 109 (1975) 218–224.

# TAB 5



16 February 2001

# Science

Vol. 291     No. 5507
Pages 1145–1484   $9

# THE
# HUMAN
# GENOME

A 41

AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE

# Science THE HUM

Volume 291    16 February 2001    Number 5507

1151  *SCIENCE* ONLINE
1153  EDITORIAL
       B. R. Jasny and D. Kennedy
       *The Human Genome*
1155  THIS WEEK IN *SCIENCE*

1159  EDITORS' CHOICE
1163  NETWATCH
1166  CONTACT *SCIENCE*
1363  TECH.SIGHT/NEW PRODUCTS
       Immunocytochemistry



**1195**
A pullout genome
timeline

## NEWS



1177  The Human Genome
1180  Comparison Shopping
1181  Watching Genes Build a Body
1182  Controversial From the Start
       Objection #1: Big Biology Is Bad Biology
       Objection #2: Why Sequence the Junk?
       Objection #3: Impossible to Do
1183  Finding the Talismans That Protect
       Against Infection
1185  Nailing Down Cancer Culprits
1187  A Parakeet Genome Project?
1188  Brain Calls Dibs on Many Genes

**1177**
The genome
revealed

1189  Sharing the Glory, Not the Credit
       Celera and *Science* Spell Out Data
       Access Provisions
       Bermuda Rules: Community Spirit, With Teeth
1193  Genomania Meets the Bottom Line
       Will a Smaller Genome Complicate the
       Patent Chase?
       Can Data Banks Tally Profits?
1195  Timeline: A History of the Human
       Genome Project
       In Their Own Words
       A Genome Glossary
1204  What's Next for the Genome Centers?
1207  Hunting for Collaborators of Killer Toxins

## *SCIENCE*'S COMPASS



FUTURE DIRECTIONS
1219  GENOMICS AND SOCIETY: The Human
       Genome and Our View of Ourselves
       S. Pääbo
1221  PROTEOMICS: Proteomics in Genomeland
       S. Fields
1224  GENOMICS AND MEDICINE: Dissecting
       Human Disease in the Postgenomic Era
       L. Peltonen and V. A. McKusick
1232  GENOMICS AND BEHAVIOR: Toward Behavioral
       Genomics P. McGuffin, B. Riley, R. Plomin
1249  POLICY ISSUES: Political Issues in the
       Genome Era J. M. Jeffords and T. Daschle
1251  SEQUENCE INTERPRETATION: Functional
       Annotation of Mouse Genome
       Sequences The International Mouse
       Mutagenesis Consortium
1255  GENE NUMBER: What If There Are Only
       30,000 Human Genes? J.-M. Claverie
1257  SEQUENCE INTERPRETATION: Making Sense
       of the Sequence D. J. Galas

1260  COMPUTATIONAL BIOLOGY: Bioinformatics—
       Trying to Swim in a Sea of Data D. S. Roos

BOOK REVIEWS
1263  MOLECULAR BIOLOGY: *Who Wrote the Book
       of Life? A History of the Genetic Code* L. E.
       Kay, reviewed by R. C. Lewontin
1264  GENETICS: *The Century of the Gene*
       E. F. Keller, reviewed by S. B. Carroll
1265  GENOMICS: *Cracking the Genome Inside the
       Race to Unlock Human DNA* K. Davies,
       reviewed by S. Brenner

**1219**
Understanding
ourselves



**1233**
A pullout
introduction to the
human genome
effort

# AN GENOME



## RESEARCH

### ANALYSIS OF GENOMIC INFORMATION

**1279**    **Apoptotic Molecular Machinery: Vastly Increased Complexity in Vertebrates Revealed by Genome Comparisons**
L. Aravind, M. W. Dixit, E. V. Koonin

**1284**    **Human DNA Repair Genes** R. D. Wood, M. Mitchell, J. Sgouros, T. Lindahl

**1289**    **The Human Transcriptome Map: Clustering of Highly Expressed Genes in Chromosomal Domains** H. Caron, B. van Schaik, M. van der Mee, F. Baas, G. Riggins, P. van Sluis, M.-C. Hermus, R. van Asperen, K. Boon, P. A. Voûte, S. Heisterkamp, A. van Kampen, R. Versteeg

**1293**    **Birth of Two Chimeric Genes in the _Hominidae_ Lineage** A. Courseaux and J.-L. Nahon

**1298**    **A High-Resolution Radiation Hybrid Map of the Human Genome Draft Sequence**
M. Olivier, A. Aggarwal, J. Allen, A. A. Almendras, E. S. Bajorek, E. M. Beasley, S. D. Brady, J. M. Bushard, V. I. Bustos, A. Chu, T. R. Chung, A. De Witte, M. E. Denys, R. Dominguez, N. Y. Fang, B. D. Foster, R. W. Freudenberg, D. Hadley, L. R. Hamilton, T. J. Jeffrey, L. Kelly, L. Lazzeroni, M. R. Levy, S. C. Lewis, X. Liu, F. J. Lopez, B. Louie, J. P. Marquis, R. A. Martinez, M. K. Matsuura, N. S. Misherghi, J. A. Norton, A. Olshen, S. M. Perkins, A. J. Perou, C. Piercy, M. Piercy, F. Qin, T. Reif, K. Sheppard, V. Shokoohi, G. A. Smick, W.-L. Sun, E. A. Stewart, J. F. Tejeda, N. M. Tran, T. Trejo, N. T. Vo, S. C. M. Yan, D. L. Zierten, S. Zhao, R. Sachidanandam, B. J. Trask, R. M. Myers, D. R. Cox

### THE HUMAN GENOME

**1304**    **The Sequence of the Human Genome**
J. C. Venter, M. D. Adams, E. W. Myers, P.W. Li, R. J. Mural, G. G. Sutton, H. O. Smith, M. Yandell, C. A. Evans, R. A. Holt, J. D. Gocayne, P. Amanatides, R. M. Ballew, D. H. Huson, J. R. Wortman, Q. Zhang, C. D. Kodira, X. H. Zheng, L. Chen, M. Skupski, G. Subramanian, P. D. Thomas, J. Zhang, G. L. G. Miklos, C. Nelson, S. Broder, A. G. Clark, J. Nadeau, V. A. McKusick, N. Zinder, A. J. Levine, R. J. Roberts, M. Simon, C. Slayman, M. Hunkapiller, R. Bolanos, A. Delcher, I. Dew, D. Fasulo, M. Flanigan, L. Florea, A. Halpern, S. Hannenhalli, S. Kravitz, S. Levy, C. Mobarry, K. Reinert, K. Remington, J. Abu-Threideh, E. Beasley, K. Biddick, V. Bonazzi, R. Brandon, M. Cargill, I. Chandramouliswaran,
R. Charlab, K. Chaturvedi, Z. Deng, V. Di Francesco, P. Dunn, K. Eilbeck, C. Evangelista, A. E. Gabrielian, W. Gan, W. Ge, F. Gong, Z. Gu, P. Guan, T. J. Heiman, M. E. Higgins, R.-R. Ji, Z. Ke, K. A. Ketchum, Z. Lai, Y. Lei, Z. Li, J. Li, Y. Liang, X. Lin, F. Lu, G. V. Merkulov, N. Milshina, H. M. Moore, A. K. Naik, V. A. Narayan, B. Neelam, D. Nusskern, D. B. Rusch, S. Salzberg, W. Shao, B. Shue, J. Sun, Z. Y. Wang, A. Wang, X. Wang, J. Wang, M.-H. Wei, R. Wides, C. Xiao, C. Yan, A. Yao, J. Ye, M. Zhan, W. Zhang, H. Zhang, Q. Zhao, L. Zheng, F. Zhong, W. Zhong, S. C. Zhu, S. Zhao, D. Gilbert, S. Baumhueter, G. Spier, C. Carter, A. Cravchik, T. Woodage, F. Ali, H. An, A. Awe, D. Baldwin, H. Baden, M. Barnstead, I. Barrow, K. Beeson, D. Busam, A. Carver, A. Center, M. L. Cheng, L. Curry, S. Danaher, L. Davenport, R. Desilets, S. Dietz, K. Dodson, L. Doup, S. Ferriera, N. Garg, A. Gluecksmann, B. Hart, J. Haynes, C. Haynes, C. Heiner, S. Hladun, D. Hostin, J. Houck, T. Howland, C. Ibegwam, J. Johnson, F. Kalush, L. Kline, S. Koduru, A. Love, F. Mann, D. May, S. McCawley, T. McIntosh, I. McMullen, M. Moy, L. Moy, B. Murphy, K. Nelson, C. Pfannkoch, E. Pratts, V. Puri, H. Qureshi, M. Reardon, R. Rodriguez, Y.-H. Rogers, D. Romblad, B. Ruffel, R. Scott, C. Sitter, M. Smallwood, E. Stewart, R. Strong, E. Suh, R. Thomas, N. N. Tint, S. Tse, C. Vech, G. Wang, J. Wetter, S. Williams, M. Williams, S. Windsor, E. Winn-Deen, K. Wolfe, J. Zaveri, K. Zaveri, J. F. Abril, R. Guigó, M. J. Campbell, K. V. Sjolander, B. Karlak, A. Kejariwal, H. Mi, B. Lazareva, T. Hatton, A. Narechania, K. Diemer, A. Muruganujan, N. Guo, S. Sato, V. Bafna, S. Istrail, R. Lippert, R. Schwartz, B. Walenz, S. Yooseph, D. Allen, A. Basu, J. Baxendale, L. Blick, M. Caminha, J. Carnes-Stine, P. Caulk, Y.-H. Chiang, M. Coyne, C. Dahlke, A. D. Mays, M. Dombroski, M. Donnelly, D. Ely, S. Esparham, C. Fosler, H. Gire, S. Glanowski, K. Glasser, A. Glodek, M. Gorokhov, K. Graham, B. Gropman, M. Harris, J. Heil, S. Henderson, J. Hoover, D. Jennings, C. Jordan, J. Jordan, J. Kasha, L. Kagan, C. Kraft, A. Levitsky, M. Lewis, X. Liu, J. Lopez, D. Ma, W. Majoros, J. McDaniel, S. Murphy, M. Newman, T. Nguyen, N. Nguyen, M. Nodell, S. Pan, J. Peck, M. Peterson, W. Rowe, R. Sanders, J. Scott, M. Simpson, T. Smith, A. Sprague, T. Stockwell, R. Turner, E. Venter, M. Wang, M. Wen, D. Wu, M. Wu, A. Xia, A. Zandieh, X. Zhu



## COVER

The face of the human genome. A scientific milestone of enormous proportions, the sequencing of the human genome will impact all of us in diverse ways—from our views of ourselves as human beings to new paradigms in medicine. This entire issue is devoted to the scientific announcement of the sequencing of the human genome, initial analyses of the genome and genomic data, as well as Viewpoints and News features discussing the implications of the results and paths for the future. [Image: Ann Elliott Cutting]



## 1304

Annotation of the Celera Human Genome Assembly (Fig. 1 of Venter _et al._, included as a separate wall chart)



SCIENCE (ISSN 0036-8075) is published weekly on Friday, except the last week in December, by the American Association for the Advancement of Science, 1200 New York Avenue, NW, Washington, DC 20005. Periodicals Mail postage (publication No. 484460), and postage for Ride Along enclosure, is paid at Washington, DC, and additional mailing offices. Copyright © 2001 by the American Association for the Advancement of Science. The title SCIENCE is a registered trademark of the AAAS. Domestic individual membership and subscription (51 issues): $115 ($64 allocated to subscription). Domestic institutional subscription (51 issues): $370; foreign postage extra: Mexico, Caribbean (surface mail) $55; other countries (air assist delivery) $87. First class, airmail, student, and emeritus rates on request. Canadian rates with GST available upon request, GST #1254 88122. Publications Mail Agreement Number 1069624. Printed in the U.S.A.
Change of address: allow 4 weeks, giving old and new addresses and 8-digit account number. Postmaster: Send change of address to Science, P.O. Box 1811, Danbury, CT 06813–1811. Single copy sales: $9.00 per issue prepaid includes surface postage; bulk rates on request. Authorization to photocopy material for internal or personal use under circumstances not falling within the fair use provisions of the Copyright Act is granted by AAAS to libraries and other users registered with the Copyright Clearance Center (CCC) Transactional Reporting Service, provided that $9.00 per article is paid directly to CCC, 222 Rosewood Drive, Danvers, MA 01923. The identification code for Science is 0036-8075/83 $9.00. Science is indexed in the Reader's Guide to Periodical Literature and in several specialized indexes.



AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE

# Science online

## www.scienceonline.org
### CONTENT HIGHLIGHTS AS OF 16 FEBRUARY 2001

Daily coverage of science and science policy by *Science*'s news team



SCIENCECAREERS.ORG

## science magazine  www.sciencemag.org

### sciencenow
www.sciencenow.org

**SCIENCE EXPRESS**    www.scienceexpress.org

**X-ray Pulses Approaching the Attosecond Frontier** M. Drescher, M. Hentschel, R. Kienberger, G. Tempea, C. Spielmann, G. A. Reider, P. B. Corkum, F. Krausz

PERSPECTIVE: **Toward Attosecond Pulses** D. T. Reid

The generation of x-ray pulses shorter than the several-femtosecond optical pulses used to create them pave the way to the attosecond time regime.

**High Macromolecular Synthesis with Low Metabolic Cost in Antarctic Sea Urchin Embryos** A. G. Marsh, R. E. Maxson Jr., D. T. Manahan

An Antarctic sea urchin compensates for the disadvantages of its low-temperature environment through enhanced rates of protein and RNA synthesis—while still maintaining a low metabolic rate.

**An RNA Ligase Essential for RNA Editing and Survival of the Bloodstream Form of *Trypanosoma brucei*** A. Schnaufer, A. K. Panigrahi, B. Panicucci, R. P. Igo Jr., R. Salavati, K. Stuart

Knockout of an RNA ligase shown to be involved in RNA editing in trypanosomes kills the bloodstream form of the parasite and saves the host mice from death.

### SPECIAL FEATURES

*Science* **Functional Genomics**    www.sciencegenomics.org

We launch a new section on the human genome, including links to articles, Web resources, and online glossaries, as well as some classic *Science* papers and news coverage.

FOCUS ON CAREERS

## science's stke    www.stke.org

**Review: The Ethylene Pathway—A Paradigm for Plant Hormone Signaling and Interaction** J. M. Alonso and J. R. Ecker

Ethylene signaling in plants shows complex cross talk with multiple signaling pathways.

**Q&A: Genomes—A Platform for Signal Transduction Research**

An open forum moderated by the STKE editors.

LAB TECHNOLOGY TRENDS

## science's next wave    www.nextwave.org

**Global: Bioinformatics Training and Careers** Next Wave Staff

Want to know what the genome can do for your career? Check out our recent special feature on bioinformatics (http://nextwave.sciencemag.org/cgi/content/full/2000/08/23/1).

**Canada: Evaluating the Scientist in You, Part 1** D. Treen

An exploration of the differences between large and small biotech firms, and the employee characteristics that fit best with each.

**UK: Going Global 2—Making Contact** P. H. Dee

Practical advice on piquing the interest of potential collaborators, from our "Yours Transferably" columnist.

**Germany: Going It Alone** J. Wolf

Some German funding organizations have programs that assist single parents wishing to pursue postdoctoral studies abroad. Read about one of them.

**GrantsNet**
www.grantsnet.org
RESEARCH FUNDING DATABASE

**NeuroAIDS**
www.sciencemag.org/NAIDS
EXPERIMENTAL WEB SITE

ONLINE STAFF

*SCIENCE*NOW EDITORS Laura Helmuth, Martin Enserink, Erik Stokstad

*SCIENCE'S NEXT WAVE* EDITORIAL/MANAGING EDITOR Crispin Taylor; EDITORS Robert Metzke (Germany), Kirstie Urquhart (UK); CONTRIBUTING EDITORS Lesley McKarney (Canada), Mark Sincell; PROJECT MANAGER Emily Klotz; WRITERS Katie Cottingham, Mona Mort; MARKETING MARKETING MANAGERS Karen Horting (US and Canada), Hazel Crocker (Europe); PROGRAM DIRECTOR Lisa Kozlowski; MARKETING ASSOCIATE Joey D'Adamo

*SCIENCE'S STKE* EDITOR Bryan Ray; ASSOCIATE EDITORS Lisa Chong, Nancy Gough, John Nelson

ELECTRONIC MEDIA MANAGER David Gillikin; INTERNET PRODUCTION MANAGER Betsy Harman; ASSISTANT PRODUCTION MANAGER Wendy Stengel; SENIOR PRODUCTION ASSOCIATE Lisa Stanford; ASSOCIATES Carla Cathey, Mark Croatti, Robert Owens, Louis Williams

A 44