IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, <br><br> Plaintiff and <br> Counter-Defendant, <br><br> v. <br><br> APPLERA CORPORATION, <br><br> Defendant and <br> Counter-Plaintiff. | Civil Action No. 04-1505-GMS |

## STIPULATION AND PROPOSED ORDER

The parties hereby stipulate, subject to the approval of the Court, that the date imposed by the Protective Order in this case for Applera Corporation to file its Motion to Prohibit the Disclosure of Confidential and Highly Confidential Documents to Norman J. Dovichi is hereby extended through and including, February 10, 2006.

This extension is necessary to provide the parties with sufficient time to determine whether this matter can be resolved without the need for motion practice. The extension does

not effect any dates in the Case Scheduling Order.

DATED: February 2, 2006

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ Karen E. Keller | /s/ Kelly E. Farnan |
| Josy W. Ingersoll (ID No. 1088) | Frederick L. Cottrell, III (ID No. 2555) |
| Adam W. Poff (ID No. 3990) | Kelly E. Farnan (ID No. 4395) |
| Karen E. Keller (ID No. 4489) | One Rodney Square |
| The Brandywine Building | 920 North King Street |
| 1000 West Street, 17th Floor | Wilmington, Delaware 19801 |
| P.O. Box 391 | 302-651-7701 |
| Wilmington, DE 19899-0391 | cottrell@rlf.com |
| (302) 571-6600 | farnan@rlf.com |
| jingersoll@ycst.com | *Attorneys for Thermo Finnigan LLC* |
| apoff@ycst.com | |
| kkeller@ycst.com | |
| *Attorneys for Applera Corporation* | |

SO ORDERED this ____ day of _____, 2006.

_____
U.S.D.J.

DB01:1983403.1                                                                                                        063533.1002