IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THERMO FINNIGAN LLC,<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>      Defendant and<br>      Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1505-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER**

The parties hereby stipulate, subject to the approval of the Court, that the Order approving the February 2, 2006 Stipulation (D.I. 62) to extend the time for Applera Corporation to file its Motion to Prohibit the Disclosure of Confidential and Highly Confidential Documents to Norman J. Dovichi shall be modified to read as follows:

> The date for Applera Corporation to file its Motion to Prohibit the Disclosure of Confidential and Highly Confidential Documents to Norman J. Dovichi is hereby extended through and including, March 3, 2006.

This extension is necessary to provide Thermo Finnigan LLC sufficient time to explore the possibility of hiring another expert, and allow the parties additional time to determine whether this matter can be resolved without the need for motion practice.

DATED: February 9, 2006

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER |
| /s/ Adam W. Poff | /s/ Kelly E. Farnan |
| Josy W. Ingersoll (ID No. 1088)<br>Adam W. Poff (ID No. 3990)<br>Karen E. Keller (ID No. 4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>apoff@ycst.com<br>kkeller@ycst.com<br>*Attorneys for Applera Corporation* | Frederick L. Cottrell, III (ID No. 2555)<br>Kelly E. Farnan (ID No. 4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>302-651-7701<br>cottrell@rlf.com<br>farnan@rlf.com<br>*Attorneys for Thermo Finnigan LLC* |

SO ORDERED this ____ day of _____, 2006.

_____
U.S.D.J.