IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | Civil Action No. 04-1505-GMS |
| v. | ) | |
| | ) | |
| APPLERA CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 10, 2006, copies of (i) Notice of Taking Deposition of Greg Rogers, (ii) Notice of Taking Deposition of Carla M. Wike, (iii) Notice of Taking Deposition of Samuel Kirchner, (iv) Notice of Taking Deposition of Sue Bay, (v) Notice of Taking Deposition of Ben Johnson, and (vi) Notice of Taking Deposition of Eric S. Nordman were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899


**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr., Esquire
James Galbraith, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

-1-

-2-

William G. James, II, Esquire
Fred T. Grasso, Esquire
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Thermo Finnigan LLC

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: February 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

> Josy W. Ingersoll
> Adam W. Poff
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

I hereby certify that on February 10, 2006 I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Walter E. Hanley, Jr.
> James Galbraith
> Huiya Wu
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

> William G. James, II
> Fred T. Grasso
> Kenyon & Kenyon
> 1500 K Street N.W., Suite 700
> Washington, DC 20036

Frederick L. Cottrell, III (#25255)
Cottrell@RLF.com