IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br><br>v.<br><br>APPLERA CORPORATION,<br>　　　　Defendant and<br>　　　　Counterclaim Plaintiff. | Civil Action No.: 04-1505 GMS |

**NOTICE OF TAKING DEPOSITION
OF CARLA M. WIKE**

PLEASE TAKE NOTICE that Plaintiff Thermo Finnigan LLC will take the oral deposition of Carla M. Wike under Rule 30 of the Federal Rules of Civil Procedure at a mutually agreeable date, time, and location to be determined.

The deposition will be conducted before an officer authorized by law to administer oaths, and the testimony will be recorded stenographically and by videotape. The deposition shall continue day to day until completed.

-2-

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: February 10, 2006

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III  (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan  (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Thermo Finnigan LLC

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, copies of the foregoing document were served on the following attorneys at the addresses and in the manner indicated:

**BY HAND DELIVERY**
Josy W. Ingersoll
Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
Kenyon & Kenyon
One Broadway
New York, NY  10004

William G. James, II
Fred T. Grasso
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC  20036

_____
Frederick L. Cottrell, III  (#2555)
(Cottrell@RLF.com)

DATED:   February 10, 2006