
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | Civil Action No. 04-1505-GMS |
| v. ) | |
| ) | |
| APPLERA CORPORATION, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff. ) | |

**APPENDIX TO THERMO'S ANSWERING MARKMAN BRIEF**

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Frederick L. Cottrell, III (#2555)
cottrell@RLF.com
Kelly E. Farnan (#4395)
farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Thermo Finnigan LLC

Dated: February 15, 2006

## TABLE OF CONTENTS

TAB 1    Excerpts from Glossary (Nov. 11, 1993)..........................................................TB 1

TAB 2    Excerpts from *McGraw-Hill Dictionary of Scientific Terms* (4th ed. 1989) ... TB 4

TAB 3    Excerpts from Richard A. Frazier, et al., *Capillary Electrophoresis for Food Analysis: Method Development* 3 (2000) ..........................................................TB 7

TAB 4    Excerpts from Paul D. Grossman, et al., *Capillary Electrophoresis Theory & Practice 23* (1992) ............................................................................................TB 10

TAB 5    Excerpts from Robert J. Meagher, et al., "End-labeled Free-Solution Electrophoresis of DNA," Electrophoresis (2005) ..........................................TB 14

TAB 6    Excerpts from *ABI Prism 3700 DNA Analyzer System Profile* .......................TB16

## TABLE OF CONTENTS

TAB 1    Excerpts from Glossary (Nov. 11, 1993)..........................................................TB 1

TAB 2    Excerpts from *McGraw-Hill Dictionary of Scientific Terms* (4th ed. 1989) ... TB 4

TAB 3    Excerpts from Richard A. Frazier, et al., *Capillary Electrophoresis for Food Analysis: Method Development* 3 (2000) ..........................................................TB 7

TAB 4    Excerpts from Paul D. Grossman, et al., *Capillary Electrophoresis Theory & Practice 23* (1992) ............................................................................................TB 10

TAB 5    Excerpts from Robert J. Meagher, et al., "End-labeled Free-Solution Electrophoresis of DNA," Electrophoresis (2005) ..........................................TB 14

TAB 6    Excerpts from *ABI Prism 3700 DNA Analyzer System Profile* .......................TB16

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

>Josy W. Ingersoll
>Adam W. Poff
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

I hereby certify that on February 15, 2006 I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

>Walter E. Hanley, Jr.
>James Galbraith
>Huiya Wu
>Kenyon & Kenyon
>One Broadway
>New York, NY 10004

>William G. James, II
>Fred T. Grasso
>Kenyon & Kenyon
>1500 K Street N.W., Suite 700
>Washington, DC 20036

_/s/ Kelly E. Farnan_
Kelly E. Farnan (#4395)
Farnan@RLF.com

RLF1-2850239-1