IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>  Plaintiff and<br>  Counterclaim Defendant,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>  Defendant and<br>  Counterclaim Plaintiff. | Civil Action No. 04-1505-GMS |

APPENDIX TO APPLERA CORPORATION'S ANSWERING
CLAIM CONSTRUCTION BRIEF

February 15, 2006

Of Counsel:
Walter E. Hanley, Jr.
James Galbraith
William G. James II
Huiya Wu
Robert E. Straight II
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Defendant and Counterclaim
Plaintiff Applera Corp.*

TABLE OF CONTENTS

TAB 1        Excerpts from *Capillary Electrophoresis Theory and Practice*
             (Grossman and Colburn eds., Academic Press 1992) ..........................B1

TAB 2        Excerpts from *Capillary Electrophoresis Guidebook*
             (K. Altria ed., Humana Press 1996)...…………………………...…..B 31

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on February 15, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Steve Fineman, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, Delaware 19801

I further certify that on February 15, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Wayne L. Stoner, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Attorneys for Defendant

DB01:1592468.1