IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, )<br>)<br>Plaintiff and )<br>Counterclaim Defendant, )<br>)<br>v. )<br>)<br>APPLERA CORPORATION, )<br>)<br>Defendant and )<br>Counterclaim Plaintiff. )<br>) | Civil Action No.: 04-1505-GMS |

## STIPULATED AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED, by and between counsel for the parties, subject to the approval of the Court, that the May 9, 2005 Scheduling Order be amended as follows;

5. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before June 16, 2006. Expert Discovery in this case shall be initiated so that it will be completed on or before September 1, 2006.

8. **Summary Judgment Motions.** Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief shall be no longer than five (5) pages and shall be filed with the Court no later than September 8, 2006. Answering letter briefs shall be no longer than five (5) pages and filed with the court no later than September 15, 2006. Reply letter briefs shall be no longer than three (3) pages and filed with the Court on or before September 20, 2006. The Court shall hold a

status conference by telephone to hear argument and to determine whether the filing of any motion will be permitted on _____, 2006 at _____ .m. **Unless the Court directs otherwise, no letter requests to file a motion for summary judgment may be filed at a time before the dates set forth in paragraph 8.**

  9. **Case Dispositive Motions.** Should the Court permit the filing of summary judgment motions an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before October 10, 2006. Answering briefs shall be served and filed on or before November 7, 2006. Reply briefs shall be served and filed on or before November 21, 2006. If there is no decision at the _____, 2006 teleconference as to permitting summary judgment motions, this schedule shall be altered so as to commence briefing two weeks following the Court's decision, with answering briefs and reply briefs to be served and filed no later than four weeks and six weeks, respectively, after the service and filing of the opening briefs. Parties must submit an original and two (2) copies.

  12. **Status/Daubert Conference.** On or before September 22, 2006, the parties shall submit a joint agenda identifying any Daubert issues that the parties intend to raise. The Court will hold a telephone conference on _____, 2006 at _____ .m. to discuss Daubert issues identified in the joint agenda.

  13. **Pretrial Conference.** On February 20, 2007, the Court will hold a Pretrial Conference in Chambers with counsel beginning at 10:00 a.m.

Except as revised hereby the Scheduling Order dated May 9, 2005 shall remain in full force and effect.

_Kelly E. Farnan_ (signature)
Frederick L. Cottrell, III  (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan  (#4395)
(Farnan@RLF.com)
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

*Attorneys for Plaintiff
Thermo Finnigan LLC*

/s/ Adam W. Poff
Josy W. Ingersoll  (#1088)
(JIngersoll@YCST.com)
Adam W. Poff (#3990)
(APoff@YCST.com)
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
(302) 571-6600

*Attorneys for Defendant
Applera Corporation*

APPROVED and SO ORDERED this _____ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

3

RLF1-2986855-1