Addendum to Scheduling Order
Civil Action No. 04-1505-GMS

| Event | Proposal for No. 04-1505 |
|---|---|
| **Fact Discovery** | |
| Completion of Fact Discovery | June 16, 2006 |
| **Expert Discovery** | |
| Opening Expert Reports (burden of proof) | July 14, 2006 |
| Answering Expert Reports | August 11, 2006 |
| Completion of Expert Discovery | September 1, 2006 |
| **Dispositive Motions** | |
| Letter Briefs Seeking Permission | Opening: 9/8/06<br>Response: 9/15/06<br>Reply: 9/20/06 |
| Submission of Joint Agenda Identifying Daubert Issues | September 22, 2006 |
| Hearing Concerning Permission to File Summary Judgment Motions | |
| Hearing to Discuss Daubert Issues | |
| Summary Judgment Briefing | Opening: 10/10/06<br>Response: 11/7/06<br>Reply: 11/21/06 |
| Summary Judgment Hearing | at Court's discretion |
| **Trial Phase** | |
| Motions in Limine | Opening: 1/19/07<br>Response: 1/26/07<br>Reply: 2/1/07 |

RLF1-2989181-2

| Event | Proposal for No. 04-1505 |
|---|---|
| Submission of Joint Proposed Pretrial Order | Jan. 22, 2007 |
| Pretrial Conference | Feb. 19, 2007 10 a.m. |
| Trial | Mar. 19, 2007 |

RLF1-2989181-2