# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6672
DIRECT FAX: (302) 576-3301
jingersoll@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN E. LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JULIE C. PANARO
ADAM W. POFF
SETH J. REIDENBERG
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

March 31, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 North King Street
Lockbox 19
Wilmington, Delaware 19801

      Re:    *Thermo Finnegan LLC v. Applera Corp.*,
               Civil Action No. 04-1505-GMS

Dear Judge Sleet:

        Pursuant to District of Delaware Local Rule 7.1.2(c), Applera respectfully calls the Court's attention to the Federal Circuit's decision, issued today, in *On Demand Machine Corp. v. Ingram Industries, Inc.*, C.A. Nos. 05-1074, -1075, -1100 (Fed. Cir. Mar. 31, 2006) (slip opinion attached as Exhibit A), which is pertinent to all of the claim construction issues before the Court. In *On Demand*, the Federal Circuit held that the district court's construction of the term "customer" based on a standard dictionary definition was error, and held that in the context of the patent in suit the term was limited to a retail customer. Slip op. at 12. The Federal Circuit rejected the patentee's argument that it did not disavow the standard dictionary meaning of "customer," stating that "when the scope of the invention is clearly stated in the specification, and is described as the advantage and distinction of the invention, it is not necessary to disavow explicitly a different claim scope." *Id.* The Federal Circuit went on to confirm the primary role of the specification in claim construction:

> In *Phillips*, 415 F.3d at 1321, the *en banc* court explained that the role of the specification is to describe and enable the invention. *In turn, the claims cannot be of broader scope than the invention that is set forth in the specification.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
March 31, 2006
Page 2

*Id.* at 13 (emphasis added). The Federal Circuit cautioned that construction of individual claim terms, divorced from the context provided by the specification's description of the invention, could lead to an improper construction that "departs significantly from the patented invention." *Id.* at 19.

We are available at the Court's convenience should the Court have any questions on this case or any other aspect of the claim construction issues before the Court.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

JWI/cg
cc: Clerk, U.S. District Court (by e-filing and hand delivery)
    Frederick L. Cottrell, III, Esquire (by e-filing and e-mail) [Cottrell@rlf.com]
    Wayne L. Stoner, Esquire (by e-mail) [wayne.stoner@wilmerhale.com]
    Richard Goldenberg, Esquire (by e-mail) [richard.goldenberg@wilmerhale.com]
    Stephen M. Muller, Esquire (by e-mail) [stephen.muller@wilmerhale.com]
    Walter E. Hanley, Jr., Esquire (by e-mail) [whanley@kenyon.com]