# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

May 5, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King St.
Wilmington, DE 19801

Re: <u>Thermo Finnigan LLC v. Applera Corporation, C.A. No. 04-1505</u>

Dear Judge Sleet:

On April 11, 2006, Thermo Finnigan LLC ("Thermo") was notified that Applera Corporation ("Applera") is seeking reexamination of the patent-in-suit by the Patent and Trademark Office. Accordingly, the parties in the above-captioned action have agreed to stay the present action pending completion of the reexamination. The parties assume that it is not necessary formally to present the issue to the Court for decision in light of the Court's ruling to stay the consolidated actions (C.A. No. 04-1230 and C.A. No. 05-110) involving the same parties pending reexamination of Thermo's patent in the 05-110 action. Instead, the parties are submitting with this letter a Stipulation and Proposed Order reflecting the parties' agreement.

If Your Honor has any questions regarding the Stipulation and Proposed Order, counsel remains available at the Court's convenience.

Respectfully,

*Kelly E. Farnan*

Kelly E. Farnan

KEF:kef
cc: Clerk of the Court (via e-filing and hand delivery)
    Josy W. Ingersoll, Esq. (via hand delivery)

RLF1-3011076-1