IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, )<br>)<br>Plaintiff and )<br>Counterclaim Defendant, )<br>)<br>v. )<br>)<br>APPLERA CORPORATION, )<br>)<br>Defendant and )<br>Counterclaim Plaintiff. )<br>) | Civil Action No.: 04-1505-GMS |

## STIPULATED AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that this action shall be stayed pending reexamination of the patent-in-suit by the Patent and Trademark Office. Either party may ask to lift the stay upon motion.

| | |
|---|---|
| *Kelly E. Farnan* (signature) | /s/ Josy W. Ingersoll |
| Frederick L. Cottrell, III (#2555) | Josy W. Ingersoll (#1088) |
| (Cottrell@RLF.com) | (JIngersoll@YCST.com) |
| Kelly E. Farnan (#4395) | Karen L. Pascale (#2903) |
| (Farnan@RLF.com) | (KPascale@YCST.com) |
| Richards, Layton & Finger | Adam W. Poff (#3990) |
| One Rodney Square | (APoff@YCST.com) |
| 920 N. King Street | Young, Conaway, Stargatt & Taylor, LLP |
| P.O. Box 551 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| (302) 651-7700 | Wilmington, DE 19899-0391 |
| | (302) 571-6600 |
| *Attorneys for Plaintiff*<br>*Thermo Finnigan LLC* | *Attorneys for Defendant*<br>*Applera Corporation* |

RLF1-2986855-1

APPROVED and SO ORDERED this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE