IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1505 (GMS) |
| | ) | |
| APPLERA CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED THAT:

The above-captioned action be STAYED pending re-examination of the patent-in-suit by the Patent and Trademark Office, or until such time as the court lifts the stay of its own volition or pursuant to a motion by either party.[1]

Dated: May 17, 2006

UNITED STATES DISTRICT JUDGE

---

[1] It appears that the plaintiff learned of the re-examination on April 11, 2006, and yet, the court was not notified of the parties' agreement to stay until May 5, 2006. It appears, then, that there may have been a significant delay between the agreement and notification. If so, counsel are advised that such notification should be given as soon as possible so the court may avoid squandering over a week of judicial resources crafting a claim-construction opinion that was on the verge of issuing.