**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

APPLERA CORPORATION, MDS INC.,
and APPLIED BIOSYSTEMS/MDS
SCIEX INSTRUMENTS,

      Plaintiffs and
      Counter-Defendants,

      v.

THERMO ELECTRON CORPORATION,

      Defendant and
      Counter-Plaintiff.

Civil Action No. 04-1230-GMS

THERMO FINNIGAN LLC,

      Plaintiff and
      Counter-Defendant,

      v.

Civil Action No. 05-110-GMS

APPLERA CORPORATION, MDS, INC.,
and APPLIED BIOSYSTEMS/MDS
SCIEX INSTRUMENTS,

(Consolidated)

      Defendants and
      Counter-Plaintiffs.

THERMO FINNIGAN LLC,

      Plaintiff and
      Counterclaim Defendant,

      v.

Civil Action No. 04-1505-GMS

APPLERA CORPORATION,

      Defendant and
      Counterclaim Plaintiff.

## ORDER

At Wilmington this **6th** day of **June, 2006,**

IT IS ORDERED that counsel shall advise the Magistrate Judge when the stay is lifted in these matters.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE